IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PATRICIA BALL, Individually and as Administratrix of THE ESTATE OF FORMEKA BALL, DECEASED, and on behalf of all wrongful death beneficiaries of FORMEKA BALL, DECEASED PLAINTIFF

VS. CAUSE NO: 3:24-CV-632-DPJ-ASH

RIVER OAKS HOSPITAL, LLC d/b/a MERIT HEALTH RIVER OAKS; JACKSON HB MEDICAL SERVICES, LLC; AND JOHN DOES 2-10 DEFENDANTS

*************************************************

DEPOSITION OF PATRICIA BALL

*************************************************

HELD AT THE LAW OFFICES OF KILPATRICK & PHILLEY
216 WEST JACKSON STREET
RIDGELAND, MS

OCTOBER 6, 2025,
BEGINNING AT APPROXIMATELY 10:19 A.M.

APPEARANCES NOTED HEREIN

REPORTED BY:
EMM, INC. REPORTING
ELISA M. McKINION, BCR, CCR #1670
POST OFFICE BOX 1439
BRANDON, MISSISSIPPI 39043
EMMREPORTING@GMAIL.COM



EXHIBIT
C

Q. Okay. And how long have you been working at Rainbow?
A. Three years.
Q. Okay. So were you working there in October of 2023?
A. Yes, I was.
Q. Okay. And you worked there on Tuesday and Thursday back then as well?
A. No. I started working on Tuesday and Thursday of this year, if I'm not mistaken. Of this year. The year that my daughter died, I was working on Monday and Wednesday. So I changed my days to Tuesday and Thursday. So I wasn't there the day she passed. I was at home.
Q. Okay. And you did go to work, I guess, the -- was it the 7 to 2 hours --
A. No. Oh -- oh, I'm sorry. Did -- yeah, back then, I was working from 7 to 2 then.
Q. Okay.
A. But after she passed, I didn't go for -- I stayed out about two weeks.
Q. Okay.
A. Uh-huh (affirmative).
Q. All right. Do you have any medical background at all? Have you ever been trained

as a nurse --
A. No.
Q. -- or a therapist or anything?
A. No.
Q. Okay. And did your daughter, Formeka, have any medical background at all or education or training?
A. She went to nursing school for a while, but she decided that she didn't want to do that.
Q. Okay.
A. Uh-uh (negative).
Q. How long was she in nursing school?
A. I want to say a year. I'm not really sure.
Q. All right. And do you remember about when that was?
A. No.
Q. Okay. Where did she go to nursing school?
A. Mississippi College.
Q. At the time Formeka passed, I understand she owned her own tax services business?
A. Uh-huh (affirmative). Yes.

A. Uh-huh (affirmative).
Q. -- is that right?
A. Yes.
Q. And so that Monday, which was that October 2nd, when Formeka went to the emergency room, as far as you recall, that was just a normal Monday?
A. Uh-huh (affirmative).
Q. Okay. And so y'all would have had your FaceTime call that day?
A. Yes.
Q. All right.
A. Uh-huh (affirmative). Yes.
Q. And do you -- do you recall any of the substance of the conversation that morning? Did she -- did Formeka indicate that she didn't feel well?
A. Yes.
Q. Okay. What -- do you remember -- and I'm not asking for verbatim, but just what generally do you remember her saying during that FaceTime call that Monday?
A. That she -- she didn't feel right. She just felt like something wasn't right.
Q. Okay.

A. So that's when she decided to go. After she carried Rylee to school, she went. And when she got back, she told us that she wasn't -- she was -- after she got back, she -- I really don't remember. I know when she left, I said, Well, you want to me to pick up Rylee? Well, Rylee is in school, and I pick her up every day. I said, Well, I'm going to still pick up Rylee, and you go on home, and I'll bring her home to you. And that's what I did.

Q. Okay. And I know some of this is going to be difficult to talk about, but we need to try to -- and I'll try this, too, to just slow down a little bit, so -- so the court reporter can get everything down. So I'm going to kind of go back through and make sure I understood what you remember from that morning.

You recall that that Monday morning, October the 2nd, that you and the other -- your daughters had the FaceTime call, correct?

A. Uh-huh (affirmative).

Q. And you recall Formeka telling you -- telling y'all that she really didn't feel right, and just felt like something wasn't right that morning?

A. Right.
Q. And did she tell you at that point, I am going to the emergency room, or did you learn that for the first time when she texted you and said, I'm here at the emergency room?
A. We learned that before she went, that she was going.
Q. Okay. Okay. And so that phone call would have been sometime -- that FaceTime call would have been sometime prior to 7 a.m., correct?
A. If I'm -- I don't think what -- she told us that until after the fact, after Rylee went to school, that she was going.
Q. Okay.
A. If I'm not mistaken. I'm not -- I'm not really sure.
Q. Okay. That's fine.
A. Uh-huh (affirmative).
Q. So in addition to the FaceTime call that all the ladies had early that morning when -- when Tasha and Formeka were getting ready to take the kids to school, and I guess you were getting ready to go to work, did you then -- did you then have a phone call with

Q. I get it.
Okay. And so it would have been sometime, then, mid to late afternoon when you had the conversation?
A. Yes.
Q. Okay. When you dropped Rylee off with Formeka at Formeka's house, did you go in with her?
A. Yes.
Q. And what was Formeka doing?
A. On the couch, laying down.
Q. Okay. And did y'all talk?
A. Yes.
Q. What did she tell you?
A. I asked her how was she feeling? She said, So, so, not all -- I said, You need me to do anything? She said, No, ma'am.
Q. Okay.
A. So I stayed there with her for a little while, and I left.
Q. Okay. And she said she was not feeling good. Did she specifically say what was not feeling well?
A. No. I guess -- I'm thinking that she didn't tell me everything because I was the mom,

because they know I worry. Any little thing, I worries [sic] about them. So she didn't tell me all the specifics, like, she didn't tell me everything that the rest of them might know. So that is all I knew, she just said she wasn't feeling good.

Q. Okay. And to back up a little bit. What was your understanding of what she had been told at the emergency room?

A. (Shrugging shoulders.)

Q. And it may just be that it's what's in those text messages. And if that's -- if that's what you knew, that's fine.

A. Uh-huh (affirmative). Yeah. That's what -- uh-huh (affirmative).

Q. Okay. And so she said they determined it was a muscle due to the accident she had with the deer?

A. No. No. That -- it was -- she told them about she had had an accident. And the -- they -- they checked her, and she told them that she had numbness in her fingers. And they kept her maybe an hour, hour and a half there. And if I'm not mistaken, they gave her some medicine or a shot or something to -- her accident didn't

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PATRICIA BALL, Individually and as Administratrix of THE ESTATE OF FORMEKA BALL, DECEASED, and on behalf of all wrongful death beneficiaries of FORMEKA BALL, DECEASED PLAINTIFF

VS. CAUSE NO: 3:24-CV-632-DPJ-ASH

RIVER OAKS HOSPITAL, LLC d/b/a MERIT HEALTH RIVER OAKS; JACKSON HB MEDICAL SERVICES, LLC; AND JOHN DOES 2-10 DEFENDANTS

*********************************************
ZOOM DEPOSITION OF LATASHA BALL OWENS
*********************************************

VIA TELECONFERENCE AND ZOOM VIDEOCONFERENCE

OCTOBER 1, 2025,
BEGINNING AT APPROXIMATELY 4:42 P.M.

APPEARANCES NOTED HEREIN

REPORTED BY:

ELISA M. McKINION, BCR, CCR #1670

Job No. CS7628490

you have where you can pull them up maybe on your phone or something like that, or I can just read them to you. Either one. I just thought it might be easier for you to have them in front of you.

A. Let me see. I have them in front of me.

Q. Okay. Thank you.

All right. Just starting -- and actually it's probably the second page, because I believe the first page is text messages with Aneatra, Formeka's friend. October the 2nd at 10:42 a.m., it looks like Formeka texted the family group chat, I'm at the ER. I feel horrible and want to get checked out. Was that your first knowledge that she had gone to the emergency room?

A. Yes.

Q. Okay. Had y'all had your family FaceTime? I think your brother had said, and Tisha had said that the ladies of the family get on FaceTime every morning and talk. Had y'all talked that morning, also?

A. Yes.

Q. Okay. And she -- Formeka did not say

anything at that time about, I think I'm fixing to head to the emergency room or anything like that?

A. That -- that morning, she did say that she wasn't feeling well. But I was under the impression she was just going to go home and lay down.

Q. Okay.

A. That's all she said.

Q. Sure.

Did she say specifically why she wasn't feeling well?

A. She didn't say specifically then, no.

Q. Okay. And to continue on with that text string, I see that your mama said, okay. And then you asked, What's wrong? And I believe your brother said, Lord have mercy on my sister. I'm sorry to hear this. And then it looks like Formeka said, Woke up this morning in a cold sweat and now I'm having chest pains and my fingers tingling. But you said she didn't say anything about that when y'all were having your FaceTime that morning?

A. Uh-uh (negative). No.

Q. Okay.

while they -- while they were taking the kids. And my mom, you know, we wake her up if she's not woke already. You know, we FaceTime every morning, yes.
Q. Okay. And I think -- I think Tisha said that they -- that Formeka and Tisha do the early drop off, which would be sometime between 7 and 7:20.
A. Correct.
Q. Is that about right?
A. Yes.
Q. Okay. So it would have been somewhere along in there that y'all were having the FaceTime call?
A. Yes.
Q. Okay. What do you remember about -- after the text and after Formeka got out of the emergency room, I know you said you had checked on her some. Do you recall when, if at any time, you actually talked on the phone to Formeka that day after she got out of the emergency room?
A. I talked to my sister. I called her on my way home from work, checking on her, to see how she was doing, and to see what Rylee was

doing. And I asked her had she had dinner. And she told me, No. And so I told her to text my son what she wants for dinner. And he'll bring dinner for her and Rylee to the house. So she texted him, you know, her order and he took her dinner.

Q. Okay. And do you recall about what time he took her dinner?

A. It was between 5 and 6 -- 6-ish.

Q. Okay.

A. He took her dinner.

Q. And do you know whether she had picked up Rylee from school that afternoon?

A. That afternoon, if remember correctly, my mom picked her up, because she still wasn't feeling well.

Q. Okay.

A. If I -- if I remember correctly, my mom -- my mom picked her up.

Q. All right.

A. But then I -- but don't quote me on that. I don't -- I don't remember.

Q. Okay. That's fine.

Did you talk to your sister or text with your sister again after your son took the

supper over to her house?
A. I don't recall.
Q. Okay. So the last conversation that you actually recall having with your sister was the one about --
A. You know what? I did. I did text her -- we did. We had -- we texted again and -- we texted again. And it wasn't about how she was feeling or anything. It was just another message. We did talk again. It wasn't about anything dealing with her health. It was -- it was a funny message.
Q. Okay. And that was sometime after your son had dropped the supper off between 5-ish and 6-ish, probably?
A. This message was later on that evening. Probably around 8:00 or so.
Q. Okay. And, again, you said it had nothing to do with how she was feeling?
A. It had nothing to do with how she was feeling, no.
Q. Okay. And do you still have that message on your phone? Was it just between --
A. It was just between --
Q. -- you and --