**Merit Health River Oaks**
1030 River Oaks Drive
Flowood, MS 39232-

| | | | |
|---|---|---|---|
| **Patient:** | **BALL, FORMEKA R** | Adm Date: | 10/2/2023 10:41 CDT |
| MRN: | 8410120815 | Dch Date: | 10/2/2023 12:22 CDT |
| Account #: | MSRO70021644 | Attending: | ROSS,VICTORIA DO |
| Service Code: | EOP Emergency Outpatient | Primary Care: | |
| Room #: | ED03 Bed #: A | DOB/Sex: | [redacted]/1977 Female |

## *Emergency Documentation*

| | |
|---|---|
| Result Type: | ED Triage Note |
| Result Date: | 10/2/2023 10:45 CDT |
| Result Status: | Auth (Verified) |
| Result Title: | ED Triage Adult |
| Performed By: | Hust,Jessica Wood Rn (10/2/2023 10:45 CDT) |
| Verified By: | Hust,Jessica Wood Rn (10/2/2023 10:45 CDT) |

**ED Triage Adult Entered On: 10/02/2023 10:47 CDT**
**Performed On: 10/02/2023 10:45 CDT by Hust, Jessica Wood Rn**

**Quick Triage 1.1A**
Chief Complaint : Pt reports L sided chest pain that started morning.
Triage Note : Walking
Preferred Languages : English
ED Allergies/Home Medications : Document

Hust, Jessica Wood Rn - 10/02/2023 10:45 CDT

DCP GENERIC CODE
Tracking Acuity : 3
Tracking Group : MSRO ED Tracking Group

Hust, Jessica Wood Rn - 10/02/2023 10:45 CDT

Pain Present : Yes actual or suspected pain
Preferred Pain Tool : Numeric rating scale
Measuring System : Imperial System (lb/in)
Patient Weight Pounds : 145 lb
Patient Height in : 64 in
Patient Height : 162.56 cm
Patient Weight : 65.77 kg
Body Mass Index Dosing : 25 kg/m2
Ideal Body Weight Calculated : 54.7 kg
ED Able to Obtain Vitals? : Yes
ED Temperature : 98 DegF
ED Pulse Rate : 66 bpm
Respiratory Rate : 20 br/min
SpO2 : 100 %
Systolic Blood Pressure : 154 mmHg (HI)
Diastolic Blood Pressure : 89 mmHg (HI)
Mean Arterial Pressure, Cuff : 111 mmHg (>HHI)
Pregnancy Status : N/A
Suspected Infection Factors : N/A
ED Sepsis Criteria : SIRS Criteria WNL
ED Sepsis Criteria met : No

EXHIBIT
tabbies
D

**Merit Health River Oaks**
1030 River Oaks Drive
Flowood, MS 39232-

| | | | |
|---|---|---|---|
| **Patient:** | **BALL, FORMEKA R** | Adm Date: | 10/2/2023 10:41 CDT |
| MRN: | 8410120815 | Dch Date: | 10/2/2023 12:22 CDT |
| Account #: | MSRO70021644 | Attending: | ROSS,VICTORIA DO |
| Service Code: | EOP Emergency Outpatient | Primary Care: | |
| Room #: | ED03 Bed #: A | DOB/Sex: | [redacted]/1977 Female |

## *Emergency Documentation*

Chief Complaint

| Assessment | Outcome |
|---|---|
| Chief Complaint | Pt reports L sided chest pain that started morning. |

**History of Present Illness**
This patient presents to the emergency room with chief complaint of sudden onset left-sided chest pain associated shortness of breath that started earlier this morning. States that she has a tightness sensation in the left respiratory chest that does radiate to her left upper flank. Patient states that the pain is persistent, shortness of breath is also persistent, not exacerbated by movement, activity or relieved with rest. She admits to associated tingling in her left hand. States recently was treated for sinusitis by her primary care. She admits to waking up in a cold sweat this morning, denies any nausea, vomiting, abdominal pain, urinary symptoms, headache, dizziness.

**Review of Systems**
**Constitutional**: Sweats, no fever, chills, weakness, fatigue,decreased activity.
**Ear/Nose/Mouth/Throat**: No ear pain, nasal congestion, sore throat.
**Respiratory**: Shortness of breath, No cough, No sputum production.
**Cardiovascular**: Chest pain, denies palpitations, peripheral edema, syncope.
**Gastrointestinal**: No nausea, vomiting, diarrhea, constipation, No abdominal pain.
**Genitourinary**: No dysuria, frequency
**Musculoskeletal**: No back pain, neck pain, joint pain, muscle pain, claudication, decreased range of motion, trauma.
**Neurologic**: Alert and oriented X4, No abnormal balance, headache, confusion, numbness, tingling.

**Physical Exam**

Vitals & Measurements
**Initial:**
**HR:** 62 (Peripheral) **BP:** 154/89 **RR:** 20 **SpO2:** 100%
**WT:** 65.77 kg (Dosing)

**Latest:**
**HR:** 60 (Peripheral) **BP:** 141/87 **RR:** 18 **SpO2:** 96%
**General**: well appearing, no acute distress
**HEENT**: atraumatic, normocephalic,
**Respiratory**: normal chest wall expansion, no labored breathing, CTA bilaterally
**Cardiovascular**: RRR
**Abdomen**: Soft, nontender, no rebound or guarding , non-distended,
**Integumentary**: warm, dry
**Heme/Lymph**: no lymphadenopathy, no bruises
**MSK**: Normal ROM, nontender, no deformities, no lower extremity swelling
**Neurological**: Cranial Nerves II-XII grossly intact, motor grossly normal, normal gait
**Psychiatric**: cooperative with normal mood, affect, and cognition

**Medical Decision Making**
Differential diagnosis: STEMI, NSTEMI, pneumonia, costochondritis, angina

**Medication Administration**
**Administered:**
Medications:
Toradol, 30 mg, IV Push (10/02/2023 12:19 CDT)

**Allergies**
No Known Allergies

**Social History**
Alcohol
Current, Beer, Wine, Liquor
Home/Environment/Abuse
Living situation: Home/Independent.
Injuries/Abuse/Neglect in household: No.
Abuse Concerns: No Signs or Symptoms.
Neglect Concerns: No Signs or Symptoms.
Marijuana Recreational Use
Never smoker
Nutrition/Health
Regular diet Diet:.
Psychosocial
No Hospital Clergy to Visit:.
Substance Abuse
Never
Tobacco
No tobacco use of any form, Never (less than 100 in lifetime)

**Lab Results**

| Hematology | LATEST RESULTS | | |
|---|---|---|---|
| WBC | 10/02/23 11:18 | 8.5 | |
| RBC | 10/02/23 11:18 | 5.55 | High |
| Hgb | 10/02/23 11:18 | 13.0 | |
| HCT | 10/02/23 11:18 | 40.7 | |
| MCH | 10/02/23 11:18 | 23.5 | Low |
| MCHC | 10/02/23 11:18 | 32.0 | Low |
| MCV | 10/02/23 11:18 | 73.4 | Low |
| Plt Cnt | 10/02/23 11:18 | 287 | |
| MPV | 10/02/23 11:18 | 7.9 | |
| RDW | 10/02/23 11:18 | 15.5 | High |

**Merit Health River Oaks**
1030 River Oaks Drive
Flowood, MS 39232-

| | | | |
|---|---|---|---|
| **Patient:** | **BALL, FORMEKA R** | Adm Date: | 10/2/2023 10:41 CDT |
| MRN: | 8410120815 | Dch Date: | 10/2/2023 12:22 CDT |
| Account #: | MSRO70021644 | Attending: | ROSS,VICTORIA DO |
| Service Code: | EOP Emergency Outpatient | Primary Care: | |
| Room #: | ED03 Bed #: A | DOB/Sex: | [redacted]1977 Female |

## *Emergency Documentation*

Course: This patient with previous history of hypertension presented to the emergency room with chief complaint of left-sided chest pain and shortness of breath that started earlier this morning. She states that she has been recently getting over sinus congestion symptoms throughout the last 2 weeks. CBC, CMP, troponin, EKG, chest x-ray were obtained, blood work was without significant finding, there was T wave inversion of V2 but otherwise EKG was without significant finding, chest x-ray was normal without any acute process. When discussing this information with the patient, she remembered that she was in a car accident 2 days ago where her car struck a deer. Due to the negative work-up as well as this new information, likely source of patient's pain is musculoskeletal and she was given Toradol in the emergency department for symptom relief, encourage patient to follow-up with primary care, return precautions to the ER were discussed. Patient verbalized understanding and has no questions.

Primary impression: Musculoskeletal chest pain

**Assessment/Plan**
1. Chest wall pain
Orders:
Discharge Patient

**Patient Education**
Nonspecific Chest Pain, Adult, Easy-to-Read

**Follow Up**

| With | When | Contact Information |
|---|---|---|
| Follow-up with primary care provider | Within 1 week | |
| Additional Instructions: | | |

| | | |
|---|---|---|
| Neutrophils% Auto | 10/02/23 11:18 | 64.9 |
| Lymphocytes% Auto | 10/02/23 11:18 | 25.2 |
| Monocytes% Auto | 10/02/23 11:18 | 7.9 |
| Basophils% Auto | 10/02/23 11:18 | 0.4 |
| Eosinophils% Auto | 10/02/23 11:18 | 1.6 |
| Neutrophils# Auto | 10/02/23 11:18 | 5.50 |
| Lymphocytes# Auto | 10/02/23 11:18 | 2.10 |
| Monocytes# Auto | 10/02/23 11:18 | 0.70 |
| Basophils# Auto | 10/02/23 11:18 | 0.00 |
| Eos# Auto | 10/02/23 11:18 | 0.10 |
| nRBC% Auto | 10/02/23 11:18 | 0.2 High |
| nRBC# Auto | 10/02/23 11:18 | 0.01 High |

| Chemistry | LATEST RESULTS | |
|---|---|---|
| Sodium | 10/02/23 11:18 | 137 |
| Potassium | 10/02/23 11:18 | 3.4 Low |
| Chloride | 10/02/23 11:18 | 110 High |
| Carbon Dioxide | 10/02/23 11:18 | 22 |
| BUN | 10/02/23 11:18 | 14 |
| Creatinine | 10/02/23 11:18 | 0.84 |
| eGFR | 10/02/23 11:18 | 87 Low |
| Glucose | 10/02/23 11:18 | 91 |
| Calcium | 10/02/23 11:18 | 9.1 |
| Anion Gap | 10/02/23 11:18 | 5.0 Low |
| Osmol Calc | 10/02/23 11:18 | 284 |
| BUN/Crea Ratio | 10/02/23 11:18 | 16.7 |
| Albumin | 10/02/23 11:18 | 4.0 |

**Merit Health River Oaks**
1030 River Oaks Drive
Flowood, MS 39232-

| | | | |
|---|---|---|---|
| **Patient:** | **BALL, FORMEKA R** | Adm Date: | 10/2/2023 10:41 CDT |
| MRN: | 8410120815 | Dch Date: | 10/2/2023 12:22 CDT |
| Account #: | MSRO70021644 | Attending: | ROSS,VICTORIA DO |
| Service Code: | EOP Emergency Outpatient | Primary Care: | |
| Room #: | ED03 Bed #: A | DOB/Sex: | [redacted]1977 Female |

## *Emergency Documentation*

| | | |
|---|---|---|
| Alkaline Phosphatase | 10/02/23 11:18 | 38 Low |
| ALT | 10/02/23 11:18 | 22 |
| AST | 10/02/23 11:18 | 14 |
| Bili Total | 10/02/23 11:18 | 1.2 High |
| Prot Total | 10/02/23 11:18 | 8.3 High |
| Globulin | 10/02/23 11:18 | 4.3 High |
| Albumin/Globulin Ratio | 10/02/23 11:18 | 0.9 |
| Ca Corrected | 10/02/23 11:18 | 9.1 |

| Cardiac Markers | LATEST RESULTS | |
|---|---|---|
| Troponin I HS | 10/02/23 11:18 | 7.2 |

**Diagnostic Results**
FINDINGS: The heart and mediastinal structures are unremarkable and the lungs are expanded and clear. No pleural fluid is demonstrated.

IMPRESSION:
No active disease. [1]
XR Chest 2 V DR 10/02/2023 11:52 CDT

ECG
Normal sinus rhythm, 64 bpm, PR interval 168 ms, QT interval 430 ms, there is T wave inversion in V2, otherwise no abnormal T wave inversions are noted, ST depression in aVL

[1] XR Chest 2 V DR; MCCAY, MARVIN BARHAM MD 10/02/2023 11:36 CDT

Electronically Signed on 10/02/2023 13:18 CDT

LEWIS, PATRICK T PA

Administrative Closure, MSRO

**Merit Health River Oaks**
1030 River Oaks Drive
Flowood, MS 39232-

| | | | |
|---|---|---|---|
| **Patient:** | **BALL, FORMEKA R** | Adm Date: | 10/2/2023 10:41 CDT |
| MRN: | 8410120815 | Dch Date: | 10/2/2023 12:22 CDT |
| Account #: | MSRO70021644 | Attending: | ROSS,VICTORIA DO |
| Service Code: | EOP Emergency Outpatient | Primary Care: | |
| Room #: | ED03 Bed #: A | DOB/Sex: | [redacted]1977 Female |

## *Emergency Department*

### *ED Sepsis Screening

| | | | |
|---|---|---|---|
| Recorded Date | 10/2/2023 | | |
| Recorded Time | 10:45 CDT | | |
| Recorded By | Hust,Jessica Wood Rn | | |
| Procedure | | Units | Reference Range |
| ED Sepsis Criteria | SIRS Criteria WNL | | |
| ED Sepsis Criteria met | No | | |

## *Frequent Documentation*

### Frequent Documentation

| | | | | |
|---|---|---|---|---|
| Recorded Date | 10/2/2023 | 10/2/2023 | | |
| Recorded Time | 12:19 CDT | 10:45 CDT | | |
| Recorded By | Warren,Edward Zachary RN | Hust,Jessica Wood Rn | | |
| Procedure | | | Units | Reference Range |
| Numeric Rating at Rest | 0 = No pain | 5 = Moderate pain | | |

## *Gastrointestinal*

### Gastrointestinal Assessment

| | | | |
|---|---|---|---|
| Recorded Date | 10/2/2023 | | |
| Recorded Time | 11:20 CDT | | |
| Recorded By | Williams,Ryan Thomas Rn | | |
| Procedure | | Units | Reference Range |
| GI Symptoms | None | | |
| Reported GI Symptoms | None | | |

## *General*

### General

| | | | |
|---|---|---|---|
| Recorded Date | 10/2/2023 | | |
| Recorded Time | 10:45 CDT | | |
| Recorded By | Hust,Jessica Wood Rn | | |
| Procedure | | Units | Reference Range |
| Pregnancy Status | N/A | | |

* Patient Instructions - Auth (Verified) *

I, BALL, FORMEKA R, have been given the following list of patient education materials, prescriptions, and follow up instructions and has verbalized understanding:

Nonspecific Chest Pain, Adult, Easy-to-Read

| | | |
|---|---|---|
| Patient/Legal Representative<br>10/02/2023 12:20:45 | Legal Representative Relationship<br>10/02/2023 12:20:45 | Discharging Nurse<br>Date/Time: 10/2/23 |

**Merit Health River Oaks**
1030 River Oaks Drive
Flowood, MS 39232-

| | | | |
|---|---|---|---|
| **Patient:** | **BALL, FORMEKA R** | Adm Date: | 10/2/2023 10:41 CDT |
| MRN: | 8410120815 | Dch Date: | 10/2/2023 12:22 CDT |
| Account #: | MSRO70021644 | Attending: | ROSS,VICTORIA DO |
| Service Code: | EOP Emergency Outpatient | Primary Care: | |
| Room #: | ED03 Bed #: A | DOB/Sex: | [redacted]1977 Female |

***Emergency Documentation***

BALL, FORMEKA R has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Patient Education Materials:**

Nonspecific Chest Pain, Adult, Easy-to-Read

# Nonspecific Chest Pain

Chest pain can be caused by many different conditions. Some causes of chest pain can be life-threatening. These will require treatment right away. Serious causes of chest pain include:

- Heart attack.
- A tear in the body's main blood vessel.
- Redness and swelling (inflammation) around your heart.
- Blood clot in your lungs.

Other causes of chest pain may not be so serious. These include:

- Heartburn.
- Anxiety or stress.
- Damage to bones or muscles in your chest.
- Lung infections.

Chest pain can feel like:

- Pain or discomfort in your chest.
- Crushing, pressure, aching, or squeezing pain.
- Burning or tingling.
- Dull or sharp pain that is worse when you move, cough, or take a deep breath.
- Pain or discomfort that is also felt in your back, neck, jaw, shoulder, or arm, or pain that spreads to any of these areas.

It is hard to know whether your pain is caused by something that is serious or something that is not so serious. So it is important to see your doctor right away if you have chest pain.

## Follow these instructions at home:

**Merit Health River Oaks**
1030 River Oaks Drive
Flowood, MS 39232-

| | | | |
|---|---|---|---|
| **Patient:** | **BALL, FORMEKA R** | Adm Date: | 10/2/2023 10:41 CDT |
| MRN: | 8410120815 | Dch Date: | 10/2/2023 12:22 CDT |
| Account #: | MSRO70021644 | Attending: | ROSS,VICTORIA DO |
| Service Code: | EOP Emergency Outpatient | Primary Care: | |
| Room #: | ED03 Bed #: A | DOB/Sex: | [redacted]1977 Female |

***Emergency Documentation***

### Medicines

- Take over-the-counter and prescription medicines only as told by your doctor.
- If you were prescribed an antibiotic medicine, take it as told by your doctor. **Do not** stop taking the antibiotic even if you start to feel better.

### Lifestyle



- Rest as told by your doctor.
- **Do not** use any products that contain nicotine or tobacco, such as cigarettes, e-cigarettes, and chewing tobacco. If you need help quitting, ask your doctor.
- **Do not** drink alcohol.
- Make lifestyle changes as told by your doctor. These may include:
  - Getting regular exercise. Ask your doctor what activities are safe for you.
  - Eating a heart-healthy diet. A diet and nutrition specialist (dietitian) can help you to learn healthy eating options.
  - Staying at a healthy weight.
  - Treating diabetes or high blood pressure, if needed.
  - Lowering your stress. Activities such as yoga and relaxation techniques can help.

### General instructions

- Pay attention to any changes in your symptoms. Tell your doctor about them or any new symptoms.
- Avoid any activities that cause chest pain.
- Keep all follow-up visits as told by your doctor. This is important. You may need more testing if your chest pain does not go away.

## Contact a doctor if:

- Your chest pain does not go away.

**Merit Health River Oaks**
1030 River Oaks Drive
Flowood, MS 39232-

| | | | |
|---|---|---|---|
| **Patient:** | **BALL, FORMEKA R** | Adm Date: | 10/2/2023 10:41 CDT |
| MRN: | 8410120815 | Dch Date: | 10/2/2023 12:22 CDT |
| Account #: | MSRO70021644 | Attending: | ROSS,VICTORIA DO |
| Service Code: | EOP Emergency Outpatient | Primary Care: | |
| Room #: | ED03 Bed #: A | DOB/Sex: | [redacted]1977 Female |

***Emergency Documentation***

- You feel depressed.
- You have a fever.

## Get help right away if:

- Your chest pain is worse.
- You have a cough that gets worse, or you cough up blood.
- You have very bad (severe) pain in your belly (abdomen).
- You pass out (faint).
- You have either of these for no clear reason:
  - Sudden chest discomfort.
  - Sudden discomfort in your arms, back, neck, or jaw.
- You have shortness of breath at any time.
- You suddenly start to sweat, or your skin gets clammy.
- You feel sick to your stomach (nauseous).
- You throw up (vomit).
- You suddenly feel lightheaded or dizzy.
- You feel very weak or tired.
- Your heart starts to beat fast, or it feels like it is skipping beats.

**These symptoms may be an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

## Summary

- Chest pain can be caused by many different conditions. The cause may be serious and need treatment right away. If you have chest pain, see your doctor right away.
- Follow your doctor's instructions for taking medicines and making lifestyle changes.
- Keep all follow-up visits as told by your doctor. This includes visits for any further testing if your chest pain does not go away.
- Be sure to know the signs that show that your condition has become worse. Get help right away if you have these symptoms.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.