# AFFIDAVIT OF RECORDS CUSTODIAN

I, Victoria Sebren- Hicks am the duly authorized custodian of the 911 call recording records of **Formeka Ball**, and as such have the authority to certify the attached records. The records attached hereto constitute a true and correct copy of the above-mentioned patient's records pertaining to the care and treatment by **Rankin County Sheriff Office.** The attached records were prepared by the personnel of **Rankin County Sheriff's Office** personnel, or person acting under the control of either, in the ordinary course of business.

And further affiant saith not.

By: Vicki Sebren - Hicks
RECORDS CUSTODIAN

SWORN TO AND SUBSCRIBED before me, this the 4 day of November, 2025.

NOTARY PUBLIC

Kristi P. Shanks

STATE OF MISSISSIPPI NOTARY PUBLIC ID# 101208 KRISTI P. SHANKS Commission Expires June 10, 2028 RANKIN COUNTY

My Commission Expires:

Records Requested by:
Lisa W. McKay (MSB# 9678)
CURRIE JOHNSON & MYERS, PA
1044 River Oaks Drive
Flowood, Mississippi 39232
Telephone: (601) 969-1010
Facsimile: (601) 969-5120
Email: lmckay@curriejohnson.com

EXHIBIT
E
tabbies

**Dispatch Agency: RANKIN COUNTY SHERIFF'S OFFICE Call Number: 2023100154**

Agency Involved:RANKIN COUNTY SHERIFF'S OFF Agency Call Number:2023100154

| | Date | Time | Location Address Information |
|---|---|---|---|
| Received | 10/03/23 | 6:52:27 | 122 BALL RD |
| Dispatched | 10/03/23 | 6:52:58 | FLORENCE |
| Enroute | 10/03/23 | 6:53:23 | |
| Arrived | 10/03/23 | 7:01:27 | Call Reported From: Telephone: (601) 000-0000 |
| Under Control | | | 122 BALL RD |
| Completed | 10/03/23 | 8:47:40 | Third Party: 7694282152 |

| | | |
|---|---|---|
| **Signal** | 79 | POSSIBLE DECEASED |
| **Reference Signal** | 79 | POSSIBLE DECEASED |
| **Actual Signal** | 79 | POSSIBLE DECEASED |

Extra Phone 1: 7692379310 Extra Phone 2:

Citations Issued ☐ Weapor How Received: License No: Created: New

DISPOSITIONS/NOTIFIEDS

DISPOSITION: RCSO COMP NOTIFIED: NONE SELECTED

*Notes:*

2022040321 10/03/2023 6:52:27: 46YOF
NOT WAKING UP NOT SURE IF SHE IS BREATH
2022040321 10/03/2023 6:53:20: This message was sent from Page Manager: "122 Ball Rd, Florence, MS Med Call - General-46YOF MOM THAT IS NOT BREATHING AND NOT AWAKE CHILD BY HERSELF" on 10/3/2023 6:53:20 AM.The message was sent to the following cell phones and email addresses: sw-vfd-cad@edispnoc.com.☐
2022040321 10/03/2023 6:53:37: 9YEAR OLD BY HERSELF

2022040321 10/03/2023 6:53:42: NOT BREATHING
2022040321 10/03/2023 6:55:22: This message was sent from Page Manager: "122 Ball Rd, Florence, MS Med Call - General-TAC 1 - 2ND PAGE - CHILD BY HERSELF - POSSIBLY DECEASED MOTHER" on 10/3/2023 6:55:22 AM.☐The message was sent to the following cell phones and email addresses: sw-vfd-cad@edispnoc.com.☐
2022040321 10/03/2023 7:00:31: OLN/800515087 CLASS/Regular Operator
BALL FORMEKA RENA
117 PINE PARK DR FLORENCE MS 390730000
RAC/B SEX/F EYE/Brown HAI/Black HGT/504 WGT/125
ISSU/20180328 EXP/20260918
RESTRICTIONS/NONE ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Licensed STATUS CDL:UNLICENSED

CONVICTED OF OCCUR-DT CONV-DT COM/HAZ ACC ENF-AGENCY DISP
SPEEDING 20 OVER MPH 040221 052721 N N N MHP - Pike County GLT
** END OF DRIVERS HISTORY **
2013080432 10/03/2023 7:03:58:
PER R58, CPR STARTING AT 0703
2022040321 10/03/2023 7:04:01: CPR IS IN PROGRESS 07:03AM
2022040321 10/03/2023 7:24:49: BACK IN SERVICE
2013080432 10/03/2023 7:25:29:
DEANS REQUESTED
2013080432 10/03/2023 8:26:33:
DEANS ON SCENE

**Parties Involved:**

| Name: | Eqp. No.: | ID Number | Party | Dispatched | Enroute | Arrived | Completed |
|---|---|---|---|---|---|---|---|

**Dispatch Agency: RANKIN COUNTY SHERIFF'S OFFICE Call Number: 2023100154**

| | | | | | | |
|---|---|---|---|---|---|---|
| COX, JESSICA | E08 | 2022040321 | R | | | |
| COLLINS, KEVIN | D09 | 2022020074 | D | | | |
| PRINCE, JAMES | | 2017100123 | A | 6:52:58 | 6:53:23 | 7:14:15 |
| WARREN, SHELBY | S11 | 2023010154 | B | 6:53:55 | 6:53:57 | 7:01:27 |
| TAC 1, | TAC 1 | 2023050263 | Z | 6:54:05 | 6:54:26 | 7:07:51 |
| SOUTHWEST RANKIN FIRE DEPARTMENT, | SW1 | 2011010447 | Z | 6:54:17 | 6:56:04 | 7:04:05 |
| EMS 1, | PAFFORD 1 | 2008100024 | M | 6:54:25 | 6:54:31 | 7:09:16 |
| TAYLOR, WILLIAM | D04 | 2013080432 | Z | | | |
| SQUIRES, HUNTER | EOC 5 | 2022120096 | Z | 7:05:52 | | 7:05:53 |
| POOLE, KEVIN | | 2008080183 | B | 7:58:11 | | |

RANKIN COUNTY SHERIFF'S OFFICE

# INCIDENT REPORT

| | |
|---|---|
| 1. INCIDENT NUMBER<br>2023100154 | |
| 2. TYPE INCIDENT _X_ MISD ___ FELONY<br>DEATH - NATURAL DEATH | 3. TYPE INCIDENT ___ MISD ___ FELONY |
| 4. TYPE INCIDENT ___ MISD ___ FELONY | 5. TYPE INCIDENT ___ MISD ___ FELONY |
| 6. LOCATION OF INCIDENT: BALL RD FLORENCE, MS | |
| 7. INCIDENT OCCURRED | |
| EARLIEST DATE 10/03/2023 | LATEST DATE 10/03/2023 |
| EARLIEST TIME 06:52AM | LATEST TIME 08:47AM |
| 8. DAY(S) OF WEEK OCCURRED TU | |

## PROPERTY

| 9. STATUS | 10. QTY | 11. ARTICLE | 12. DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## PERSONS ARRESTED

| 13. NAME | 14. DATE OF BIRTH | 15. AGE | 16.SEX | 17. RACE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| 18. REPORTING OFFICER<br>NO. NAME: PRINCE, JAMES LANDIS | 19. REVIEWING SUPERVISOR<br>NO. R4 NAME: LOVETT, FRED |

RANKIN COUNTY SHERIFF'S OFFICE

# INCIDENT REPORT

DESCRIPTIVE NARRATIVE

On October 3, 2023 Deputy Warren was dispatched to 122 Ball Rd in Florence in reference to an unresponsive female. Warren was also advised that the subjects 9 year old female daughter found her and could not get her to wake up. Warren arrived shortly later and observed a female later identified as Formeka Ball. Formeka was in her bed laying on her stomach and had a sheet over her as normal for sleeping. Warren could not locate a pulse and removed her from the bed to the floor to attempt CPR. Once on the floor Warren began CPR until medial units arrived and took over. Shortly after their arrival Warren was notified to contact the coroner. Warren then began gathering information and learned that her 9 year old daughter [redacted] last saw her mother around 2100hrs the night before. Warren was also told by Formeka's sister, Latasha Ball Owens that Formeka went to River Oaks Hospital on October 2nd complaining of chest pain and not feeling well. Formeka also suffers from high blood pressure. Some time later Deputy Coroner Cliff Dunlap arrived and began his investigation. Dunlap nor Warren observed any indications of a crime and believed it to be a natural death. Deans Funeral home arrived and took possession of the body and all units cleared the scene.