**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**PATRICIA BALL, Individually and as Administratrix of THE ESTATE OF FORMEKA BALL, DECEASED, and on behalf of all wrongful death beneficiaries of FORMEKA BALL, DECEASED** **PLAINTIFF**

**VERSUS** **CAUSE NO. 3:24-CV-632DPJ-ASH**

**RIVER OAKS HOSPITAL, LLC d/b/a MERIT HEALTH RIVER OAKS; JACKSON HB MEDICAL SERVICES, LLC; JOHN DOES 2-10** **DEFENDANTS**

---

## PLAINTIFF'S EXPERT DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

---

COMES NOW Plaintiff, Patricia Ball, individually and as Administratrix of The Estate of Formeka Ball, deceased, and on behalf of all wrongful death beneficiaries of Formeka Ball, deceased, by and through counsel, and file this her Designation of Expert Witnesses pursuant to the Federal Rules of Civil Procedure and would designate the following expert witnesses who may be called to give testimony regarding their field of expertise, the medical treatment provided to Formeka Ball on October 2, 2023, or lack thereof, and the proximate cause of Formeka Ball's death on October 3, 2023.

1. Todd A. Parker, M.D., FACEP, FAAEM
   2113 Woodlawn Ave
   Virginia Beach VA 23455
   757-270-1397
   toddparkermd@gmail.com

PLAINTIFF'S EXHIBIT A

Dr. Todd Parker is a physician who is board-certified in emergency medicine. Dr. Parker received his emergency medicine fellowship at American College of Emergency Physicians and American Academy of Emergency Medicine. Dr. Parker is currently the Executive Medical Director

at Riverside Health Coordinated Care/Patient Transfer Center in Newport News, Virginia, where he also serves as an Emergency Room Physician. Dr. Parker has over 20 years of medical experience as an Emergency Room Physician and has treated numerous patients with symptoms similar to those complained of by Formeka Ball, deceased. A copy of his curriculum vitae is attached hereto as Exhibit "A" along with his testimony history.

Dr. Parker is expected to testify to a reasonable degree of medical probability, based on his knowledge, training, and experience that the care rendered by River Oaks Hospital, Jackson HB Medical Services, LLC, and its staff, including, but not limited to, Dr. Victoria Ross and Patrick Lewis, P.A., represents a serious departure from accepted medical practice under like circumstances. Dr. Parker is also expected to testify that River Oaks Hospital, Jackson HB Medical Services, LLC and its staff's breaches proximately caused Plaintiffs' injuries and the untimely death of Formeka Ball. Dr. Parker is expected to testify further regarding the treatment Formeka Ball would have required on October 2, 2023, to treat her acute coronary syndrome, which would have more likely than not saved her life. Dr. Parker's opinions and the basis of those opinions are set forth in his preliminary report, which is attached hereto as Exhibit "B" and incorporated fully herein.

Dr. Parker is being compensated in this case at the rate of $500/hour for case review, analysis and related, $600.00 per hour for deposition testimony with a 4 hour minimum, and $600.00 per hour for trial testimony with a 8 hour minimum. Dr. Parker charges $300.00 per hour for travel.

Dr. Parker reserves the right to supplement his opinions after the completion of the Defendants' depositions and as discovery continues.

Plaintiff expects to request that Dr. Parker remain in the courtroom during the presentation of Plaintiff's and Defendants' case, and therefore, Dr. Parker's opinions may be modified by the

evidence presented. Furthermore, Dr. Parker may rebut any expert opinions offered by experts testifying on behalf of Defendant(s). Dr. Parker's opinions will be offered to a reasonable degree of probability in the field of economics. Plaintiff would state that, if Dr. Parker is called to testify at trial, it is anticipated that his/her testimony will be consistent with his/her deposition testimony, if any. Plaintiff reserves the right to introduce the transcript of Dr. Parker's deposition testimony in lieu of calling him/her live at trial, and Plaintiff's reserve the right to supplement or substitute the substance of which Dr. Parker is expected to testify to.

2. Ronald H. Wharton MD, FACC, FASE
   North Shore University Hospital
   300 Community Drive, Cohen 1
   Manhasset, NY 11030

Dr. Ronald H. Wharton is a physician who is board-certified in cardiovascular disease. Dr. Wharton received his fellowship in cardiovascular disease at Maimonides Medical Center in Brooklyn, New York. Dr. Wharton is currently an Associate Professor of Cardiology at Zucker School of Medicine, Hofstra University in Uniondale, New York. Dr. Wharton is also the Attending Physician, Department of Cardiology, at North Shore University Hospital, Manhasset NY, and the Director of the Hypertrophic Cardiomyopathy Program. Dr. Wharton has approximately 20 years of medical experience as an Cardiologist and has treated numerous patients with symptoms similar to those complained of by Formeka Ball, deceased. A copy of his curriculum vitae is attached hereto as Exhibit "C". Dr. Wharton has not provided any testimony over the last four (4) years.

Dr. Wharton is expected to testify to a reasonable degree of medical probability, based on his knowledge, training, and experience that the care rendered by River Oaks Hospital, Jackson HB Medical Services, LLC, and its staff, including, but not limited to, Dr. Victoria Ross and Patrick Lewis, P.A., represents a serious departure from accepted medical practice under like circumstances.

Dr. Wharton is also expected to testify that River Oaks Hospital, Jackson HB Medical Services, LLC and its staff's breaches proximately caused Plaintiffs' injuries and the untimely death of Formeka Ball. Dr. Wharton is expected to testify further regarding the treatment Formeka Ball would have required on October 2, 2023, to treat her acute coronary syndrome, which would have more likely than not saved her life, such as medications, coronary artery bypass grafting and/or Reperfusion therapy either through percutaneous coronary intervention or thrombolytic therapy. Dr. Wharton's opinions and the basis of those opinions are set forth in his preliminary report, which is attached hereto as Exhibit "D" and incorporated fully herein.

Dr. Wharton is being compensated in this case at the rate of $650/hour for case review, analysis and related, $650.00 per hour for deposition testimony with a 4 hour minimum, and $6000.00 per day for trial.

Dr. Wharton reserves the right to supplement his opinions after the completion of the Defendants' depositions and as discovery continues.

Plaintiff expects to request that Dr. Wharton remain in the courtroom during the presentation of Plaintiff's and Defendants' case, and therefore, Dr. Wharton's opinions may be modified by the evidence presented. Furthermore, Dr. Wharton may rebut any expert opinions offered by experts testifying on behalf of Defendant(s). Dr. Wharton's opinions will be offered to a reasonable degree of probability in the field of economics. Plaintiff would state that, if Dr. Wharton is called to testify at trial, it is anticipated that his/her testimony will be consistent with his/her deposition testimony, if any. Plaintiff reserves the right to introduce the transcript of Dr. Wharton's deposition testimony in lieu of calling him/her live at trial, and Plaintiff's reserve the right to supplement or substitute the substance of which Dr. Wharton is expected to testify to.

3. Bill Brister, Ph.D.
Economist

Millsaps College
1701 N State St,
Jackson, MS 39210

Dr. Bill Brister is a professor of economics at Millsaps College and is retained to give testimony in this matter in the field of economics and past and future wage loss of Formeka Ball, deceased. Dr. Brister's curriculum vitae is attached hereto as Exhibit "E" along with his testimony history.

Dr. Brister is expected to offer opinions regarding Formeka Ball's pre-death wage earning capacity, post-accident lost wages, loss of wage-earning capacity, and all aspects of Formeka Ball's economic loss, including her loss of household use. Dr. Brister's opinions will be based on his education, knowledge, experience, documents and information provided to him to date, and other pertinent materials and information gathered by him.

Dr. Brister's expert report and materials are attached hereto as Exhibit "F". Plaintiff reserves the right to supplement, alter, and/or amend this designation until discovery is complete in this matter.

Dr. Brister is being compensated in this case at the rate of $250/hour for case review, analysis and related, $1,500.00 plus travel expenses for deposition and trial testimony.

Plaintiff expects to request that Dr. Brister remain in the courtroom during the presentation of Plaintiff's and Defendants' case, and therefore, Dr. Brister's opinions may be modified by the evidence presented. Furthermore, Dr. Brister may rebut any expert opinions offered by experts testifying on behalf of Defendant(s). Dr. Brister's opinions will be offered to a reasonable degree of probability in the field of economics. Plaintiff would state that, if Dr. Brister is called to testify at trial, it is anticipated that his/her testimony will be consistent with his/her deposition testimony, if any. Plaintiff reserves the right to introduce the transcript of Dr. Brister's deposition testimony

in lieu of calling him/her live at trial, and Plaintiff's reserve the right to supplement or substitute the substance of which Dr. Brister is expected to testify to.

4. Jennifer Swatek, MSFS, D-ABFT-FT
Forensic Toxicologist
NMS Labs
200 Welsh Road
Horsham, Pennsylvania 19044

Ms. Swatek performed the toxicology screen on Formeka Ball, deceased. Ms. Swatek holds a Master of Science in Forensic Science (MSFS) and is certified by the American Board of Forensic Toxicology (ABFT) as a Diplomate in Forensic Toxicology (D-ABFT-FT). She is employed as a Forensic Toxicologist at NMS Labs, where she performs, reviews, and interprets toxicological analyses in forensic and medico-legal investigations.

Ms. Swatek is expected to testify concerning her toxicological analysis and findings documented in the NMS Labs Analysis/Summary dated October 12, 2023. Her testimony will address:

The methodology, results, and interpretation of toxicological testing performed on biological specimens submitted in connection with the decedent.

The presence, concentration, and pharmacological significance of any identified substances.

The correlation of these findings with the reported cause of death and the absence of evidence inconsistent with the official findings of the medical examiner.

Her testimony will be based upon her education, training, experience, and the data and conclusions contained within her October 12, 2023 Analysis/Summary, which is incorporated fully herein. Ms. Swatek's testimony may include explanations of toxicological testing procedures, chain of custody, and interpretation of toxicology results within a medico-legal context. Ms. Swatek is expected to testify that Ms. Ball's toxicology screen returned only a positive result for caffeine. Plaintiff reserves the right to supplement her testimony with any additional opinions that may arise from review of further materials or in rebuttal to defense experts.

Plaintiff reserves the right to supplement or amend this designation pursuant to the Federal Rules of Civil Procedure and the Scheduling Order of this Court.

5. Clifton Dunlap, DMEI
Deputy Coroner, Rankin County, Mississippi
P.O. Box 143,
Brandon, Mississippi 39043

Mr. Dunlap serves as the Deputy Coroner for Rankin County, Mississippi, and has extensive experience in death investigation, forensic examination, and certification of causes and manners of death. In his official capacity, he routinely investigates deaths involving natural, accidental, and undetermined causes and completes Mississippi State Certificates of Death pursuant to Mississippi Code Annotated § 41-57-1 et seq. and related state regulations.

Mr. Dunlap is expected to testify regarding his official findings, observations, and determinations made in connection with the death of Formeka Ball. The process and methodology employed by the Rankin County Coroner's Office in determining the cause and manner of death, including any examination of the decedent's body, medical history, and investigative information

available at the time of certification. Mr. Dunlap is expected to testify regarding the issuance of the official Mississippi Certificate of Death dated October 16, 2023, State File No. 123-2023-025273, listing cardiac arrest due to hypertension as the cause of death, as reflected in the certified record, which has been previously produced and incorporated fully herein.

Mr. Dunlap is expected to testify further that the immediate cause of death was cardiac arrest, with hypertension as a contributing factor. There was no evidence of external trauma or other unnatural causes requiring further autopsy or criminal investigation at the time of his certification. His determinations were made in accordance with the standards of practice for Mississippi county coroner investigations and based upon the available medical and investigative data. These opinions are based on his official duties, the contents of the death certificate, investigative reports, and other materials reviewed by the Rankin County Coroner's Office.

Mr. Dunlap is a public official and is not expected to receive compensation for testimony beyond statutory witness fees and reimbursement of expenses as allowed by law.

Mr. Dunlap may rely upon and refer to the Mississippi Certificate of Death for Formeka Ball, issued October 16, 2023, and any coroner's investigative records, EMS reports, or medical documents associated with the decedent's death investigation. Plaintiff reserves the right to supplement or amend this designation pursuant to the Federal Rules of Civil Procedure and the Scheduling Order of this Court.

6. Sean A. Harris
Paramedic, Pafford EMS
Pafford EMS – Mississippi Operations
P.O. Box 1120,

Hope, Arkansas 71802
Telephone: (800) 451-8036

Mr. Harris is a licensed paramedic (Certification Level: 2009 Paramedic) with Pafford EMS – Rankin County Division, serving as a primary patient care provider for emergency medical responses in Mississippi. He has extensive training and experience in advanced life support (ALS), cardiac arrest management, and field death determinations pursuant to Mississippi Department of Health EMS protocols.

Mr. Harris is expected to testify regarding his response to the 911 emergency call involving Formeka Ball on October 3, 2023, at 122 Ball Road, Florence, Mississippi. The patient assessment and findings upon arrival, including the absence of pulse, respiration, and electrical cardiac activity (asystole). The clinical basis for the pronouncement of death and the decision not to initiate resuscitation, in accordance with Mississippi EMS standing orders.

The timeline of emergency response, condition of the decedent upon arrival, and communication with first responders and family members on scene. Mr. Harris is expected to testify, consistent with his Pafford EMS Patient Care Report (Run #261406), that: Formeka Ball was found unresponsive, pulseless, apneic, pale, and cool to the touch, with dilated, non-reactive pupils. Cardiac monitor (4-lead ECG) confirmed asystole, and the patient exhibited rigor mortis and other obvious signs of death. The estimated time of cardiac arrest was approximately 6:50 a.m., and the time of pronouncement was 7:11 a.m. Resuscitation efforts were not initiated due to the patient's prolonged downtime (>20 minutes) and obvious post-mortem indicators. He followed Mississippi EMS protocols for death recognition and coordinated notification of the Rankin County Coroner's

Office for subsequent investigation. These opinions are based upon his direct observations, ALS assessment, EMS protocols, and the contemporaneously documented electronic patient care report (ePCR).

Mr. Harris is employed by Pafford EMS and is not expected to receive compensation beyond his regular salary and statutory witness fees.

Mr. Harris may rely upon and refer to the following materials:

-Pafford EMS Patient Care Report (Run #261406 – October 3, 2023) for Formeka Ball;

-Any Mississippi EMS protocols or standing orders governing field pronouncements of death; and

-The Mississippi Certificate of Death issued by the Rankin County Coroner's Office.

Plaintiff reserves the right to supplement or amend this designation pursuant to the Federal Rules of Civil Procedure and the Scheduling Order of this Court.

7. Plaintiffs reserve the right to call as expert witnesses any and all treating physicians of Formeka Ball.

8. Plaintiffs reserve the right to call as expert witnesses any and all individuals identified by Defendants as expert witnesses.

9. Plaintiffs reserve the right to call as expert witnesses any and all persons identified in documents to be produced by Defendants to the extent such opinions constitute expert opinion testimony.

10. Plaintiffs reserve the right to supplement their designation of experts upon completion of discovery.

**RESERVATION OR RIGHTS REGARDING EXPERT TESTIMONY**

All experts listed above designated by the Plaintiff, including but not limited to treating physicians/counselors/psychologists, reserve the right to modify and/or amend their opinions upon the receipt of additional and/or conflicting information. Plaintiff reserves the right to use opinions or portions thereof from experts designated by Defendant in this matter. Plaintiff reserves the right to supplement this designation as discovery is ongoing in this case, and further based upon the fact that Plaintiff remains under his doctors' care and has not yet reached maximum medical improvement. Plaintiff reserves the right to withdraw the designation of any expert and/or to re-designate said expert as a consulting expert. Plaintiff reserves the right to name additional experts in rebuttal to experts designated by Defendant. All of Plaintiff's experts reserve the right to offer opinions in rebuttal to all or part of any expert testimony offered/disclosed/designated by the Defendants. Plaintiff will supplement this designation with additional information later, if obtained, as is required by the *Federal Rules of Civil Procedure*.

RESPECTFULLY SUBMITTED, this the 23rd day of October, 2025.

**PATRICIA BALL, Individually and as Administratrix of THE ESTATE OF FORMEKA BALL, DECEASED, and on behalf of all wrongful death beneficiaries of FORMEKA BALL, DECEASED**

BY: /s/ Benjamin N. Philley
Benjamin N. Philley

COUNSEL FOR PLAINTIFF:

KILPATRICK & PHILLEY, PLLC

BENJAMIN N. PHILLEY (#101556)
JAY M. KILPATRICK (#100136)
P. O. Box 2230
Madison, Mississippi 39130-2330
216 W. Jackson Street
Ridgeland, Mississip 39157
Telephone (601) 856-7800
Facsimile (601) 856-7031
bphilley@kplawms.com
jkilpat@kplawms.com

NELSON WAGAR HICKMAN (*pro hac vice*)
SARAH WAGAR HICKMAN (*pro hac vice*)
WAGAR HICKMAN, PLLC
1425 West Causeway Approach
Mandeville, Louisiana 70471
Telephone (985) 888-8740
cwagar@wagarhickman.com
shickman@wagarhickman.com
***Attorneys for Plaintiff, Patricia Ball, individually and as Administratrix of The Estate of Formeka Ball, deceased***

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2025, the foregoing pleading was sent via electronic mail, facsimile, and/or U. S. Mail, postage-prepaid, to all counsel of record.

:/s/ Benjamin N. Philley
BENJAMIN N. PHILLEY

**Todd A. Parker, M.D., FACEP, FAAEM**
**2113 Woodlawn Ave**
**Virginia Beach VA 23455**
**757-270-1397**
**toddparkermd@gmail.com**



## PERSONAL

Born: October 21, 1967 Santa Clara, CA
Married to Joanne L. Parker
Children: Jessica Elise Parker
Benjamin Dean Parker

## PROFESSIONAL STANDINGS

- **BOARD CERTIFIED IN EMERGENCY MEDICINE:** Expires December 2030
- **FELLOW, AMERICAN COLLEGE OF EMERGENCY PHYSICIANS:** 2012-present
- **FELLOW, AMERICAN ACADEMY OF EMERGENCY MEDICINE:** 2013-present
- **IMMEDIATE PAST PRESIDENT, VIRGINIA COLLEGE OF EMERGENCY PHYSICIANS:** Feb 2024 - present
- **BOARD OF DIRECTORS, VIRGINIA COLLEGE OF EMERGENCY PHYSICIANS:** Jan 2016 – present
    - President – Feb 2022 to Feb 2024
    - President-Elect – Feb 2021 to Feb 2022
    - Secretary/Treasurer, Feb 2019-Feb 2021
    - Chairman, Legislative Committee 2018-present
    - Virginia Councilor to National ACEP Council – 2018 to present
    - Chair, Emergency Medicine Political Action Committee – 2018 - present
    - Emergency Medicine Delegate to Medical Society of Virginia
- **AMERICAN COLLEGE OF EMERGENCY PHYSICIANS:**
    - Board of Governors, ACEP Emergency Department Accreditation Committee
    - Member, Reimbursement Committee
- **ASSISTANT PROFESSOR OF MILITARY AND EMERGENCY MEDICINE:** Uniformed Services University of the Health Sciences, Bethesda, MD. 2010-2021
- **ALPHA OMEGA ALPHA:** National Medical Honor Society, Member

## EDUCATION

### GRADUATE MEDICAL EDUCATION

Residency: Emergency Medicine
Naval Medical Center Portsmouth
Aug 2006 – July 2009 (Chief Resident Aug 2008 – July 2009)
Internship: General Surgery (Orthopedics Track)
Naval Medical Center Portsmouth, July 2003-July 2004

PLAINTIFF'S EXHIBIT
tabbies
A

**MEDICAL EDUCATION**
Eastern Virginia Medical School, Norfolk, Virginia
Aug 1999 - May 2003
Degree: Doctor of Medicine, May 2003
***Alpha Omega Alpha*** (National Medical Honor Society), October 2002

**GRADUATE EDUCATION**
Eastern Virginia Medical School, Norfolk, VA
Aug 1998-July 1999
Degree: Master of Science in Biomedical Sciences, July 1999

**UNDERGRADUATE EDUCATION**
University of Notre Dame, South Bend, IN
Major: Finance
Aug 1985 – May 1989
Degree: Bachelor of Business Administration, May 1989

**ADDITIONAL EDUCATION**
Riverside Clinician Leadership Institute
Newport News, Virginia
Aug 2021 – May 2022
Certificate program in Medical Executive Leadership

## EMPLOYMENT

### Apr 2016-present: Riverside Health Systems/Riverside Medical Group

- **Title: Executive Medical Director, Riverside Health Coordinated Care/Patient Transfer Center (Dec 2023-present)**
  - Responsibilities: Full-time Executive Medical Director (Associate Vice President Level) of coordinated care and patient transfer center, responsible for transforming Coordinated Care/Transfer Center into System Level Operational Command Center coordinating all aspects of patient movement and placement to optimize throughput efficiency and health system resources. Responsible for developing policies and procedures for transfers of patients within, into, and out of the Riverside Health System, as well as protocols for any care that requires coordination between hospitals within the health system and between health systems. Liaison with health system leaders to develop protocols, resolve conflicts, and engage stakeholders to facilitate expeditious transfers. Provide real-time consultation and resolution for intra- and inter-health system transfers. Coordinates with other regional transfer center medical directors for disaster response and preparedness. Acts as EMTALA compliance expert for the health

system. Develops protocols for Riverside Nurse Line, a patient focused Ask-a-Nurse call line.

- **Title:** **Medical Director, Riverside Health Coordinated Care/Patient Transfer Center – 12 hours per week (Jan 2020-December 2023)**
    - Responsibilities: Medical Director of coordinated care and patient transfer center, developing policies and procedures for transfers of patients within, into, and out of the Riverside Health System, as well as protocols for any care that requires coordination between hospitals within the health system and between health systems. Liaison with department heads to develop protocols, resolve conflicts, and engage stakeholders to facilitate expeditious transfers. Provide real-time consultation and resolution for intra- and inter-health system transfers. Coordinates with other regional transfer center medical directors for disaster response and preparedness. Acts as EMTALA compliance expert for the health system. Develops protocols for Riverside Nurse Line, a patient focused Ask-a-Nurse call line.
- **Title:** **Emergency Medicine Physician – 10 hours per week**
    - Responsibilities: Manage patients in community Emergency Departments in Williamsburg, VA, and Eastern Shore of Virginia, each with a 20,000+ annual patient census, as well as Riverside Regional Medical Center, Newport News VA, with an annual volume of 50,000+ patients. Duties include managing pediatric, adolescent, adult, and geriatric patients in medical and trauma emergencies in a limited resource, critical access hospital setting.
- **Title:** **Consolidated Quality of Patient Care Committee Member 2018-2022**
    - Responsibilities: member of consolidated quality of patient care peer review committee, tasked with reviewing quality of care issues (aka "peer review") for health system encompassing six hospitals and all associated outpatient clinical practices,

## Dec 2009-Dec 2021: Chesapeake Emergency Physicians

**Chesapeake Regional Medical Center, Chesapeake Virginia**

- **Title:** **Emergency Medicine Physician, Residency Rotation Coordinator**
- Responsibilities: Manage patients in high volume/high acuity community emergency medicine department with a 70,000+ annual patient census. Duties include managing pediatric, adolescent, adult, and geriatric patients in medical and trauma emergencies. Also acted as residency rotation coordinator for rotating Emergency Medicine residents.

## Jun 2003 – Aug 2014 United States Navy, Medical Corps

- Primary duty: Emergency Medicine Physician

## Commands

**Naval Medical Center Portsmouth, March 2011-August 2014 (retired from Active Duty Navy September 2014)**

- **Title:**
    - **Chief Medical Officer, Department of Emergency Medicine January 2012-January 2014**
    - **Assistant Chair, Department of Emergency Medicine Dec 2010-January 2012**
    - **Acting Chair, Department of Emergency Medicine, July 2011-January 2012**
- Responsibilities: Supervised day-to-day operations of 36-bed emergency department at the US Navy's highest volume emergency department, with a 75,000+ annual patient census, including 15,000+ pediatric patients. Duties include direct and indirect supervision of over 150 personnel including physicians, PAs, nurses, administrative personnel, and corpsman; managing $800,000+ annual department expendables budget; overseeing process improvement projects; representing department at command level functions; generating command and Navy required reports; liaison with other departments and command suite; as well as any additional duties as tasked by the Commanding Officer and Director of Medical Services.
    - Additional Duties: Review of all Quality Care Reports, Root Cause Analyses for adverse outcomes, and Event Reports of all Emergency Medicine Department Medical and Customer Service Reports. Lead evaluator for opinion on Emergency Department Standard of Care.
    - Deployments: Deployed as Emergency Physician on Mobile Trauma Team January-October 2012 to support sea and land based targeted operations without organic medical support.

**Naval Medical Center Portsmouth, Aug 2009-Aug 2014**

- **Title:** **Staff Emergency Medicine Physician – Academic Faculty**
- Responsibilities: Working as a staff physician of a 36-bed emergency department with a 75,000 annual patient census including 15000+ pediatric patients. Duties include training 27 emergency medicine residents in a three-year emergency medicine residency as well as training over 150 interns and medical students who rotate through the emergency department for a one-month rotation.
    - Additional Responsibilities:
        - Emergency Medicine Procedural Sedation and Regional Anesthesia Coordinator
        - Emergency Department Website Manager
        - Emergency Department Physician Awards Coordinator
        - Member, ED Quality Improvement Committee
    - Special Projects: Creator and Website Manager of "Navyemergencymedicine.com", a website dedicated to consolidating all resources of military academic and operational emergency medicine in one website, accessible anywhere in the world.

- Pharmaceuticals and Therapeutics Committee: Vice Chair and Emergent/Urgent Care Representative. Assists the Chair in all P&T responsibilities, assumed role as Acting Chair in their absence.
- Awards and Recognitions
  - Assistant Professor of Military and Emergency Medicine, Uniformed Services University of the Health Sciences Sept 2010-present
  - NMC Portsmouth Medical Corps Officer of the Year, 2010
  - NMCP Medical Corps Officer of the Quarter, 1st Quarter 2010
  - 2010 National Champion, Best Faculty Discussant - Council of Emergency Medicine Residency Directors Clinical Pathologic Case Conference Faculty Discussant. 2010

**Naval Medical Center Portsmouth, July 2008-July 2009**

- Title: **Chief Resident, Emergency Medicine Residency**
- Responsibilities: Supervision and representation of 22 Emergency Medicine residents in PGY 1-4 Emergency Medicine Residency. In addition to chief resident duties, administered the High Fidelity Simulation Curriculum, developing simulation scenarios, giving scenario specific lectures, and developing handouts and other study aids
  - Specific Accomplishments:
    - Developed an electronic discharge instructions database creating a streamlined electronic system with both generic and diagnosis specific discharge instructions.
    - Developed an electronic templated procedure note database, significantly improving the compliance with completing procedure notes and increasing departmental billable coding.
    - Liaisoned with several departments to create a primary care and pediatrics follow-up system for patients that would otherwise be unable to attain timely follow-up, which significantly reduced the number of pediatrics consultations and subsequent admissions.
    - Creator and Editor-in-Chief, INBOUND Magazine

**Naval Medical Center Portsmouth, July 2006-July 2008**

- Title: **Emergency Medicine Resident**
- Responsibilities: Direct care of patients in a high-volume Adult and Pediatric Emergency Department under the direct supervision of Emergency Medicine Attending Physicians. Included training at Level I and Level II Trauma Centers, Cardiology, Orthopedics, Pediatric Emergency Medicine, Intensive Care Units, Toxicology, and Anesthesia.
  - Additional Responsibilities:

- Supervising interns and medical students rotating through the department in patient care responsibilities, including completing end of rotation evaluations.
- Prepare case presentations and lecture topics for presentation at departmental academic days
- Present overall review and analysis, and lead discussion, of current journal articles relevant to Emergency Medicine (led discussions in two of the first six months in the Department)

**USS Gunston Hall (LSD 44), July 2004-July 2006**

- Title: **Senior Medical Officer**
- Primary Responsibilities: Medical Department Head, to include acting as primary care physician for 350 assigned personnel and overseeing the medical department. Duties include supervision of 8 corpsmen, management of environmental health programs such as heat stress, hearing conservation, water safety, food service inspections, asbestos, and immunization control.
  - Additional Responsibilities:
    - Tactical Action Officer (TAO), directed combat operations of the ship when in a hostile environment. Certified as only Level I TAO on the ship (highest level attainable) during ship's Final Evaluation Phase prior to ship certification for deployment.
    - Helicopter Control Officer, directing all Helicopter Operations on and around ship
  - Additional Awards:
    - Awarded the "Green H" Health Prevention Award for attaining the highest level of Health Readiness in both 2005 and 2006.
    - Contributed to the command winning the 2005 "Battle E", which recognizes the best ship in its class in the Atlantic Fleet.

**Naval Medical Center Portsmouth, June 2003-June 2004**

- Title: **General/Orthopedic Surgery Intern**
- Responsibilities: Direct care of inpatients and outpatients in various departments of Naval Medical Center Portsmouth, under the direct supervision of Staff Physicians. Responsibilities include taking care of inpatients, seeing patients in clinic, assisting in the operating room, preparing academic presentations, and taking overnight call.

## Aug 1998 – Aug 2000 Tidewater Community College

- Title: **Anatomy and Physiology Laboratory Instructor**
- Responsibilities: Instructor in college-level, cadaver-based Anatomy and Physiology Laboratory

## May 1989 – Oct 1998 United States Navy, Naval Flight Officer

- **Primary duty: F-14 Strike Fighter Naval Flight Officer**

- Commanded aircraft carrier and land-based multi-aircraft flights in peacetime and combat tactical operations; operated complex radar, weapons systems and communication equipment.

## Commands:

**Strike Weapons and Tactics School Atlantic, 1995-1998**

- **Title: Advanced Tactics Instructor.**
  - Developed/taught graduate level tactics and advanced weapons systems. Included classroom and airborne instruction.
  - Identified the need for and developed a new mission area (Forward Air Controller-Airborne) for naval tactical air in supporting joint battlefield operations. Developed hypothesis, implemented operational research, coordinated formal approval of the program with senior officers, and created/oversaw training syllabus.
- **Title: Assistant Operations Officer**
  - Managed an $8 million annual budget for operational training requirements and product acquisition
  - Supervised operations department personnel
  - Oversaw scheduling and deconfliction of all command operational training programs.

**Fighter Squadron Forty-One, 1992-1995**

- **Title: Operations Training Officer**
  - Designed and implemented training requirements for 36 aircrew in an operational fighter squadron
  - Ensured squadron met periodic readiness goals and inspections
- **Title: Safety Officer**
  - Conducted annual evaluations of squadron aircrew to requalify personnel as safe-for-flight
  - Prepared and administered periodic inspections of command procedures in safety related issues
  - Conducted quarterly human factors review boards to ensure that aircrew personal issues did not contribute to unsafe flight conditions.
- **Title: Maintenance Division Officer, Avionics and Weapons Division**
  - Supervised over 100 personnel to meet regular maintenance requirements of 12 aircraft and $500 million in assets
  - Oversaw training and evaluation of personnel in maintenance procedures to achieve and maintain high performance.

**Fighter Squadron One-Zero-One, 1991-1992**

- Underwent Naval Flight Officer Training Specific to the F-14 Tomcat
- Graduated first in class of 12

**Training Airwing Six, 1989-1991**

- Student Naval Flight Officer training
- Graduated first in class of 20

## RESEARCH/PUBLICATIONS/NATIONAL LECTURES:

**OVERVIEW**

**August 2014-Dec 2021: Chesapeake Emergency Physicians**

- Invited Lecturer, VACEP Annual Meeting, February 2015
- Associate Editor and Chapter Author, Emergency Medicine: A Focused Review of the Core Curriculum (2nd Ed). American Academy of Emergency Medicine
- Topic Editor, PEPID Emergency Medicine Suite (Editor of four sections)
  - Arterial Blood Gases in Disease
  - Wernicke-Korsakoff Syndrome
  - Blast Injuries
  - Abdominal Pain in the Elderly

**July 2006-August 2014: Department of Emergency Medicine, Naval Medical Center Portsmouth, Virginia**

- Creator and Editor in Chief, Inbound Magazine. Quarterly military publication dedicated to identification of process improvement initiatives, cognitive errors in medical decision making, and communication of near-misses in medical practice and education.
- Primary Investigator: *Do CT Scans of the Abdomen and Pelvis with Oral Contrast to rule out appendicitis in emergency department patients find significant alternative diagnoses when compared to non-oral contrast studies?* (Data collection complete, data analysis in progress)
- Associate Investigator: *Are oral and intravenous contrast required to diagnose appendicitis on computed tomography?* (Data collection complete, data analysis in progress)
- Author of several poster presentations (see below for details)
- Invited Lecture, VACEP Annual Meeting Feb 2014, and Summer Symposium Aug 2013

**July 2003-July 2004 Department of Orthopaedic Surgery, Naval Medical Center Portsmouth, Virginia**

- Supervisor: Dr. Jon Sekiya
- Coauthored textbook chapter and participated in retrospective chart reviews

**Jan 1999-May 2003 EVMS Thomas R. Lee Center for Ocular Pharmacology**

- Supervisor: Dr. Patricia Williams
- Performed both clinical and basic science research in the field of ocular pharmacology.

**Publications**

1. **Associate Textbook Editor:** Schofer JM, Mattu A, Kessler C, Lu LN, **Parker TA**, Rogers R; Emergency medicine: A focused review of the core curriculum (2nd Edition). American Academy of Emergency Medicine Resident & Student Association.

2. **Parker, TA**; Geeting, G; *Ch. 15: Environmental Disorders* Schofer JM, ed. Emergency Medicine: A focused review of the core curriculum (2nd Edition). American Academy of Emergency Medicine Resident & Student Association.

3. Kitchen, L; **Parker, TA:** *Ch. 16: Musculoskeletal Disorders* Schofer JM, ed. Emergency Medicine: A focused review of the core curriculum (2nd Edition). American Academy of Emergency Medicine Resident & Student Association.

4. **Creator and Editor-in-Chief, Inbound Magazine**. 2008-2014. Magazine created to provide a forum for residents and staff to write stories about patient encounters in which a near-miss or process improvement intervention occurred, as well as to highlight patient safety and medical decision making issues that can improve patient care and resident education.

5. Navarro, GA; Owens, MD; **Parker, TA;** Rios, VC. *Assessment of Formal Trauma Training in the Dominican Republic as Part of an Ongoing International Humanitarian Mission.* Journal of Healthcare, Science, and the Humanities. Vol.1:2; 2011. Pg. 92-98

6. Whiddon, David; **Parker, Todd**; Kuhn, John; Sekiya, Jon; Chapter 52: *Disorders of the Proximal Tibiofibular Joint*; Insall & Scott Surgery of the Knee, 4th edition; Jan 2006

7. Williams, PB; Crouch, ER; Sheppard, JD; Lattanzio, FA; **Parker, TA**; Mitrev, PV *The Birth of Ocular Pharmacology in the 20th Century*; Journal of Clinical Pharmacology. Volume 40 Sep 2000, Pages: 990-1006

8. **Parker, Todd A**; Ch 10: *Bombcats over Bosnia....and Beyond*; Grumman F-14 Tomcat: Shipboard Superfighter; Warplane Classics/World Air Power Journal. Lake, Jon (editor). Aerospace Publishing Limited 1998.

9. **Parker, LT Todd A**; Brurud, LT Brian B; *Forward Air Control (Airborne) From the Sea*; Aimpoint: The Journal of the Naval Strike Warfare Center; Volume 10:3; Summer 1994.

**Poster Presentations/Abstracts**

1. *Near Misses and Medical Education: An Innovative and Entertaining Educational Tool.* **Parker, TA;** Bruner, DI; Platt, G. Wainter, K. (Poster) Joint Services Symposium, American College of Emergency Physicians Government Services Annual Meeting:

2. *Innovations in Medical Education: Navy Emergency Medicine website*; Haynes, D; **Parker, TA.** (Poster). Joint Services Symposium, American College of Emergency Physicians Government Services Annual Meeting –April 2010

3. *Constipation Related Abdominal Compartment Syndrome in a 52-year Old Man.* **Parker, TA;** Platt, G; Marshall, R. Naval Medical Center Portsmouth Annual Research Day Competition – March 2008 (Poster).

4. *Early Signs of Corneal Rejection Detected by in-vivo Confocal Microscopy: Effect of Anti-ICAM-1 Corneal Oligonucleotides.* Lattanzio, FA; Alvarez-Chedzoy, NE; Sheppard, JD; **Parker, TA**; Fateh, DA. Association for Research in Vision and Ophthalmology Annual Conference-May 2003 (Poster and Abstract)

5. *Mitigation of Corneal Rejection Following Pretreatment with Anti-ICAM Oligonucleotide.* Williams, PB; Alvarez-Chedzoy, NE; **Parker, TA**; Fateh, DA; Fellner, DA; Lattanzio, FA; Sheppard, JD. Association for Research in Vision and Ophthalmology Annual Conference-May 2002 (Poster and Abstract)

6. *Efficacy of Buffered versus Standard Lidocaine for Anesthesia During Punctal Occlusion.* Sheppard, JD; Crouch, ER; Williams, PB; Alvarez, N; **Parker, TA.** Association for Research in Vision and Ophthalmology Annual Conference- Apr 2000 (Poster and Abstract)

7. *Does Pretreatment Using the Oligonucleotide ISIS 2105 Delay Corneal Allograft Rejection Following Penetrating Keratoplasty?* **Parker, TA**; Kalaria, M; Lattanzio, FA; Williams, PB; Sheppard, JD. Eastern Virginia Medical School Annual Research Day – Oct 2000

8. *Buffered Lidocaine Has No Advantage Over Standard Lidocaine During Permanent Punctal Occlusion.* Alvarez-Chedzoy, NE; Crouch, ER; Sheppard, JD; **Parker, TA;** Williams, PB. Eastern Virginia Medical School Annual Research Day – Oct 2000

**Regional/National Lectures**

1. Council of Emergency Medicine Residency Directors, Presentation for Clinical Pathologic Case Competition
    a. May 2010, National Semifinal Winner, SAEM Annual Meeting, Scottsdale, AZ
    b. Oct 2010, National Champion, ACEP Scientific Assembly
2. Virginia ACEP Summer Symposium, August 2013 – Invited Lecturer
3. Virginia ACEP Winter Symposium, February 2014 – Invited Lecturer
4. Virginia ACEP Winter Symposium, February 2015 – Invited Lecturer

## HOSPITAL COMMITTEES / LEADERSHIP

- **Quality of Patient Care Committee, Riverside Doctor's Hospital Williamsburg** – October 2018-July 2022
- **Pharmaceuticals and Therapeutics Committee, Naval Medical Center Portsmouth,** Jan 2010 – January 2012
    - **Vice Chair** – August 2010-January 2012
- **Central Line Improvement Process Committee, Naval Medical Center Portsmouth** Oct 2009 – Jan 2012
- **Executive Committee of the Medical Staff (ECOMS), Naval Medical Center Portsmouth**: Resident Representative, July 2008-July 2009

## PROFESSIONAL MEMBERSHIP

- **Member, American College of Emergency Physicians, 2006-present**
  - **Fellow, 2012 to present**
- **Fellow, American Academy of Emergency Medicine, 2013-present**
- **Member, Society for Academic Emergency Medicine 2006-2009**
  - **Committee member, Undergraduate Medical Education Committee**
    - **Included developing 30 questions for test-question databank as well as a lecture on environmental medicine for medical student educators.**
- **Member, Emergency Medicine Resident Association, 2006-2009**

## SIGNIFICANT MILITARY AWARDS

- **Meritorious Service Medal-one award**
- **Strike/Flight Air Medal-one award**
- **Navy Commendation Medal with combat distinguishing device-two awards**
- **Navy Commendation Medal-four awards**
- **Navy Achievement Medal-four awards**
- **Numerous campaign awards**

## SIGNIFICANT AWARDS/ACCOMPLISHMENTS/COMMITTEES/PROFESSIONAL

- **Board Certified, American Board of Emergency Medicine** (current certification expires December 2030)
- **Alpha Omega Alpha National Medical Honor Society:** elected October 2002
- **Co-Host: ER Doc Talk, Biweekly Medical Radio Show on AM790 WNIS**
- **2010 National Champion, CORD Clinical Pathologic Case Competition (Faculty Discussant)**
- **Eagle Scout:** 1985
- **Vice President, EVMS MD Class of 2003:** 1999 to 2003
- **Treasurer and Vice President-Student Council:** 2001-2003
- **Co-chair - EVMS Career Counseling Committee:** 2001 to 2003
- **Member EVMS President & Dean's Search Committees:** 2000-2001
- **Editor-Student Government Newsletter:** 2000-2001
- **Student Interviewer/Tour Guide-EVMS Admissions Department:** 2000-2001
- **Co-founder/Chair Annual EVMS Family Day**: Oct 2000

# *Todd A. Parker, M.D. P.C.*

**Todd A. Parker, MD, FACEP, FAAEM**
**2113 Woodlawn Ave Virginia Beach VA 23455**
**(757) 270-1397**
**toddparkermd@gmail.com**


## Fee Schedule for Emergency Medicine Expert Services

**Retainer:**
Five hours minimum ($2500). Select cases may be considered for a lower retainer on a case-by-case basis.

**Research, Review, Consultation, and Report Generation:**
$500/hour, billed in accrued 15-minute increments, for all research, review, personal consultation, and writing related to the expert services.

**Deposition and Trial:**
Depositions in the immediate Norfolk/Virginia Beach/Chesapeake area: $600 per hour, billed in accrued 15-minute increments, for services during depositions to include wait time, with a 4-hour minimum exclusive of preparation and travel time.

Trials and out-of-town depositions: $600 per hour, billed in accrued 15-minute increments, for services during depositions and/or trials to include wait time, with an 8-hour minimum, exclusive of preparation and travel time.

All anticipated trial and deposition expenses will be paid in advance of the event.

**Travel:**
$300 per hour, billed in accrued 15-minute increments, for all travel time, regardless of means. Billed from portal to portal, unless case-related work is performed during travel time, which will be billed at $500 per hour. Actual travel time will be billed in accrued 15-minute increments. The client is responsible for reimbursement of all reasonable and customary travel expenses, including domestic coach-plus or business-class travel, and international business class air travel. Automobile mileage is billed at the IRS rate.

**Expenses:**
All out-of-pocket expenses will be billed at 100% of cost.

**Cancellation Fees:**
A cancellation fee, equivalent to four billable hours, and any accrued expenses, will be charged when scheduled meetings, depositions and/or trial dates are cancelled within thirty calendar days prior to the event. (This fee is necessitated by the 1 to 2-month lead time required for scheduling emergency medicine shifts and other responsibilities. The

scheduling of depositions or trials precludes other routine professional medical duties or opportunities during that period of time.)

**Billing and Payment:**
Once the retainer is consumed, and prior to the release of any final report or the delivery of any final testimony, payment for additional services beyond the retainer is due within thirty (30) business days. A late charge of 1.5 % of the unpaid invoice balance may be charged if payments are not received by the invoice due date.

# Todd A. Parker, MD, FACEP, FAAEM

***Board Certified in Emergency Medicine***

**Re:** Formeka Ball, deceased
**Date of Report**: June 16, 2025

**Qualifications:** I am an Emergency Medicine Physician certified by the American Board of Emergency Medicine, a Fellow of the American College of Emergency Physicians, and a Fellow of the American Academy of Emergency Medicine. I am an Attending Physician and community faculty for Riverside Health in multiple Emergency Departments in Southeast Virginia. I am also the Executive Medical Director of the Riverside Health Integrated Care Command Center. I am the Immediate Past President of the Virginia College of Emergency Physicians. I was formerly the Acting Department Chair, Assistant Chair, and Medical Director of the Emergency Department at Naval Medical Center Portsmouth, VA. I was formerly an Assistant Professor of Military and Emergency Medicine at the Uniformed Services University of the Health Sciences in Bethesda, MD. As an Emergency Medicine Physician, I personally manage and/or supervise the management of all cases presenting to the Emergency Department including trauma and medical illnesses. I am an expert in the recognition and management of conditions that present to the Emergency Department setting. I am also a subject matter expert on numerous topics related to Emergency Medicine of which I have lectured regionally and nationally and am an Editor and chapter author of a major Emergency Medicine board review textbook published by the American Academy of Emergency Medicine. Since I am community faculty in Emergency Medicine, I train medical students, Emergency Medicine residents, and physician assistant students in all aspects of Emergency Medicine.

**This is an abbreviated report, to provide a summary of my conclusions. It is not a comprehensive report, as such some details are omitted. I reserve the right to modify or expand on any conclusions as more information becomes available.**

**Documents reviewed:**

1. **Merit Health River Oaks medical records from ER Visit 10/2/2023.**
2. **Florence Family Clinic Medical Records**
    a. **12/7/2020**
    b. **06/09/2021**
    c. **06/21/2022**
    d. **03/31/2023**
    e. **09/28/2023**
3. **Certificate of Death 10/16/2023**
4. **Pafford EMS Report – 10/3/2023**

PLAINTIFF'S EXHIBIT B
tabbies

**Case:**

Ms. Formeka Ball presented to the Emergency Department (ED) of Merit Health River Oaks hospitals 10/2/2023. She had a history of hypertension and had been seen several days prior by her primary care for minor respiratory illness symptoms. She had a chief complaint of sudden onset left-sided chest pain that had started earlier that morning just prior to the Emergency Department visit. She was seen by PA Patrick Lewis who was supervised by Victoria Ross, DO. Her ED medical records were significant for history and review of systems pertinent positives of persistent left-sided chest pain radiating to the left flank, shortness of breath, sweats, and tingling to the left hand. Her symptoms were reported as not being exacerbated by movement or activity and not relieved by rest.

Her vital signs were essentially normal except she was mildly hypertensive with a blood pressure of 154/89. Her physical exam was reported as normal. Of note is that there is no documentation of tenderness to palpation of the chest wall or reproducibility of her pain with palpation or movement. After an initial evaluation that included blood work, an electrocardiogram, and a chest x-ray, she was discharged from the ED with a diagnosis of chest wall pain and given anti-inflammatory medications and instructions to follow up with her primary care doctor in one week.

She was last seen normal by her family before bed that evening and was found by her daughter the next morning unresponsive. EMS arrived and found her pulseless and not breathing. An AED indicated that no shock was advised, and she had physical signs that she had been dead for several hours. She was pronounced dead on the scene with a cause of death of cardiac arrest, and the coroner signed the death certificate indicating the same contributed to by hypertension. No autopsy was performed, but a post-mortem toxicology report indicated only caffeine in her blood.

**Discussion:**

Ms. Ball presented to the ED with a history & physical that is a "textbook" case of how cardiac ischemia presents; therefore, an appropriate and full cardiac workup was mandated however was not done. While the initial management plan after obtaining the history and physical was adequate, and initial testing was appropriate, given the findings and symptoms described by PA Lewis, at a minimum a second or further Troponin tests, and observation for a longer period of time, were mandated under these circumstances.

When determining whether a cardiac workup is indicated, and what is required as a part of that workup, there are several clinical guidelines but by far the most common one used in the ED setting to assess the initial risk of a cardiac etiology as the source of the pain is the HEART score and HEART pathway. In fact, use of the HEART score for initial risk stratification is the highest-level recommendation in the American College of Emergency Physicians Clinical Guidelines for evaluation chest pain. See

https://www.mdcalc.com/calc/1752/heart-score-major-cardiac-events.

Based on the information available to PA Lewis, Ms. Ball had a HEART score of at least "4":

- 1 point for "Moderate Suspicion" given her sudden chest pain, shortness of breath, radiation to the flank, numbness and tingling in the left hand, diaphoresis, and lack of reproducibility.
- 1 point for age >45
- 1 point for non-specific ECG changes, and
- 1 point for risk factors (Hypertension).

It could even be argued that her history score should be a "2" given that the symptoms are considered classic for myocardial ischemia, which would have given her a HEART score of "5". Either way, this placed her in a moderate risk category and required at a minimum additional observation and testing in the ER. Depending on the results of the additional testing, hospital admission for observation or intervention could also be mandated. Simply, when the onset of pain is <3 hours of the ED presentation, or when the patient exhibits moderate or higher statistical likelihood that their pain is cardiac, results of the single troponin test cannot be used to rule out cardiac as the source of the symptoms, and need to be compared to at least one more to see if the biomarker is rising. Given the patient's presenting symptoms, statistical likelihood of a cardiac source of her pain, the time since the pain started, and the detectable hsTroponin, further testing was required before determining whether she was safe to be discharged home. In fact, the standard of care endorsed the American College of Emergency Physicians in their 2018 guidelines and 2021 updates including hsTroponin utilization states that:

1. "In adult patients without evidence of ST-elevation acute coronary syndrome, the History, ECG, Age, Risk factors, Troponin (HEART) score can be used as a clinical prediction instrument for risk stratification. A low score (≤3) predicts a 30-day major adverse cardiac event miss rate within a range of 0% to 2%", and that:

2. "A single high-sensitivity troponin (hsTroponin) result below the level of detection on arrival to the emergency department, or negative serial high-sensitivity troponin result at 0 and 2 hours is predictive of a low rate of major adverse cardiac events" (This patient had a detectable but negative high-sensitivity troponin therefore a single troponin was not sufficient), and that:

3. "In adult patients with suspected acute non–ST-elevation acute coronary syndrome who are determined to be low risk based on validated accelerated diagnostic pathways that include a nonischemic ECG result and negative serial high-sensitivity troponin testing results both at presentation and at 2 hours can predict a low rate of 30-day major adverse cardiac events allowing for an accelerated discharge pathway from the emergency department." (In this case the patient was moderate risk, not low risk, but even low risk requires a repeat 2-hour troponin).

4. In cases of low but detectable hsTroponin levels, serial testing can help exclude MI.

https://www.acep.org/patient-care/clinical-policies/nonst-elevation-acute-coronary-syndromes
https://www.acep.org/patient-care/policy-statements/use-of-high-sensitivity-cardiac-troponin-in-the-emergency-department

Further, the American Heart Association (AHA)/American College of Cardiology (ACC) 2021 Guidelines on Evaluation and Diagnosis of Chest Pain, and use of High Sensitivity Troponin in the 2021 AHA/ACC Guidelines, both indicate that a clinical stratification tool (HEART is by far the most common) and serial troponins should be obtained.

https://www.ahajournals.org/doi/10.1161/CIR.0000000000001030
https://www.ahajournals.org/doi/10.1161/CIRCULATIONAHA.122.059678

**Recommendations for Patients With Acute Chest Pain and Suspected ACS (Not Including STEMI)**
**Referenced studies that support the recommendations are summarized in Online Data Supplements 8 and 9.**

| COR | LOE | Recommendations |
|---|---|---|
| 1 | B-NR | 1. In patients presenting with acute chest pain and suspected ACS, clinical decision pathways (CDPs) should categorize patients into low-, intermediate-, and high-risk strata to facilitate disposition and subsequent diagnostic evaluation.[40-52,76] |
| 1 | B-NR | 2. In the evaluation of patients presenting with acute chest pain and suspected ACS for whom serial troponins are indicated to exclude myocardial injury, recommended time intervals after the initial troponin sample collection (time zero) for repeat measurements are: 1 to 3 hours for high-sensitivity troponin and 3 to 6 hours for conventional troponin assays.[35,56,77] |
| 1 | C-LD | 3. To standardize the detection and differentiation of myocardial injury in patients presenting with acute chest pain and suspected ACS, institutions should implement a CDP that includes a protocol for troponin sampling based on their particular assay.[78,79] |
| 1 | C-LD | 4. In patients with acute chest pain and suspected ACS, previous testing when available should be considered and incorporated into CDPs.[80-84] |
| 2a | B-NR | 5. For patients with acute chest pain, a normal ECG, and symptoms suggestive of ACS that began at least 3 hours before ED arrival, a single hs-cTn concentration that is below the limit of detection on initial measurement (time zero) is reasonable to exclude myocardial injury.[51,85-89] |

Based on her presenting symptoms and initial risk stratification, not only was the evaluation inadequate, but the medical decision making was also inconsistent and not plausible or congruent with her presentation. Her initial symptoms were classic for cardiac ischemia, however when she was told that her initial results were reassuring, the patient mentioned an auto accident a couple of days earlier when her car hit a deer. Inexplicably, and not having any evidence to support this diagnosis, PA Lewis then seemed to "pivot" to a ribcage injury as an explanation for her symptoms and discharged her with a diagnosis of "chest wall pain" and a musculoskeletal cause.

This is not a plausible explanation for her presenting symptoms. First, the "sudden onset" of persistent left sided chest pain radiating to her upper flank, her persistent shortness of breath, and "sweats" (also known as diaphoresis) would not be typical symptoms from a motor vehicle accident two days earlier. Musculoskeletal motor vehicle accident pain may not be present initially but will gradually appear then worsen starting shortly after the accident. This type of pain can gradually worsen for several days after an accident, but it is not "sudden" in onset 2 days later. Further, her pain was described by PA Lewis as not exacerbated by movement or activity and not relieved with rest. Were the symptoms due to a musculoskeletal injury, her symptoms should have been exacerbated by movement and activity, and/or relieved with rest. Finally, musculoskeletal chest pain is almost always reproducible on exam; palpation of painful area, compressing the chest, moving the arms, having the patient take deep inspirations, or twisting the patient are common ways to elicit reproducibility. Under any circumstances, diagnosing musculoskeletal chest pain requires some degree of reproducibility. None of this was done or documented, in fact documentation was to the contrary, and the diagnosis of chest wall pain was made solely by the patient telling the provider that she "remembered" she was in an accident two days prior. Given the history and review of systems that are highly indicative of a cardiac cause, and history, review of systems, and physical exam findings that are not indicative of musculoskeletal chest wall pain, the medical decision making is entirely inconsistent with the rest of the patient presentation.

The initial history, review of systems, and exam findings made by PA Lewis actually endorsed cardiac issues as the primary concern (also supported by his differential diagnosis of STEMI, NSTEMI, and Angina). Based on this presentation and her HEART score, a cardiac cause was "high" on the differential diagnosis list for this patient at the time of her evaluation. There was no evidence or support on physical examination for a musculoskeletal injury diagnosis, and she presented with classic symptoms of cardiac-related chest pain that required at a minimum additional testing and observation, and possibly prompt medical intervention.

She was found dead the next day due to "cardiac arrest" as the primary cause (according to EMS records and the Certificate of Death. Considering all the evidence, it is more likely than not, in fact even highly likely, that Ms. Ball died of a blockage of her coronary artery (coronary thrombosis) leading to myocardial ischemia and myocardial infarction, culminating in cardiac arrest and death. More likely than not, had she received prompt

medical intervention – been admitted to hospital and afforded standard of care treatment – she would not have died. The failure to properly recognize the seriousness of her presenting symptoms, and adequately perform testing and observation to rule out a cardiac issue as being responsible for her symptoms, combined with the inappropriate attribution of her pain to a musculoskeletal etiology, caused her to miss appropriate medical intervention and treatment and caused and/or contributed to her death.

While there is an attending physician (Dr. Victoria Ross, DO) assigned, the chart does not have any attending physician documentation and it is unclear whether the doctor cosigned the chart (but appears she did not) as there is no electronic signature day/time stamp over her name. It is unclear whether Dr. Ross saw the patient and endorsed the findings, conclusions, and disposition of the patient by the PA – in which case the doctor is implicated – or was not involved which would be an institutional failure by Merit Health River Oaks. A health system must have in place a policy of adequate Physician Assistant supervision, and if the supervision policy exists then this case is a failure of the Physician Assistant to seek out the assistance of the Attending Physician, especially for the care of a patient with such a high-risk differential diagnosis list. It would be below the standard of care for any hospital to discharge a patient at moderate risk of cardiac ischemia and a major adverse cardiac event risk of 12-16% in the next 6 weeks, with these symptoms under these circumstances, without a review and consultation by a medical doctor.

As such, Ms. Ball was not appropriately evaluated based on her presenting symptoms and initial testing results and was inappropriately discharged from the hospital in violation of the standard of care for patients with her symptoms and findings under these circumstances. She was at the hospital for about 90 minutes, from 10:41 AM to 12:22 PM.

Although the death certificate claims that a post-mortem was performed, consultation with the patient's mother after our conference revealed that no autopsy was, in fact, undertaken. The cause of death was certified as cardiac arrest which is likely accurate.

**Conclusions:**

1. Ms. Formeka Ball was seen in the Emergency Department on October 2, 2023, with symptoms that were classic and moderate to high risk of cardiac ischemia.
2. While the initial testing and evaluation was appropriate, the mandatory follow-on testing, evaluation, and observation based on risk stratification was not performed.
3. Further, her diagnosis and the medical decision making for this diagnosis were contradicted repeatedly in the record and not plausible based on the information presented. Simply, despite evidence to the contrary, a benign, self-limiting diagnosis was given and the more plausible, and far more dangerous diagnosis was ignored.
4. The standard of care in an Emergency Department is to rule out threats to life and limb first before attributing symptoms to a non-emergent diagnosis.

5. Therefore, in the case of Ms. Formeka Ball, the Standard of Care was not met, and the care provided by PA Lewis was negligent.
6. Ms. Ball more likely than not was suffering from intermittent cardiac pain before her ED presentation, which is often a precursor to myocardial infarction and cardiac arrest.
7. Ms. Ball's death was most likely due to myocardial infarction leading to cardiac arrest, and had she been observed longer with additional testing.
8. More likely than not" had Ms. Ball received timely medical intervention (additional testing and observation she would have survived.
9. In addition to providing negligent care that did not meet the standard of care, a patient with these symptoms and risk should have involved consultation with a physician. It is uncertain at this time, but there is either negligence on the part of PA Lewis for not involving a physician in her care, on the part of Dr. Ross for not seeing the patient, or on the hospital for not requiring Dr. Ross to provide adequate supervision of PA Lewis.

***The conclusions reached in this report are based on my education, training, and experience. These conclusions are all within reasonable medical probability. This report is based on the material I have been asked to review as of June 16, 2025. I reserve the right to amend this report should further information become available.***

Todd A. Parker, MD, FACEP, FAAEM
*Electronically signed 16 June 2025*

# Curriculum Vitae

## Ronald H. Wharton MD, FACC, FASE

PLAINTIFF'S EXHIBIT
C
tabbies

| | |
|---|---|
| Date Prepared: | July 2, 2021 |
| Name: | Ronald H. Wharton MD, FACC, FASE |
| Office Address: | Department of Cardiology<br>North Shore University Hospital<br>300 Community Drive, Cohen 1<br>Manhasset, NY 11030 |
| Home Address: | 50 Finch Drive, Roslyn NY 11576 |
| Work Phone: | 516-562-3316 |
| Work Email: | rwharton1@northwell.edu |
| Work FAX: | 516-562-3949 |


## Educational Background

Education

| | | | |
|---|---|---|---|
| 1989 | MD | Medicine | Columbia University |
| 1985 | BA, with Distinction in all Subjects | Chemistry | Cornell University |

Postdoctoral Training

| | | |
|---|---|---|
| 2005 | Fellowship in Cardiovascular Disease | Maimonides Medical Center, Brooklyn NY |
| 1992 | Residency in Internal Medicine | Montefiore Medical Center, Bronx NY |
| 1990 | Internship in Internal Medicine | Montefiore Medical Center, Bronx NY |

## Professional Experience

Faculty Academic Appointments

| | |
|---|---|
| 07/20-present | Associate Professor of Cardiology, Zucker School of Medicine, Hofstra University |
| 07/19-06/20 | Assistant Professor of Cardiology, Zucker School of Medicine, Hofstra University |
| 01/09-03/19 | Assistant Professor of Medicine, Albert Einstein College of Medicine |
| 07/06-12/08 | Assistant Professor of Medicine, Mt. Sinai School of Medicine |

## Appointments at Hospitals/Affiliated Institutions

Current:

03/19 – Attending Physician, Department of Cardiology
North Shore University Hospital, Manhasset NY
Director, Hypertrophic Cardiomyopathy Program,
Northwell Health

Past:

01/09 – 02/19 Attending Physician, Division of Cardiology
Montefiore Medical Center, Bronx, NY

07/06 – 12/08 Attending Physician, Division of Cardiology
Maimonides Medical Center, Brooklyn, NY

07/05 – 06/06 Attending Physician, Cardiology
St. Francis Hospital, Roslyn NY

10/96 – 06/02 Attending Physician, Department of Emergency Medicine
St.Francis Hospital, Roslyn NY

07/92 – 09/96 Attending Physician, Department of Internal Medicine
Montefiore Medical Center, Bronx NY

**Major Administrative Leadership Positions**

Local:

01/15-02/19 Assistant Program Director, Fellowship in Cardiovascular Disease
Montefiore Medical Center

02/15-02/19 Director of Cardiovascular Services
Hutchinson Metro Campus, Montefiore Medical Center

**Committee Service**

National:

07/13 – 07/16 Member, Continuing Education Committee
American Society of Echocardiography

**Professional Societies**

07/2016 Member, American Board of Internal Medicine
Fall 2016 Cardiovascular Disease Maintenance of Certification Standard Setting Meeting

06/2020 Member, ABIM Standard Setting Meeting for Cardiovascular Disease Maintenance of Certification

**Editorial Activities**

Journal Reviewer

2011 Reviewer, American Journal of Critical Care Medicine
2012 Reviewer, PACE (Pacing and Clinical Electrophysiology)

Other Editorial Roles:

2014: Abstract grader, Clinical Cases, American Society of Echocardiography Annual Meeting, Portland, OR.
2015: Abstract grader, Clinical Cases, American Society of Echocardiography Annual Meeting, Boston, MA.
2016: Abstract grader, Clinical Cases, American Society of Echocardiography Annual Meeting, Seattle, WA

| | |
|---|---|
| 2017: | Abstract grader, Clinical Cases, American Society of Echocardiography Annual Meeting, Baltimore, MD. |

## Honors and Prizes

| | |
|---|---|
| 2020 | Cardiology Fellowship Teacher of the Year, presented by the cardiology fellows at North Shore University Hospital, June 2020. |
| 2016 | Member of "*Team Echo Plan*", winning First Place, "*Echovation*" Competition, American Society of Echocardiography Scientific Sessions Seattle WA. |
| 2013 | Division of Cardiology, Montefiore Medical Center<br>Program Director's Award for Excellence in Teaching<br>Presented by the Program Director, Cardiovascular Disease Fellowship |
| 2013 | Division of Cardiology, Montefiore Medical Center<br>Distinguished Educator of the Year<br>Presented by the Cardiology fellows |
| 2010 | Division of Cardiology, Montefiore Medical Center<br>Program Director's Award for Excellence in Teaching<br>Presented by the Program Director, Cardiovascular Disease Fellowship |
| 2010 | Division of Cardiology, Montefiore Medical Center<br>Distinguished Educator of the Year<br>Presented by the Cardiology fellows |
| 2005 | *Samuel Epstein Award*, given to the Outstanding Fellow in Cardiovascular Disease, Maimonides Medical Center |

## Report of Local Teaching and Training

Teaching of Students in Courses

| | |
|---|---|
| 2010-2018 | Taught a one-week seminar to second year medical students during their cardiovascular pathophysiology course at Montefiore Medical Center. |
| 2010-2015 | Gave two lectures four times per year on the interpretation of electrocardiograms to third year students on their medicine clerkship, Montefiore. |

Formal Teaching of Residents, Clinical Fellows

| | |
|---|---|
| 2010-2018 | Cardiology Clinic Preceptor, one afternoon per week, Montefiore. |
| 2010-2018 | Multiple didactic lectures on various topics related to echocardiography. |
| 2010-2018 | Attending physician, cardiology consult service, Montefiore; approximately eight weeks per year. |

**Formal Teaching of Peers**

March 2011 "Atrial Fibrillation and Anticoagulation: Risk Stratification and New Agents"
Lecture given at an educational program on Atrial Fibrillation
Montefiore-Einstein Heart Center

## Report of Regional and National Teaching and Presentations

**Invited Presentations and Courses**

**Regional:**

*None of these presentations were sponsored by outside entities:*

March 2009 "Update in Preventive Cardiology".
Internal Medicine Grand Rounds, Coney Island Hospital, Brooklyn NY

October 2015 Echocardiography Conference, St. Francis Hospital, Roslyn NY
"Echocardiographic Evaluation ofPatients with Left Ventricular Assist Devices"

*These presentations were sponsored by an outside entity:*

July 2017, 2018, 2019 "Echocardiographic Emergencies: What Every First Year Fellow Needs to Know"; lecture given to new cardiology fellows in the metropolitan New York Area.

June 2019, July 2019 "Whirlwind Review of Echocardiography", presented to cardiology fellows in regional training programs preparing for the Certification Examination in Adult Echocardiography

**National**

*None of these presentations were sponsored by outside entities:*

June 2013 "Demystifying Diastology Dilemmas"
Symposium on Diastolic Function, Annual Scientific Sessions of the American Society of Echocardiography
Minneapolis, MN

June 2014 — Co-Chair, Symposium on Diastolic Heart Function, Annual Scientific Sessions of the American Society of Echocardiography Portland, OR

June 2015 — Lecturer, Challenging Cases in Echocardiography
Co-Chair, Symposium: "Challenging Cases in Diastology and Pericardial Disease" Annual Scientific Sessions of the American Society of Echocardiography, Boston, MA

May 2016 — Lehigh Valley Health Network, Allentown, PA
Cardiology Grand Rounds
"Non-Invasive Assessment of Left Ventricular Filling Pressures: Should the Swan-Ganz have its Swan Song?"

June 2019 — Speaker, session on Pericardial Disease
"Postoperative Pericardial Tamponade"
Annual Scientific Sessions, American Society of Echocardiography
Portland, OR

## Report of Clinical Activities and Innovations

### Current Licensure and Certification

1992 — New York State (active)

### Practice Activities

March 2019- — Noninvasive Cardiology, North Shore University Hospital, Manhasset NY
Interpret transthoracic and transesophageal echocardiograms
Evaluation and Management of Outpatients in Cardiology
Precept Cardiology Fellows Clinic usually one session per month

### Clinical Innovations

March 2019 - Started a center for the diagnosis and treatment of Hypertrophic Cardiomyopathy. Plan is to create a comprehensive center for the diagnosis and treatment of this very variable, often complex illness., incorporating specialists in clinical cardiology, cardiac imaging, electrophysiology, angiography, cardiothoracic surgery , and genetics.

March 2019- Creating a clinical pathway for the diagnosis and treatment of obstructive and central sleep apnea in patients seen in cardiology clinic. Coordinating care between cardiology and the Northwell Center for Sleep Disorders.

## Report of Scholarship

**Peer Reviewed Publications in Print or Other Media**

A. **ORIGINAL ARTICLES:**

**Research Investigations:**

1. Zaremski, L., **Wharton, R** Wide Screening of Obstructive Sleep Apnea in a Cardiology Clinic. Cardiovascular Investigations 2017:1-4 June 2017.

**Other Peer Reviewed Publications:**

1. Wharton, R. , D'Agati V, Magun AM, Whitlock R, Kunis CL, Appel GB. Acute Deterioration of Renal Function Associated With Enteric Hyperoxaluria. Clinical Nephrology Volume 34 No. 3, September 1990
2. Murthy, S. MD, Greenberg, M. MD, **Wharton, R. MD** Myocardial Infarction With Acute Valvular Regurgitation. Journal of Invasive Cardiology *2012;24(8):E170-E171,* August 2012
3. Chua AT, Cleven KL, **Wharton R,** Appel DW. Chylothorax and Pulmonary Arterial Hypertension after Treatment with Dasatinib: A Case Report. Ann Clin Case Rep. 2017; 2: 1408.

B. **ABSTRACTS**

1. Newhouse, H.K., DiMattia, D.G., Menegus, M.A., **Wharton, R.H**. Exercise Testing for Rapid Triage of Emergency Room Patients with Chest Pain. Abstract accepted for presentation at American College of Cardiology 45th Annual Scientific Session, March 1996
2. Cosico, J., Kunkel, L., **Wharton, R**., Menegus, M., Hemingway, K., Goldberger, M., Meuller, H. Impact of Chest Pain Evaluation Program on Early Thrombolysis in Acute Myocardial Infarction. Journal of Investigative Medicine April 1996, p. 288A.

**Non-Peer Reviewed Scientific or Medical Publications/Materials in Print or Other Media**

1. Fisher, John D., Kim, Soo G., Kaufman, David M., Ferrick, Kevin J., Gross, Jay N., and **Wharton, R.**, Syncope and Presyncope in Medical Management of Heart Disease, Sobel, Burton E., ed. Marcel Dekker, Inc. c.1996

**Professional Educational Materials or Reports, in Print or Other Media**

A. **EDUCATIONAL PUBLICATIONS:**

1. Author, "Analyze this Image" at medscape.org/cardiology, February 2012-December 2019.
   Presents a monthly set of echocardiographic images with questions in multiple-choice format together with a didactic discussion, Viewed >5000 times every month, according to Medscape staff.
2. Author, "Case Studies" at medscape.org/cardiology, November 2012-December 2016
   Presents a set of echocardiographic images with in a Power-Point format with narration, designed as an educational resource. Published every other month. Viewed >5000 times every two months, according to Medscape staff.
3. Associate Author, **"**ASEUniversity III: **Case Based Learning i**http://www.aseuniversity.org/ase/lessons/27
   **Authors**: Sunil Mankad; David Adams; Carol Mitchell; Judy Hung; Becky Hahn; Marty Keane; Gerry Aurigemma; Mary Etta King; Anne Marie Valente; Dennis Tighe; Muhamed Saric; Stephen Sawada; William Katz; **Ronald H. Wharton. Release Date**: November 1, 2013. This is an educational product of the American Society of Echocardiography approved for maintenance of certification credit by the American Board of Internal Medicine
4. Associate Editor and Author, **ASCeXAM/ReASCE Online Practice Exam Simulation** at http://netclients.captus.com/ase/. *Content Chairs:* Rebecca T.Hahn, Gerard P. Aurigemma. *Associated editors and authors:* David Adams, Jennifer M. Blake, Judy Hung, Martin G. Keane, Mary Etta E. King, Sunil Mankad, Robert B. McCully, Carol Mitchell, David S. Rubenson, Muhamed Saric, Stephen G. Sawada, Dennis A.Tighe, **Ronald H. Wharton.** *Associate Editor:* Benjamin Freed. Captus Press Inc.
   **Release Date:** June 2012.

*Ronald H. Wharton MD*
*50 Finch Drive*
*Roslyn, NY 11576*

June 29, 2025

Chip Wagar III, Esq.
Wagar Hickman LLC
1401 W. Causeway Approach
Mandeville, LA 70471

RE: Ms. Formeka Ball, D.O. Birth 9/18/1977

Dear Mr. Wagar:

I am a physician certified in cardiovascular disease by the American Board of Internal Medicine. I received my medical degree from the College of Physicians and Surgeons of Columbia University in 1989. I completed a residency in Internal Medicine at Montefiore Medical Center in Bronx, NY, followed by a fellowship in cardiovascular disease at Maimonides Medical Center in Brooklyn, NY. I am currently an Associate Professor of Cardiology at the Zucker School of Medicine of Hofstra University, NY, and an attending cardiologist at North Shore University Hospital, Manhasset, NY.

I have reviewed the following records pertaining to Ms. Formeka Ball:

- Florence Family Clinic: December 7, 2020, through September 28, 2023
- Merit Health River Oaks Emergency Department: October 2, 2023
- NMS Toxicology Report: October 12, 2023

It is my opinion that the care which Ms. Ball received in the emergency department of Merit Health River Oaks on October 2, 2023, deviated from the standard of care. The failure to consider the diagnosis of an acute coronary syndrome resulted in the loss of Ms. Ball's life.

**Pertinent Medical History:**

Ms. Formeka Ball was a non-diabetic woman who never smoked. She had a history of hypertension. Other potential risk factors for coronary disease such as lipid levels and family history are not available to me. She was last seen by her primary medical provider on September 28, 2023, for symptoms which were consistent with an upper respiratory infection.

Ms. Ball sought care at the Emergency Department (ED) of Merit Health River Oaks on October 2, 2023. The triage nurse documents the chief complaint of "L sided chest pain that started morning" at 10:45 AM.

PLAINTIFF'S EXHIBIT D

Ms. Ball was evaluated by Physician Assistant Patrick T. Lewis, who obtained a history which includes the following: "presents to the emergency room with the chief complaint of sudden onset left-sided chest pain associated shortness of breath started earlier this morning". These symptoms were noted to be "persistent" and not "exacerbated by movement, activity, or relieved with rest". Associated symptoms included "tingling in her left hand" and "waking up in a cold sweat".

Ms. Ball was found to be mildly hypertensive (blood pressures 154/89, 141/87) and mildly tachypneic (respiratory rate 18-20/min). The remainder of the vital signs and her physical examination were reported as normal, as was a chest x-ray. A 12-lead electrocardiogram was obtained at 10:51AM. I have reviewed this tracing. In my opinion, this electrocardiogram was normal.

In addition to a comprehensive metabolic profile and complete blood count, both of which were unremarkable, a high sensitivity cardiac troponin-I ("Troponin I HS") was obtained, the level of which was 7.2 ng/cc (reference range < 53.7 ng/cc). Regarding the Troponin I HS, the lab report specifically states, "recommend serial monitoring" (p. 45). All the lab values appear to have been resulted between 11:29 – 11:46 AM. At 12:24 PM, Ms. Ball was discharged from the emergency department.

I cannot find any documentation that Ms. Ball was evaluated by the supervising physician, Dr. Victoria Ross.

I have been informed by counsel that Ms. Ball was found unresponsive by her daughter the following morning. Emergency medical personnel reportedly found her pulseless and apneic. An AED analysis advised against defibrillation, and physical findings suggested she had died several hours earlier. She was pronounced dead at the scene. The official cause of death was documented as cardiac arrest with hypertension listed as a contributing factor. No autopsy was performed; post-mortem toxicology revealed only caffeine in her system.

**<u>Discussion:</u>**
The HEART score is a widely used tool for triage of patients who present with a chest pain syndrome to an emergency department.

The clinical presentation outlined in Ms. Ball's case aligns closely with a textbook example of acute coronary syndrome (ACS). Left-sided chest pain, shortness of breath, tingling in the left hand, and waking up in a cold sweat are cardinal symptoms of myocardial ischemia and should be treated as such until proven otherwise. This would yield a HEART score of 2 points. The patient's age gives one additional point. The history of hypertension adds one additional point, for a total of 4 points. This score may have been higher, as additional risk factors for coronary disease were not known when the patient was being evaluated.

Given the heart score of at least 4, the standard of care in the initial evaluation of Ms. Ball would demand an additional Troponin I HS two hours later. An additional electrocardiogram may have also yielded important clinical information.

An acute coronary syndrome is not a static process. It is the clinical manifestation of a delicate balance between coronary thrombosis and thrombolysis and can be deceptively subtle when initially evaluated. No constellation of "normal" findings excludes this diagnosis when viewed in isolation, i.e. without being repeated at least two hours later. Doing so ensures that patients will not be sent home with a potentially fatal diagnosis that could otherwise be intervened upon with no long-term morbidity.

Ms. Ball should have been kept in the emergency department until serial testing, the standard of care, could have been completed. Consultation with a cardiologist would have also been appropriate, as the history was classic for that of an acute coronary syndrome. Had these things been done, it is extremely likely that positive findings would have led to further testing and treatment such that she would have survived.

Lack of further evaluation or consultation with a supervising physician, compounded by her premature discharge tragically allowed the progression of a likely undiagnosed acute myocardial infarction which led to Ms. Ball's death. This oversight highlights the critical importance of adhering to established protocols for suspected ACS, ensuring timely diagnosis and intervention.

**Conclusions:**

1. The presenting symptoms described in the chart by Ms. Ball mandated that an acute coronary syndrome be ruled out as the cause of her symptoms.
2. Having spent less than two hours in the emergency department, the initial evaluation for a possible acute coronary syndrome could not possibly have been adequate.
3. More likely than not, Ms. Ball was undergoing coronary thrombosis at the time of her admission and discharge from the Merit Health River Oaks hospital.
4. More likely than not, Ms. Ball died from complications of an acute myocardial infarction.
5. River Oaks hospital's failure to have the patient evaluated by a medical doctor, as documented in the medical chart, was below the standard of care and caused/contributed to her eventual discharge and demise.
6. Ms. Ball was misdiagnosed with a musculoskeletal injury at the time of her premature discharge from Merit Health River Oaks hospital.
7. Ms. Ball should have been evaluated by a cardiologist after which she likely would have undergone further observation, testing, and treatment of her acute coronary syndrome (which may have required transfer to a facility capable of a higher level

of care). Had she received such in a timely manner, she would have survived this event.

The conclusions reached in this report are based on my education, training, and experience, and are all within reasonable medical probability. This report is based on the material I have been asked to review as of June 29, 2025. I reserve the right to amend this report should further information become available.

Ronald H Wharton

Ronald H. Wharton MD, FACC, FASE

# Bill M. Brister


| Business Address | Home Address |
|---|---|
| P.O. Box 150606 | 4380 Brook Drive |
| Millsaps College | Jackson, Ms 39206 |
| Jackson, Ms 36210 | (601) 982-1745 |
| (601) 974-1271 (Office) | |
| (601) 624-0729 (cell) | |
| bristbm@millsaps.edu | |


## Education

| | | | |
|---|---|---|---|
| Ph.D. | University of Arkansas | Finance | 1989 |
| | Supporting Fields: | Mathematical Statistics, Economics | |
| MBA | University of Southern Mississippi | Economics | 1979 |
| BS | University of Southern Mississippi | Economics | 1978 |

## Academic Experience

Millsaps College, Emeritus Professor of Finance, 2024

Millsaps College, Director of the Graduate Business Programs, 2016-2019

Millsaps College, Director of the Executive MBA Program, 2010 - 2019

Millsaps College, Dean of Admissions (Interim), Fall 2009.

Millsaps College, Director of Graduate Admissions, 2004-2008

Millsaps College, Director of the Center for Applied Research, 1995-2001

Millsaps College, Director of the MBA Program, 1993-1997

University of Southern Mississippi, Instructor and Assistant Professor, Departments of Economics and Finance 1979-1983, 1987

University of Arkansas, Teaching Assistant, Department of Finance 1984-1986, 1988

PLAINTIFF'S EXHIBIT E

**Subjects Taught**

Undergraduate and Graduate Portfolio Management, Undergraduate and Graduate Financial Management, Undergraduate and Graduate Financial Markets and Institutions, Advanced Financial Management, Money and Banking, Principles of Economics, Business Statistics, International Investments, International Financial Management, External Environment of Business, and Accounting and Finance for Managers.

**Research, Presentations, and Publications**

When Will Social Security Run Out of Money, Greater Jackson Business, http://greaterjacksonbusiness.com/2011/05/when-will-social-security-run-out-of-money/, May 12, 2011.

"Who Owns the National Debt", Greater Jackson Business, http://greaterjacksonbusiness.com/2011/05/who-owns-the-u-s-government-debt/, May 5, 2011.

"Who Makes the Stuff We Buy and Who Buys the Stuff We Make", Greater Jackson Business, http://greaterjacksonbusiness.com/2011/07/who-makes-the-stuff-we-buy-and-who-buys-the-stuff-we-make/ , July 15, 2011.

"The Move to a Service Economy", Greater Jackson Business, http://greaterjacksonbusiness.com/2011/07/the-move-to-a-service-economy/ , July 8, 2011.

"Medicare (Part A) and the U.S. Government Budget", Greater Jackson Business, http://greaterjacksonbusiness.com/2011/05/medicare-part-a-and-the-u-s-government-budget/, May 26, 2011.

"Medicare (Parts B and D) and the U.S. Government Budget", Greater Jackson Business, http://greaterjacksonbusiness.com/2011/06/medicare-parts-b-and-d-and-the-u-s-government-budget/, June 3, 2011.

"Credit Crisis Driven Changes to Asset Allocation and Spending Rates for College Endowments", Financial Decisions, Winter 2009, Article 5, with Walter P. Neely.

"The State of the National Economy", presentation to the Mississippi Society of Certified Public Accountants", CLE Credit, May 19, 2010.

"State of the Economy: the Mortgage Crisis", presentation to the Mississippi Mortgage Bankers Association, April 9, 2009, Biloxi, MS.

Millsaps Campus Forum, "The Financial Crisis: Cause and Effects", October, 9, 2008, with Howard McMillin and Kim Burke.

"Proving and Defending Damages at Trial: A 6-Hour Seminar", for CLE Credit in Mississippi, Alabama, Louisiana, and Tennessee", Oxford, MS, July 11, 2008; Biloxi, MS, July 18, 2008; Philadelphia, MS, July 25, 2008; and Jackson, MS, July 31, 2008.

"Proving and Defending Damages at Trial: A 6-Hour Seminar", for CLE Credit in Mississippi, Alabama, Louisiana, and Tennessee", Oxford, MS, July 13, 2007; Jackson, MS, July 20, 2007; and Gulfport, MS, July 27, 2007.

Millsaps Forum, "The Goal of the Corporation: Stockholder vs. Stakeholder", September 27, 2008, with Diane Baker.

"The Profession of Management", Metro Business Chronicle, Vol. 2, No. 3, March 2006.

"What is a Liberal Education", Metro Business Chronicle, Vol. 2, No. 10, August 2006.

"Endowment Asset Allocation and Rebalancing: The Effects of Lower Expected Risk Premiums", with Walter Neely. This paper was presented at the Southern Finance Association on November 16, 2006, Destin, Florida.

"Asset Allocation:The Risk-Return Effects of Alternative Rebalancing Methods", with Walter Neely. This paper was presented to the Research Forum of the Else School of Management on February 7, 2003.

"Asset Allocation:The Risk-Return Effects of Alternative Rebalancing Methods", with Walter Neely. This paper was presented at the Southern Finance Association on March 4, 2003 at Charleston, South Carolina.

"Does WorkFirst Work? A Preliminary Evaluation of the First Year of Mississippi's Welfare Reform Waiver", Proceedings of the 1997 Meeting of the Academy of Economics and Finance, Forthcoming in 1997, with Jesse Beeler and Philip Taylor.

"Process Study for Mississippi's New Direction Demonstration", submitted to the Mississippi Department of Human Services and to the United States Department of Health and Human Services, March 1997.

Presentation of the research paper, "Does WorkFirst Work? A Preliminary Evaluation of the First Year of Mississippi's Welfare Reform Waiver", Academy of Economics and Finance meeting, Lafayette, Louisiana, February, 1997.

"The Impact of WorkFirst After One Year: A Preliminary Assessment" submitted to the Mississippi Department of Human Services and to the United States Department of Health and Human Services, November 1996.

"Quarterly Monitoring Reports, Mississippi New Direction Demonstration Project Evaluation", submitted to the Mississippi Department of Human Services and to the United States Department of Health and Human Services, February 1996, November 1995, August 1995, May 1995, February 1995.

Delivered the Speech, "NAFTA, What Does It Mean For Mississippi" to the Eighth Annual Mississippi Partnership Conference, May 15-17, 1994, Biloxi, Mississippi.

Delivered the Speech, "NAFTA Overview / Impact on Mississippi Business" to the World Trade Week Conference, May 23, 1994, Jackson, Mississippi.

Delivered the Speech, "The New World Fertile Crescent", at the Southern Regional Land Conference, June 24, 1994, Biloxi, Mississippi.

Delivered the speech "The Economic Rationale Behind the NAFTA Agreement" at the NAFTA/Export Workshop sponsored by the U.S. Department of Commerce, November, 1993.

The paper "Corporate Survival Analysis, A Prediction Model" was selected for presentation at the April, 1993 Annual Meeting of the Eastern Finance Association in Richmond, Virginia.

"Beyond Statistics: It's Important to Discover the Value", in the Mississippi Business Journal, November 7, 1994.

"The Regulatory Effect of Credit Ratings on Bond Interest Yield: the Case of Junk Bonds", Journal of Business Finance and Accounting, Winter 1994, with Dr. Pu Liu and Dr. Robert Kennedy.

"The Preliminary Impact of WorkFirst", Papers and Proceedings, Midsouth Academy of Economics and Finance, with Jesse Beeler and Philip Tayler.

Presentation of the research paper, "The Regulation Effect of Credit Ratings on Bond Interest Yields: The Case of Junk Bonds", at the Eastern Finance Association meeting, The Homestead, Hot Springs, VA, April 1991.

Presentation of the research paper, "The Risk Characteristics of Closed-End Country Funds", at the Eastern Finance Association meeting, Tampa, FL, April, 1992.

Speech to the members of the Mississippi Chapter of Financial Analysts entitled "A Comparison of Junk Bond Default Risk and Yield Premiums", Feb 28, 1990.

Presentation of the research paper, "The Stock Market Reaction to Green Information", at the Midsouth Academy of Economics and Finance annual meeting, Shreveport, LA, February, 1991.

"The Stock Market Reaction to Green Information", Papers and Proceedings, Midsouth Academy of Economics and Finance, Summer 1991, with John Broussard.

"Efficiency of International Capital Markets, Some Further Evidence" Western Illinois University Journal of Business, Winter 1989, with Dr. Fazal Seyyed.

"Cost of Capital in Corporate Strategy: Multinational vs. Domestic Firms", Business Insights, Vol. VIII, No. 1, Fall/Winter 1988, with Dr. Eddie M. Lewis.

"Mississippi Sectorial Changes: The 1970's Decade", Midsouth Journal of Economics, Proceedings, September 1984, with Dr. George H. Carter.

"Cost of Capital in Corporate Strategy: Multinational vs. Domestic Firms", Journal of the American Institute of Decision Sciences, Proceedings, Winter 1986-1987, with Dr. Eddie M. Lewis.

**Professional Memberships**

National Association of Forensic Economics

Named Expert/Depositions/Trials for Todd Parker, MD

1. Barbara and Joel Quinones vs Gerald Robertson, M.D. and Rehoboth McKinley Christian Healthcare Services
    a. State of New Mexico, McKinley County, Eleventh Judicial District Court
    b. Defense Expert, retained by Melendres and Melendres PC
    c. Deposition 5/18/2017

2. Mary Letson vs. Scott Clark
    a. State of Virginia, City of Virginia Beach
    b. Plaintiff Expert, retained by Breit Drescher Imprevento PC, Attorney Kevin Biniazan
    c. Deposition 10/25/2018

3. Valerie Sedillo, personal representative of the estate of Seby Cordova, deceased vs Peak Medical New Mexico, dba Rio Rancho Center, Genesis Healthcare LLC, etc.
    a. State of New Mexico, Sandoval County, Thirteenth Judicial District Court
    b. Defense Expert, retained by Quintairos, Prieto, Wood & Boyer, P.A., Dallas TX
    c. Deposition, 6/7/2019

4. Paul Barbour vs Opelousas Emergency Group, LLC, et al
    a. 27th Judicial District Court, Parish of St. Landry, State of Louisiana
    b. Plaintiff Expert, retained by Wagar Hickman, LLC, Mandeville, LA
    c. Deposition 6/18/2019

5. Justin Lund vs Milford Hospital, LLC
    a. Superior Court, Judicial District of Ansonia/Milford at Milford
    b. Plaintiff Expert, retained by Jeffrey Ment, The Ment Law Group LLC, Hartford CT
    c. Deposition 8/19/2019

6. Marc Grano as Personal Representative of Estate of Kelsey Watters vs San Juan Regional Medical Center, et al
    a. New Mexico, San Miguel County, 4th Judicial District Court
    b. Defense Expert, retained by Melendres and Melendres PC
    c. Deposition 2/17/2021

7. Jerry Thomas and Shana Thomas vs. Calvin Sun, MD, New York City Health and Hospitals, et al
    a. Supreme Court of the State of New York, County of Kings
    b. Plaintiff Expert, retained by Jason Rubin, Esq. of Wingate, Russotti, Shapiro, Moses & Halperin
    c. Signed Affidavit, 06/09/2023

8. Scott Fuqua, Wrongful Death Personal Representative of the Estate of Larry Williams, and Lenora Williams vs San Juan Regional Medical Center and Graham Tull, M.D.
    a. First Judicial District Court, County of Santa Fe, State of New Mexico

b. Defense Expert, retained by Minal Unruh of Rodey, Dickason, Sloan, Akin, and Robb P.A.
c. Deposition 08/30/2023, Trial Scheduled for Feb 2024 Settled one week prior

9. Kathryn Lohman, Personal Representative of the Estate of Donna Lee Lohman vs. HCA Health Services of Virginia, Inc., DBA Reston Hospital Center, et al
    a. Circuit Court of Fairfax County – Case No. 2017-14850
    b. Defense Expert, retained by Mitchell Banks, PC
    c. Case settled November 2023 3 days before trial

10. Annie Johnson, on behalf of Pero E. Davis vs. Natchez Hospital, et al
    a. Circuit Court of Adams County, Mississippi – Civil Action No. 21-KV-0037-B
    b. Named Plaintiff Expert, retained by Jamie Priest, Jr. Gill, Ladner, & Priest PLLC
    c. Expert Designation submitted 11/6/2024 (no deposition or trial scheduled at this point)

**Bill M. Brister, Ph.D.**
**Economist**
**P.O. Box 150606**
**Millsaps College**
**Jackson, MS 39210**
**601-624-0729**
**bristbm@millsaps.edu**

January 1, 2021

**FEE SCHEDULE**

I charge $250 per hour for litigation support services. This charge applies to the preparation of the initial report, preparation of any revisions or supplements, and preparation for deposition and trial testimony. I charge a flat rate of $1,500 plus travel expenses for deposition testimony and trial testimony.

Bill M. Brister, Ph.D.

## Bill M. Brister, Ph.D.

**Litigation (Trial and Deposition) in which Bill M. Brister has Testified since 2015.**

Heather Phillips (Gage Allen) v. Wal-Mart Stores East LP
Civil Action No.: 14-093-PCT
State of Mississippi, Pike County Circuit Court
Deposition: February 25, 2015
Flechas and Associates

Dale Lakes vs. Rufus Kitchens, et al.
State of Mississippi, Holmes County Circuit Court
Deposition: March 5, 2015
Bruce Barker, Stamps and Stamps

Brandi Stage (Tyler Musgrave) v. Apex Carriers, Inc., et al.
Civil Action No. 1:14-cv-367-HSO-JCG
U.S. District Court, Southern District of Mississippi
Deposition: April 9, 2015
Smith and Holder

Rocky Estes v. Lanx, Inc., et al.
Civil Action No. 1:14cv52-SA-DAS
U.S. District Court, Northern District of Mississippi
Deposition: August 20, 2015
Langston and Lott

Billy Jo Birdsong, et al. v. William L. Wilkerson, et al.
Civil Action No. 2013-6
State of Mississippi, Rankin County Circuit Court
Deposition: September 23, 2015
Funderburg, Sessums & Peterson

Curtis Brown v. Professional Building Services
Cause No. 25CI1:14-CV-00750- JAW
State of Mississippi, Hinds County Circuit Court
Testimony: March 8, 2016
Funderburg, Sessums & Peterson

Henderson vs. Compton Engineering, et al.
Cause No. 2012-00, 267(1)
State of Mississippi, Jackson County Circuit Court
Deposition: June 6, 2016
Smith and Holder

Somnus Mattress Corporation v. Alabama Power Company
CV-2015-900039

State of Alabama, Winston County Circuit Court
Deposition: September 22, 2016
Spencer and Spencer

Billy Jo Birdsong, et al. v. William L. Wilkerson, et al.
Civil Action No. 2013-6
State of Mississippi, Rankin County Circuit Court
Testimony: January 4, 2017
Funderburg, Sessums & Peterson

Kathleen Semien v. City of Hattiesburg, Mississippi, et al.
Civil Action No. C113-0080
State of Mississippi, Forrest County Circuit Court
Testimony: March 22, 2017
Robert Boyd and Associates

Antonio Harrison (Williams) vs. B&B Management Group, et al.
Civil Action No. 15cv00355 TTG
State of Mississippi, Hinds County Circuit Court
Deposition: May 12, 2017
Morgan and Morgan

Henderson vs. Compton Engineering, et al.
Cause No. 2012-00, 267(1)
State of Mississippi, Jackson County Circuit Court
Testimony: April 11, 2017
Smith and Holder

Jeffrey Palmer v. Hampton Inn and Suites
Civil Action No. 12-CV-1361(B)
State of Mississippi, Lauderdale County Circuit Court
Deposition: July 11, 2017
Schwartz and Associates

Carrie Manns vs. David Huddleston, et al.
Civil Action: CV-2015-901418.00
State of Alabama, Baldwin County Circuit Court
Deposition: September 12, 2017
Schwartz and Associates

Jackie McCardle vs. Forrest General Hospital, et al.
Civil Action No. CI 13-0281
State of Mississippi, Forrest County Circuit Court
Testimony: January 10, 2018
Ingram Wilkinson

Tarver and McKeller (Jakhi Amari) v. Forrest General Hospital, et al.
Cause No.: C115-1052
State of Mississippi, Forrest County Circuit Court
Testimony: April 10, 2018
Gainsburgh Benjamin

Jane Doe vs. Hallmark Partners, LP., et al.
Civil Action No. 25C11:14-cv-00434-JAW
State of Mississippi, Hinds County Circuit Court
Deposition: July 25, 2018
The Mitchell Firm

Felicia Newsome (Eboni Newsome) vs. Wesley Health Systems, LLC., et al.
Cause No.:
State of Mississippi, Lamar County Circuit Court
Testimony: September 18, 2018
Randolph Wood Law Firm

Michelle Price vs. Amchem Products, Inc., et al.
Cause No.: 11-KV-0043-J
State of Mississippi, Adams County Circuit Court
Testimony: November 20, 2018
Shannon Law Firm

Jane Brown (Jimmy Brown) vs. Fairhope Yacht Club
Civil Action No: 1:18-CV-00061-CG-MU
U.S. District Court, Southern District of Alabama
Deposition: December 12, 2018
Watkins and Eager

Amanda Beall (Kris Beall) vs. Fairhope Yacht Club
Civil Action No: 18-0102-CG-N
U.S. District Court, Southern District of Alabama
Deposition: December 12, 2018
Watkins and Eager

Turtle Creek Crossing, LLC vs. Kimco Hattiesburg, L.P., et al.
Cause No. 2015-189M
State of Mississippi, Lamar County Circuit Court
Deposition: February 21, 2019
Nelson Law, PLLC

Jackie W. West vs. Baptist Memorial Hospital North Mississippi, et al.
Cause No. L17-009
State of Mississippi, Lafayette County Circuit Court
Testimony: April 5, 2019
Bowling Law Firm

Hercules Tire and Rubber Company vs. Robison Tire Company, Inc. vs. American Tire Distributors Holdings, Inc.
Cause No. 2:16CV27-KS-MTP
U.S. District Court for the Southern District of Mississippi Eastern Division
Deposition: March 1, 2019
Corlew Munford & Smith

Ramsey Clark vs. Lard Oil Company, Inc. et al.
Civil Action No. 2:18 -cv-109-KS-MTP
U.S. District Court for the Southern District of Mississippi Northern Division
Deposition: April 23, 2019
Elmore and Peterson Law Firm

Ralph Weems IV vs. Litco Petroleum, Inc. et al.
Cause No. 2015-0066H
State of Mississippi, Clay County Circuit Court
Testimony: May 14, 2019
Blackmon Law Firm

Gonzales vs. Coastal Industrial Contractors, et al.
Cause No. A2401-17-281
State of Mississippi, Harrison County Circuit Court
Testimony: August 16, 2019
McRae Law Firm / B. Ruth Johnson Law Firm

Williams vs. Haymer
Cause No. 2016-C0250
State of Mississippi, Yazoo County Circuit Court
Testimony: August 15, 2019
Schwartz and Associates

Hercules Tire and Rubber Company vs. Robison Tire Company, Inc. vs. American Tire Distributors Holdings, Inc.
Cause No. 2:16CV27-KS-MTP
U.S. District Court for the Southern District of Mississippi Eastern Division
Deposition: September 24, 2019
Corlew Munford & Smith

Bell vs. Suburban Propane
Cause NO. CV 2018-900020
State of Alabama, Lowndes County Circuit Court
Deposition: October 8, 2019
Lightfoot Franklin and White, LLC

Paula Davis vs. State Farm Mutual Automobile Insurance Company
Civil Action NO. CV-2016-62-C
State of Mississippi, Wayne County Circuit Court
Testimony:December 10, 2019
Dunbar Monroe, PLLC

Kristy Giddens (Iscah Rumble) vs. Cresswell, et al.
Cause No. 17-352
State of Mississippi, Hinds County Circuit Court
Testimony: January 28, 2020
Shannon Law Firm (Greg Malta)

Complete Medical Solutions vs. Family Health Center
Arbitration AAA Case No. 01-18-003-1682
Deposition (Zoom): May 22, 2020
Long Law Firm

John Davis vs. Sandra Davis and Porter Horgan
Civil Action No. 18-059-PCS
State of Mississippi, Pike County Circuit Court
Deposition: June 17, 2020
Bean Law Firm (Ed Bean)

John Davis vs. Sandra Davis and Porter Horgan
Civil Action No. 18-059-PCS
State of Mississippi, Pike County Circuit Court
Testimony: July 1, 2020
Bean Law Firm (Ed Bean)

Complete Medical Solutions, LLC vs. Family Health Center, Inc.
AAA Case No. 01-18-0003-1682
Arbitration, Jackson, Mississippi
Deposition: July 28, 2020
Long Law Firm, PLLC

Sara Bergersen, et al. vs. Joseph Magoun, MD, et al.
Docket No. 83cc1-2018-CV-1066
State of Tennessee, Sumner County Circuit Court
Deposition: July 20, 2020

Simmons Dallas PLLC

Complete Medical Solutions, LLC vs. Family Health Center, Inc.
AAA Case No. 01-18-0003-1682
Arbitration Hearing, Jackson, Mississippi
Testimony: July 28, 2020
Long Law Firm, PLLC

Jerry Hinton vs. Bagby Elevator Company, et al.
Civil Action No. 2:17-cv-00191-KS-MTP
U.S. District Court, Southern District of Mississippi
Deposition: August 20, 2020
Schwartz and Associates

Dorothy Sue Edwards, et al. vs. St. Dominic Memorial Hospital
Civil Action No. 1:18-cv-439-JAW
State of Mississippi, Hinds County Circuit Court
Testimony: October 21, 2020
Burr & Forman

Owen Julius vs. Luxury Inn and Suites
Civil Action NO. 3:19-cv-741-CWR-LRA
U.S. District Court, Southern District, Northern Division
Deposition: November 3, 2020
Welty Law Firm

James Johnson vs. Heartland Express, Inc., et al.
C.A. 8:18-cv-03555-BHH
U.S. District Court, District of South Carolina
Deposition: November 10, 2020
Burns and Associates

Ashley Williams (Ryder Koenig) vs. William Bush MD, et al.
Case #. 61:C11:16-cv-00258
State of Mississippi, Rankin County Circuit Court
Testimony: November 17, 2020
Langston and Langston

Clark Dixon, et al, vs. C. Michael Osborne, MD, et al.
Cause NO. 2018-0033
State of Mississippi, Copiah County Circuit Court
Testimony: December 4, 2020
Shannon Law Firm

Amber Deerman (Kendall Deerman) vs. Jason Mullenix, MD, et al.
No. CC-19-CV-72

State of Tennessee, Obion County Circuit Court
Deposition: February 11, 2021
Simmons Dallas, PLLC

Latanya L. Brownlee vs. Sanford C. Thomas, et al.
Cause No. L17-144
State of Mississippi, Lafayette County Circuit Court
Deposition: May 19, 2021
Hearn Law Firm

Rademacher (Michael and Kimberly Perry) vs. United States of America, et al.
Civil Action No.: 3:19-cv-157-MPM-RP
United States District Court for the Northern District of Mississippi, Oxford Division
Deposition: June 3, 2021
Butler Snow

Johnnie Coleman and Lucretius Coleman vs. Total Pain Care, LLC., et al.
Cause No. 20-CV-013(W)
State of Mississippi, Lauderdale County Circuit Court
Deposition: June 17, 2021
Blackmon Carr, LLC.

Michael W. Fudge vs. Whitten Insurance Agency, Inc., et al.
Civil Action No.: cv2017-244
State of Mississippi, Panola County Circuit Court
Deposition: September 1, 2021
Vicki R. Slater, Attorney at Law

William H. Durham vs. ANKURA Consulting Group, LLC.
Civil Action No. 2:20-CV-112-KS-MTP
U.S. District Court, Southern District of Mississippi
Deposition: December 1, 2021
Pauli Law Firm

Sharon Woodfork (Hunter, deceased) vs. Tesco Properties, Inc., et al.
Cause No. 17-KV-0003-J
State of Mississippi, Adams County Circuit Court
Deposition: December 14, 2021
Langston and Lott

Amber Deerman (Kendall Deerman) vs. Jason Mullenix, MD, et al.
No. CC-19-CV-72
State of Tennessee, Obion County Circuit Court
Testimony: February 16, 2022
Simmons Dallas, PLLC

Sara Bergersen, et al. vs. Joseph Magoun, MD, et al.
Docket No. 83cc1-2018-CV-1066
State of Tennessee, Sumner County Circuit Court
Testimony: March 25, 2022
Law Firm: Simmons Dallas

Gagliardi (Regan Gagliardi) vs. Lakeland Surgical Clinic, et al.
Civil Action No. 3:20-cv-504-TSL-RPM
U.S. District Court, Southern District of Mississippi
Testimony: April 13, 2022
Law Firm: Simmons Dallas

Brittany Pollard (Chloe Pollard) vs. Jackson HMA, LLC. et al.
Civil Action No: 3:20-cv-791-FKB
U.S. District Court, Southern District of Mississippi
Deposition: September 20, 2022
Law Firm: Simmons Dallas

Vermilyea vs. Singing River Health Systems, et al.
Civil Action
State of Mississippi, Jackson County Circuit Court
Testimony: October 13, 2022
Law Firm: Mark Boutwell

Mitosinka vs. Michael Bookhardt, M.D., et al.
Civil Action No. 18-CV-203
State of Mississippi, Rankin County Circuit Court
Testimony: November 30, 2022
Law Firm: Gainsburgh Benjamin

Eric Conerly vs. DwWolf Truck and Tractor LLC., et al
Case: 2:20-cv-00068-CJS
U.S. District Court, Eastern District of Kentucky
Deposition: January 19, 2023
Law Firm: Garner and Munoz

Smith (Eddie) vs. Merit Health Rankin, et al.
Cause No. 20-113
State of Mississippi, Rankin County Circuit Court
Testimony: November 28, 2023
Law Firm Nabors Law Firm

Tulloch vs. Bernard, et al.
Civ. No. 29CY-20-86-1
State of Arkansas, Circuit Court of Hempstead County
Deposition: January 23, 2024

Law Firm: Morgan and Morgan

Hastings vs. Mother Gooseof Oxford, Inc.
Civil Action No. L21-202
State of Mississippi, Lafayette County Circuit Court
Deposition: February 16, 2024
Law Firm: Forman Watkins & Krutz

Jerad Bishop vs. AVR Express, LLC., et al.
Case No.: 2:22-cv-02171-JTF-tmp
U.S. District Court, Western Section of Tennessee
Testimony: March 5, 2024
Law Firm: Boutwell and Associates

Reagan McNerney vs. U.S. Postal Service, et al.
Civil Action Mo. 3:22-cv-684-CWR-LGI
U.S. District Court, Southern District of Mississippi, Northern Division
Testimony: April 11, 2024
Law Firm: Stubbs Law Firm

Paul Joseph Garvey vs. Poplarville Municipal School District, et al.
Cause No, 22-CV-1-PH
State of Mississippi, Pearl River Circuit Court
Testimony: April 24, 2024
Law Firm: Gibson Law Firm

Charles Haney v. Buffalo Wild Wings, Inc.
Docket: 2:23-cv-02686
U.S. District Court, Western District of Tennessee, Western Division
Deposition: October 3, 2024
Law Firm: Morgan and Morgan

Debrorah Beasley vs. Community Health Systems, et al.
Cause No. 21-cv-00063
State of Mississippi, Warren County Circuit Court
Testimony: October 17, 2024
Law Firm: Shelton Davis

Monica Wren (Sa'Riyah Deberry) vs. Methodist Healthcare, et.al.
Cause No. CI2020-399GCD
State of Mississippi, DeSoto County Circuit Court
Testimony: November 13, 2024
Law Firm: Dunbar Monroe

Verda Taylor vs. Fly Timber Co., et al.
Civil Action No CV 2024-27-SMPL

State of Mississippi, Panola County Circuit Court
Deposition: November 21, 2024
Law Firm: The Mitchell Firm

Natalie Faucette vs. Rush Health Systems, Inc., et al.
Civil Action No. 21-CV-022(BB)
State of Mississippi, Lauderdale County Circuit Court
Testimony: January 28, 2024
Law Firm: Simmons Dallas

Asiah Saranthus vs. Simpson County School District, et al.
Civil Action: 22-CV-283
State of Mississippi, Simpson County Circuit Court
May 20, 2025
Law Firm: Stubbs Law Firm

Dormetrice Wells vs. T.J. Patterson, et al.
Civil Action No. 17-448
State of Mississippi, Hinds County Circuit Court
Testimony: July 16, 2025
Law Firm: Carroll Rhodes

Lakesha Porter vs. Ozeark Motor Lines, Inc., et al.
Civil Action No. CI 2024-234 CWD
State of Mississippi, DeSoto County Circuit court
Deposition: July 18, 2025
Law Firm: Morgan and Morgan

## Litigation in Which Bill Brister has Testified prior to 2015

Pounds v. U.S. Repeating Arms Company and Olin Corporation
U.S. District Court, Southern District of Mississippi, Hattiesburg
Civil Action 2:94-CV-446 PS
Testimony: 05-20-96
Law Firm: Husch and Eppenburger, St. Louis, MO

Pam Pitner v. Atlanta Casualty Insurance Company
State of Mississippi, Circuit Court of Hinds County
Civil Action No.
Testimony: 08-05-96
Law Firm: Minor and Associates, Biloxi, MS

Partridge v. Partridge
State of Mississippi, Chancery Court of Hinds County
No. 129,086
Testimony: 01-31-94
Law Firm: Chinn and Associates, Jackson, MS

Green and Green d/b/a Swensen's v. Bennett York et al
State of Mississippi, Circuit Court of Forrest County
Civil Action No. 7-88-2416
Deposition: 04-28-1994
Law Firm: Ott, Purdy and Scott, Jackson, MS

Superior Boat Works, Inc. v. Lady Luck Mississippi, Inc. et al
U.S. Bankruptcy Court, Northern District of Mississippi, Aberdeen MS
Proceeding No. 93-2238
Deposition: 09-30-96
Testimony: 10-31-96
Law Firm: Swank and Associates, Covington, LA

Larry v. McPhate Pulpwood, Inc.
State of Mississippi, Circuit Court of Jefferson County
No. 96-0009
Testimony: 02-11-97
Law Firm: Watkins and Eager, Jackson, MS

Body Support Systems v. Blue Ridge Table Co., Inc.
U.S. District Court, Northern District of Mississippi, Oxford, MS
Civil Action 1:96CV161-D-A
Deposition: 07-28-97
Law Firm: Frascogna, Courtney, Wright, Smith & Dyer, Jackson, MS

Bartley Lamar Denton v. Simpson et.al.
State of Mississippi, Circuit Court of Adams County
No.
Testimony: 11-14-97
Law Firm: Watkins and Eager, Jackson, MS

Casino America v. Ed Ernest and Casino Magic
State of Mississippi, Circuit Court of Harrison County
No. C2402-96-1064
Deposition: 5-19-98
Butler, Snow, O'Mara, Stevens & Cannada

Geneva Boyd v. Jitney Jungle
State of Mississippi, Circuit Court of Lincoln County
No. 94-00241
Testimony: 7-6-98
Allen, Allen, Boerner & Breeland

Kemp v. Kemp
State of Mississippi, Chancery Court of Lauderdale County
No. 97-1005-M
Testmony: August 1999
James and Associates

Thompson et. al.v. Jim Walter Homes et. al.
State of Mississippi, Circuit Court of Jefferson County
No. 2000-24
Deposition: 6/24/01
Watkins and Eager

Pro Maintemanace Services et. al. v. Deposit Guaranty National Bank at. al.
State of Mississippi, Circuit Court of Hinds County
No. 251-96-59-CIV
Deposition: 10/18/01
Mockbee, Hall & Drake

Mickey D. Crawford v. Mabe's Trucking Company, Henry Milton Joyner, et. al.
U.S. District Court, Southern District of Mississippi
No. 1:00CV154BrR
Deposition: May 29, 2002
Minor and Associates

Victory Lane Productions v. Morton Custom Plastics
U.S. District Court, Southern District of Mississippi
No. 3:01CV178WS
Deposition: August 5, 2002
Simmons and Associates and Husch and Eppenberger

McClellan v. USA Motor Express, Inc.
State of Mississippi, Lee County Circuit Court
No. CV200027POB
Testimony: December 16, 2002
Ashe, Tanner & Wright

Speetjens, et al. v. Malaco, et al.
State of Mississippi, Madison County Chancery Court
No.
Testimony: November 20, 2003
Copeland, Cook, Taylor & Bush

Southern Nights v. Hiebert and Miles
State of Mississippi, Harrison County Chancery Court
No.
Testimony: June 16, 2004
Dukes, Dukes, Keating & Faneca

Derryberry v. Lee et al.
State of Mississippi, Alcorn County Circuit Court
N. CV02-405GA
Testimony: December 10, 2004

Simmons and Associates

Olivia Y. et al. v. Haley Barbour et al.
U.S. District Court, Southern District of Mississippi
CV# 3:04cv251LN
Deposition: March 28, 2006
Loeb and Loeb

Tedford et al. v. Franklin Corp. et al.
State of Mississippi, Calhoun County Circuit Court
No. CVC2004-110
Testimony: May 17, 2007
Simmons and Associates

BKS, Inc. et al. v. Empire Fire and Marine Insurance Company, et al.
State of Mississippi,
CVCI06-0202
Deposition: August 13, 2008
Hawkins, Stracener & Gibson

Erwin v. Stein et al.
State of Mississippi, Copiah County
CV# 2007-0491
Deposition: December 30, 2008
Thomas M. Murphree, Jr.

Donald Tutor et al. v. Pontotoc County et al.
United States District Court
CV# 3:08CV016-M-A
Deposition: January 5, 2009
Langston and Lott

Caves v. Benjamin Yarbrough, M.D. and franklin County Hospital
State of Mississippi, Franklin County Circuit court
Civil Action No. 02 CV 026
Deposition: May 15, 2009
Joel Howell, III

Blackberry Records et al. v. Malaco Records et al.
American Arbitration Association
Case # 69 140 Y 01019 08
Deposition: November 11, 2009
Barbour and Malouf

Blackberry Records et al. v. Malaco Records et al.
American Arbitration Association

Case # 69 140 Y 01019 08
Testimony: February 19, 2010
Barbour and Malouf

Troy Thrasher v. The Service Companies, Inc. and Full Service Systems Corporation
State of Mississippi, Neshoba County Circuit Court
Cause No. 09 cv 0030NSG
Deposition: April 28, 2010
Jones, Funderburg, Sessums, Peterson & Lee

Tommy Williamson v. Lowe's Home Centers, Inc.
State of Mississippi, Lauderdale County Circuit Court
Civil Action No. 07-cv-062(B)
Deposition: May 17, 2010
Suzanne Saunders

KeithCo, Inc. v. RLI Insurance Corporation, et al.
State of Mississippi, Forrest County Circuit Court
Testimony: December 3, 2010
Ingram Wilkinson Law Firm and Corlew Munford and Smith

George Hightower v. Mississippi State University
State of Mississippi, Oktibbeha County Circuit Court
Deposition: February 8, 2011
Waide and Associates

Michael Fields, Jr. et al. v. Chad Widington et al.
State of Mississippi, Rankin County Circuit Court
Civil Action No. 2009-82-R
Testimony: September 15, 2011
Simmons Law Group

Robert Stalling et al. v. Memorial Hospital at Gulfport
State of Mississippi, Harrison County Circuit Court
Civil Action No. A24-01-08-00521
Testimony: September 23, 2011
Wilson, Bowling and McKinney

Charles Jackson, SR. v. Charles A. Hassell, et al.
State of Alabama, Sumter County
Civil Action No. CV-2011-12
Deposition: August 2, 2012
Schwartz and Associates

Guenoit-Kornegay v. Blitz USA, Wal-Mart Stores, Inc. et al.
U.S. District Court, Southern District of Mississippi

Civil Action No. 3:10-CV-429-TSL-MTP
Deposition: November 30, 2012
Langston and Lott

Estate of William Lee Montjoy, et al. v. Pass Christian Yacht Club, et al.
State of Mississippi, Harrison County Circuit Court
Civil Action No. A2401-11-247
Deposition: February 18, 2013
The Casano Law Firm

Phillip T. Wood v. Cooper Tire and Rubber Company, et al.
State of Mississippi, Lee County Circuit Court
Cause No. CV10-096(P)(L)
Deposition: May 7, 2013
Moffett Law Firm

Barbara Elam and Bobby Elam v. The Kansas City Southern Railway Company, et al.
Cause No.: CV08-569-PA
State of Mississippi, Alcorn County Circuit Court
Deposition: June 5, 2013
Langston and Lott

Juana Suarez (Francisco Mendoza) v. City of Waveland, et al.
Civil Action No.: 10-0538
State of Mississippi, Hancock County Circuit Court
Deposition: June 6, 2013
Hawkins and Gibson

Buckley v. S&S Express, LLC
Civil Action No.: 2011-0097-CV1K
State of Mississippi, Lowndes County Circuit Court
Deposition: August 29, 2013
Hawkins and Gibson

Johnny F. Harvell vs. Trustmark Insurance Company
Cause No.: 1:13-CV-00067-SA-DAS
U.S. District Court, Northern District of Mississippi
Deposition: January 17, 2014
Langston & Lott

Ray Elhers vs. Travelcenters of America, LLC, et al.
Civil Action No.: CV-2012-901429
State of Alabama, Montgomery County Circuit Court
Deposition: March 19, 2014
Webster, Henry, Lyons, White, Bradwell & Black

Tishundra and Shiron Young, et al. v. Illinois Central Railroad, et al.
Cause No.: 2006-0129
State of Mississippi, Holmes County Circuit Court
Testimony: October 15, 2014
Barrett Law Office

Charles Brown, et al. v. Ford Motor Company
Civil Action NO.: 3:14cv197DPJ-FKB
U.S. District Court, Southern District of Mississippi
Deposition: December 15, 2014
Corlew, Munford & Smith

**Bill M. Brister, Ph.D.**
**Economist**
**4380 Brook Drive**
**Jackson, MS 39206**
**601-624-0729**
**bristbm@millsaps.edu**

October 21, 2025

Benjamin N. Philley
Kilpatrick & Philley
216 West Jackson Street
Ridgeland, MS 39110

**RE: Formeka Ball (Deceased) vs. River Oaks Hospital, et al.**

Dear Mr. Philley:

In the above reference matter, I have calculated the present value of lost earnings and the present value of lost household services to Formeka Ball resulting from her death on October 3, 2023. To produce these calculations, I have reviewed documents that include the Complaint in this matter and the Mississippi Income Tax Returns for Formeka Ball for 2019, 2021, and 2022. I also used sources of data and methodologies that are generally accepted in Mississippi Circuit Courts and Federal District Courts. These sources of data and methodologies are given in the table and appendices enclosed with this report.

**Lost Earnings**

As shown in Table 1 enclosed with this report, **the present value of lost earnings to Formeka Ball is $87,948.** This figure is based on the following data and information:

> According to Mississippi Income Tax Returns, Ms. Ball earned $14,956 in 2022. This figure is comprised of $2,002 in W-2 income and $12,954 in business income. This is the last full year prior to her death on October 3, 2023. I assume that Ms. Ball, but for her death, would have earned $14,956 annually with annual increases for real growth and inflation throughout the remainder of her worklife expectancy. (See Appendix 1.)
>
> This earnings level is increased at the rate 4.54% annually in 2023 and 2024. This is the national average increase in Hourly Earnings for Production and Non-Supervisory Workers over the 2022 to 2024 period. (See Appendix 2.)
>
> The earnings level is increased at the rate of 1.02 % annually in 2025 and throughout the remainder of her worklife expectancy. This is the national average *real* increase in Hourly Earnings over the last 10 years (2014-2024). The term "real" in this context means the increase in Hourly Earnings over and above inflation. (See Appendix 2.)



PLAINTIFF'S EXHIBIT
tabbies
F

Ms. Ball was 46 years of age at the time of her death. It is my understanding that Ms. Ball had a bachelor's degree. The national average worklife expectancy for 46-year-old women with a bachelor's degree is 17.17 years. (See Appendix 3.)

Federal and Mississippi Income Taxes are deducted based on Head of Household taking standard deductions and exemptions until the child reaches 18 years of age and on a single filer taking standard deductions and exemptions thereafter.

Personal Consumption Expenditures consist of that portion of household income that is spent for the sole benefit of the decedent. The percentage of household income that is personal consumption is based on the level of household income and household size. Ms. Ball's income is discussed above. I assume that Ms. Ball would have lived in a 2-person household until her child reaches 21 years of age, and in a 1-person household thereafter. (See Appendix 4.)

The future values of lost earnings shown in Table 1 are stated in 2024 dollars. They do not include the impact of future inflation. It is my opinion that the proper interest rate to use to discount the future values to present value is the yield on the Inflation Indexed Treasury Bond. This investment has very low default risk and protects the investor from the loss of purchasing power due to future inflation. The yield on the 20-Year Inflation Indexed Treasury Bond is 2.18% as of October 17, 2025. (See Appendix 5.)

**Lost Household Services**

Household Services consist of those non-compensated activities that individuals perform for their own benefit or for the benefit of other members of their household. These activities include cleaning, cooking, shopping, providing transportation, childcare, yard work, household and financial management, etc.

As shown in Table 2 enclosed with this report, **the present value of lost household services to Formeka Ball is $364,846.** This figure is based on the following data and information:

I assume that Ms. Ball, but for her death, would have provided household services for the national average number of hours for women of similar, age, employment status, marital status, and household composition for the remainder of her life expectancy. These hours are valued at the national average wage rate for these activities and are adjusted for the Mississippi level of wages. Personal consumption is that portion of household services that is for the sole benefit of the decedent and is a deduction in the calculation of lost household services. (See Appendix 6.)

Ms. Ball was 46 years of age at the time of her death. It is my understanding that Ms. Ball has a bachelor's degree. The national average worklife expectancy for

46-year-old women with a bachelor's degree is 17.17 years. (See Appendix 3.) The national average life expectancy for 46-year-old women is 36.4 years. (See Appendix 7.)

The values of lost household production given in Appendix 6 and shown on Table 2 are stated in 2023 dollars. They do not include the impact of future inflation. It is my opinion that the proper interest rate to use in this analysis to discount the future values to present value is the yield on the Inflation Indexed Treasury Bond. This investment has very low default risk and protects the investor from the loss of purchasing power due to future inflation. The yield on the 30-Year Inflation Indexed Treasury Bond is 2.4% as of October 17, 2025. (See Appendix 5.)

**Summary**

The present value of lost Earnings is $87,948.

The present value of lost household services is $364,846.

The total of these two elements of economic damages is $452,794.

I reserve the right to supplement or revise this report upon receipt of new and relevant information.

Sincerely,

Bill M. Brister, Ph.D.

Enclosures:

Table 1: Computation of the Present Value of Lost Earnings.
Table 2: Computation of the Present Value of Lost Household Services.

Appendix 1: Mississippi Tax Return Excerpt for 2022.
Appendix 2: Growth Rate of Nominal and Real Hourly Earnings
Appendix 3: Worklife Expectancy.
Appendix 4: Personal Consumption Percentage.
Appendix 5: Discount Rates.
Appendix 6: Household Services Hours, Hourly Value, Mississippi Wage Adjustment, and Personal Consumption Percentage.
Appendix 7: Life Expectancy.

**Table 1**
**Lost Earnings**
**Formeka Ball**

Assumptions:

| | |
|---|---|
| Date of Birth: | 9/18/1977 |
| Date of Death: | 10/3/2023 |
| Age at Death: | 46 Years |
| Earnings at Death (2022 Earnings): | 14,956 |
| Worklife Expectancy: | 17.17 Years |
| Annual Increase in Nominal Earnings (2022-2024): | 4.54% |
| Annual Increase inReal Earnings (2025 Forward): | 1.02% |
| Life Expectancy: | 36.4 Years |
| Real (Below-Market) Discount Rate: | 2.18% |

| | Year | Age | Lost Earnings | Federal Income Tax | State Income Tax | Lost Earnings after Tax | Personal Consumption Percentage | Personal Consumption Expenditures | Lost Earnings after Tax and Personal Consumption | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.24 | 2023 | 46 | 3,752 | 0 | 0 | 3,752 | 50.00% | 1,876 | 1,876 | 1,876 |
| 1.24 | 2024 | 47 | 16,345 | 0 | 0 | 16,345 | 50.00% | 8,172 | 8,172 | 8,172 |
| 2.24 | 2025 | 48 | 16,512 | 0 | 0 | 16,512 | 50.00% | 8,256 | 8,256 | 8,256 |
| 3.24 | 2026 | 49 | 16,680 | 0 | 0 | 16,680 | 50.00% | 8,340 | 8,340 | 8,162 |
| 4.24 | 2027 | 50 | 16,850 | 0 | 0 | 16,850 | 50.00% | 8,425 | 8,425 | 8,069 |
| 5.24 | 2028 | 51 | 17,022 | 0 | 0 | 17,022 | 50.00% | 8,511 | 8,511 | 7,978 |
| 6.24 | 2029 | 52 | 17,196 | 0 | 0 | 17,196 | 50.00% | 8,598 | 8,598 | 7,887 |
| 7.24 | 2030 | 53 | 17,371 | 0 | 0 | 17,371 | 50.00% | 8,685 | 8,685 | 7,798 |
| 8.24 | 2031 | 54 | 17,548 | 0 | 0 | 17,548 | 50.00% | 8,774 | 8,774 | 7,709 |
| 9.24 | 2032 | 55 | 17,727 | 0 | 0 | 17,727 | 50.00% | 8,864 | 8,864 | 7,622 |
| 10.24 | 2033 | 56 | 17,908 | 331 | 0 | 17,577 | 50.00% | 8,954 | 8,623 | 7,257 |
| 11.24 | 2034 | 57 | 18,091 | 349 | 0 | 17,742 | 50.00% | 9,045 | 8,696 | 7,162 |
| 12.24 | 2035 | 58 | 18,275 | 368 | 0 | 17,908 | 100% | 18,275 | 0 | 0 |
| 13.24 | 2036 | 59 | 18,462 | 386 | 8 | 18,068 | 100% | 18,462 | 0 | 0 |
| 14.24 | 2037 | 60 | 18,650 | 405 | 16 | 18,228 | 100% | 18,650 | 0 | 0 |
| 15.24 | 2038 | 61 | 18,840 | 424 | 25 | 18,391 | 100% | 18,840 | 0 | 0 |
| 16.24 | 2039 | 62 | 19,032 | 443 | 34 | 18,555 | 100% | 19,032 | 0 | 0 |
| 17.17 | 2040 | 63 | 17,881 | 328 | 0 | 17,553 | 100% | 17,881 | 0 | 0 |

**Total Present Value = 87,948**

Sources:

**Earnings at Death:** Earnings in 2022 as shown on Mississippi Income Tax Return.

**Worklife Expectancy:** "A Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", Journal of Forensic Economics, Vol. 28, No. 1-2, 2019, by Gary R. Skoog and James E. Ciecka, and Kurt V. Krueger, Table 28.

**Annual Increase in Nominal Earnings (2022-2024):** Department of Labor, Bureau of Labor Statistics as reported by FRED database of the St. Louis Federal Reserve Bank, Average Hourly Earnings of Production and Nonsupervisory Employees, Total Private, 2022-2024.

**Annual Increase in Real Earnings (2025 Forward):** Annual Increase in Average Hourly Earnings (2014-2024) minus Annual Change in Consumer Price Index (2014-2024) as reported by the FRED database of the St. Louis Federal Reserve Bank.

**Federal Taxes:** Form 1040, U.S. Individual Income Tax Return and Instructions, 2024, based on Head of Household until child reached age 18 and then Single Filer taking Standard Deductions and Exemptions thereafter.

**State Taxes:** Mississippi State Tax Commission, Form 80-105-8-1-000, 2024, and Form 80-100, 2024, based on Head of Household until child reached age 18 and then Single Filer taking Standard Deductions and Exemptions thereafter.

**Real (Below-Market) Discount Rate:** Federal Reserve Statistical Release, Selected Interest Rates (Daily), Treasury Inflation Indexed, 20-Year, October 17, 2025.

**Table 2**
**Lost Household Services**
**Formeka Ball**

Assumptions:

| | |
|---|---|
| Date of Birth: | 9/18/1977 |
| Date of Death: | 10/3/2023 |
| Age at Death: | 46 Years |
| Worklife Expectancy: | 17.17 Years |
| Life Expectancy: | 36.4 Years |
| Real (Below-Market) Discount Rate: | 2.40% |

| | Year Ending October 3 | Age | Lost Household Services in 2023 Dollars | Present Value |
|---|---|---|---|---|
| 1 | 2024 | 46 | 17,671 | 17,671 |
| 2 | 2025 | 47 | 17,671 | 17,671 |
| 3 | 2026 | 48 | 17,671 | 17,257 |
| 4 | 2027 | 49 | 17,671 | 16,853 |
| 5 | 2028 | 50 | 15,626 | 14,552 |
| 6 | 2029 | 51 | 15,626 | 14,211 |
| 7 | 2030 | 52 | 15,626 | 13,878 |
| 8 | 2031 | 53 | 15,626 | 13,553 |
| 9 | 2032 | 54 | 15,626 | 13,235 |
| 10 | 2033 | 55 | 12,129 | 10,033 |
| 11 | 2034 | 56 | 12,129 | 9,798 |
| 12 | 2035 | 57 | 12,129 | 9,568 |
| 13 | 2036 | 58 | 12,129 | 9,344 |
| 14 | 2037 | 59 | 12,129 | 9,125 |
| 15 | 2038 | 60 | 12,129 | 8,911 |
| 16 | 2039 | 61 | 12,129 | 8,702 |
| 17 | 2040 | 62 | 12,129 | 8,498 |
| 18 | 2041 | 63 | 16,416 | 11,232 |
| 19 | 2042 | 64 | 16,416 | 10,969 |
| 20 | 2043 | 65 | 16,416 | 10,712 |
| 21 | 2044 | 66 | 16,416 | 10,461 |
| 22 | 2045 | 67 | 16,416 | 10,216 |
| 23 | 2046 | 68 | 16,416 | 9,976 |
| 24 | 2047 | 69 | 16,416 | 9,743 |
| 25 | 2048 | 70 | 16,416 | 9,514 |
| 26 | 2049 | 71 | 16,416 | 9,291 |
| 27 | 2050 | 72 | 16,416 | 9,074 |
| 28 | 2051 | 73 | 16,416 | 8,861 |
| 29 | 2052 | 74 | 16,416 | 8,653 |
| 30 | 2053 | 75 | 13,612 | 7,007 |
| 31 | 2054 | 76 | 13,612 | 6,843 |
| 32 | 2055 | 77 | 13,612 | 6,682 |
| 33 | 2056 | 78 | 10,890 | 5,220 |
| 34 | 2057 | 79 | 8,167 | 3,824 |
| 35 | 2058 | 80 | 5,445 | 2,489 |
| 36 | 2059 | 81 | 2,722 | 1,215 |
| 36.4 | 2060 | 82 | 0 | 0 |
| | | | **Total Present Value =** | **364,846** |

Sources:

**Household Services Hours, Hourly Value, Personal Consumption Percentage, and Mississippi Wage Adjustment:** Expectancy Data, *The Dollar Value of a Day: 2023 Dollar Valuation*. Shawnee Mission, Kansas, 2025, Tables 310, 311, 315, 360, 361, and 414.

**Worklife Expectancy:** "A Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", Journal of Forensic Economics, Vol. 28, No. 1-2, 2019, by Gary R. Skoog and James E. Ciecka, and Kurt V. Krueger, Table 28.

**Life Expectancy:** United States Life Tables, 2022, National Vital Statistics Reports, U.S. Departments of Health and Human Services, Volume 74, Number 2, April 8, 2025, Table 3.

**Real (Below-Market) Discount Rate:** Federal Reserve Statistical Release, Selected Interest Rates (Daily), Treasury Inflation Indexed, 30-Year, October 17, 2025.

Form 80-105-22-8-2-000 (Rev. 08/22)

Appendix 1.

801052282000

# Mississippi
## Resident Individual Income Tax Return
## 2022



SSN 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

| INCOME | | Column A (Taxpayer) | | Column B (Spouse) |
|---|---|---|---|---|
| 38 | Wages, salaries, tips, etc. (complete Form 80-107) | 38A 2002 .00 | 38B | 0 .00 |
| 39 | Business income (loss) (attach Federal Schedule C or C-EZ) | 39A 12954 .00 | 39B | 0 .00 |
| 40 | Capital gain (loss) (attach Federal Schedule D, if applicable) | 40A 0 .00 | 40B | 0 .00 |
| 41 | Rent, royalties, partnerships, S corporations, trusts, etc. (from Form 80-108, part IV) | 41A 0 .00 | 41B | 0 .00 |
| 42 | Farm income (loss) (attach Federal Schedule F) | 42A 0 .00 | 42B | 0 .00 |
| 43 | Interest income (from Form 80-108, part II, line 3) | 43A 0 .00 | 43B | 0 .00 |
| 44 | Dividend income (from Form 80-108, part II, line 6) | 44A 0 .00 | 44B | 0 .00 |
| 45 | Alimony received | 45A 0 .00 | 45B | 0 .00 |
| 46 | Taxable pensions and annuities (complete Form 80-107) | 46A 0 .00 | 46B | 0 .00 |
| 47 | Unemployment compensation (complete Form 80-107) | 47A 0 .00 | 47B | 0 .00 |
| 48 | Other income (loss) (from Form 80-108, part V, line 10) | 48A 0 .00 | 48B | 0 .00 |
| 49 | Total income (add lines 38 through 48) | 49A 14956 .00 | 49B | 0 .00 |

| ADJUSTMENTS | | Column A (Taxpayer) | | Column B (Spouse) |
|---|---|---|---|---|
| 50 | Payments to IRA | 50A 0 .00 | 50B | 0 .00 |
| 51 | Payments to self-employed SEP, SIMPLE and qualified retirement plans | 51A 0 .00 | 51B | 0 .00 |
| 52 | Interest penalty on early withdrawal of savings | 52A 0 .00 | 52B | 0 .00 |
| 53 | Alimony paid (complete below) | 53A 0 .00 | 53B | 0 .00 |

Name ______ SSN ______ State ______ Date of Divorce ______

| | | Column A (Taxpayer) | | Column B (Spouse) |
|---|---|---|---|---|
| 54 | Moving expense (attach Federal Form 3903) | 54A 0 .00 | 54B | 0 .00 |
| 55 | National Guard or Reserve pay (enter the lesser of amount or $15,000) | 55A 0 .00 | 55B | 0 .00 |
| 56 | Mississippi Prepaid Affordable College Tuition (MPACT) | 56A 0 .00 | 56B | 0 .00 |
| 57 | Mississippi Affordable College Savings (MACS) | 57A 0 .00 | 57B | 0 .00 |
| 58 | Self-employed health insurance deduction | 58A 0 .00 | 58B | 0 .00 |
| 59 | Health savings account deduction | 59A 0 .00 | 59B | 0 .00 |
| 60 | Catastrophe savings account deduction | 60A 0 .00 | 60B | 0 .00 |
| 61 | Self-employment tax deduction | 61A 915 .00 | 61B | 0 .00 |
| 62 | First-time home buyer savings account deduction | 62A 0 .00 | 62B | 0 .00 |
| 63 | Agricultural disaster program compensation deduction | 63A 0 .00 | 63B | 0 .00 |
| 64 | Mississippi Achieving a Better Life Experience (ABLE) Act deduction | 64A 0 .00 | 64B | 0 .00 |
| 65 | Total adjustments (add lines 50 through 64) | 65A 915 .00 | 65B | 0 .00 |
| 66 | Mississippi adjusted gross income (line 49 minus line 65; enter on page 1, line 13) | 66A 14041 .00 | 66B | 0 .00 |

**AMENDED RETURN - EXPLANATION OF CHANGES TO ORIGINAL RETURN** (attach additional statement if needed)

Appendix Z.

FRED Graph Observations
Federal Reserve Economic Data
Link: https://fred.stlouisfed.org
Help: https://fredhelp.stlouisfed.org
Economic Research Division
Federal Reserve Bank of St. Louis

| Year | Average Hourly Earnings for Production and Nonsupervisory Employees | Consumer Price Index |
|---|---|---|
| 2014 | 20.60 | 236.715 |
| 2015 | 21.03 | 237.002 |
| 2016 | 21.54 | 240.005 |
| 2017 | 22.04 | 245.121 |
| 2018 | 22.70 | 251.100 |
| 2019 | 23.51 | 255.653 |
| 2020 | 24.69 | 258.856 |
| 2021 | 25.91 | 270.968 |
| 2022 | 27.57 | 292.625 |
| 2023 | 28.92 | 304.704 |
| 2024 | 30.13 | 313.698 |
| Annual Rate of Increase (2022-2024) | **4.54%** | |
| Annual Rate of Increase (2014-2024) | 3.88% | 2.86% |
| Real Increase in Real Earnings (2014-2024) | | **1.02%** |

Appendix 3.

*Journal of Forensic Economics* 28(1-2), 2019, pp. 15-108
© 2019 by the National Association of Forensic Economics

# The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors

Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger*

## Abstract

This paper updates the Skoog-Ciecka-Krueger (2011) study which used 2005-09 U.S. population labor force data to estimate worklife expectancies. This update presents estimates using 2012-17 labor force data for persons ages 18 and over by sex and education. These updated estimates are presented as before as a set of worklife tables, including extended probability calculations and other statistical measures useful to forensic economists. Transition probabilities, by age, gender, and education, are contained in the electronic supplementary materials.

## I. Introduction

Worklife expectancy within the Markov model remains the current paradigm employed by forensic economists to calculate mortality-adjusted time in-and-out of the labor force. Its use is commonly dated to Smith (1982) and the Bureau of Labor Statistics *Bulletin 2135*, which announced the change from the conventional worklife model; but the model goes back earlier.[1] Two living states, active and inactive in the labor force, are tracked and continue to be used in the worklife tables that are in most common use.

This paper updates the Skoog-Ciecka-Krueger (2011) study which used 2005-09 U.S. population labor force data to estimate worklife expectancies. This update presents estimates using 2012-17 labor force data for persons ages 18 and over by sex and education. These updated estimates are presented as before as a set of worklife tables, including extended probability calculations and other statistical measures useful to forensic economists.

The paper is organized as follows. Section II contains a brief refresher on the method, notation, and recursions used to calculate worklife expectancies and other distributional characteristics of time in the labor force. Our data sets are discussed in Section III. Section IV is the heart of the paper. It

---

*Gary R. Skoog, Legal Econometrics Inc., Glenview, IL; James E. Ciecka, DePaul University, Chicago, IL; Kurt V. Krueger, John O. Ward Associates, Prairie Village, KS.

[1]Hoem and Fong (1976) and Hoem (1977) are the earliest known multistate life tables of lifetime labor force activity.

Appendix 3, con't



Table 28
Characteristics for Initially Active Women, Bachelor's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 36.67 | 37.50 | 39.50 | 8.72 | -0.66 | 3.83 | 25.50 | 31.50 | 42.50 | 46.50 | 36.65 | 0.22 |
| 23 | 35.75 | 36.50 | 38.50 | 8.67 | -0.64 | 3.76 | 24.50 | 30.50 | 41.50 | 45.50 | 35.73 | 0.22 |
| 24 | 34.85 | 35.50 | 37.50 | 8.63 | -0.62 | 3.70 | 23.50 | 29.50 | 40.50 | 44.50 | 34.83 | 0.22 |
| 25 | 33.95 | 34.50 | 36.50 | 8.58 | -0.60 | 3.64 | 22.50 | 28.50 | 39.50 | 44.50 | 33.93 | 0.22 |
| 26 | 33.07 | 33.50 | 35.50 | 8.52 | -0.59 | 3.59 | 21.50 | 28.50 | 38.50 | 43.50 | 33.05 | 0.22 |
| 27 | 32.21 | 33.50 | 34.50 | 8.45 | -0.57 | 3.54 | 21.50 | 27.50 | 38.50 | 42.50 | 32.19 | 0.22 |
| 28 | 31.37 | 32.50 | 33.50 | 8.38 | -0.56 | 3.49 | 20.50 | 26.50 | 37.50 | 41.50 | 31.34 | 0.22 |
| 29 | 30.54 | 31.50 | 32.50 | 8.30 | -0.54 | 3.45 | 19.50 | 25.50 | 36.50 | 40.50 | 30.52 | 0.23 |
| 30 | 29.73 | 30.50 | 31.50 | 8.21 | -0.52 | 3.41 | 18.50 | 24.50 | 35.50 | 39.50 | 29.71 | 0.22 |
| 31 | 28.93 | 29.50 | 31.50 | 8.11 | -0.51 | 3.38 | 18.50 | 24.50 | 34.50 | 38.50 | 28.91 | 0.22 |
| 32 | 28.15 | 28.50 | 30.50 | 8.01 | -0.49 | 3.35 | 17.50 | 23.50 | 33.50 | 37.50 | 28.13 | 0.21 |
| 33 | 27.38 | 28.50 | 29.50 | 7.90 | -0.47 | 3.32 | 16.50 | 22.50 | 32.50 | 36.50 | 27.36 | 0.21 |
| 34 | 26.61 | 27.50 | 28.50 | 7.78 | -0.45 | 3.29 | 16.50 | 21.50 | 31.50 | 35.50 | 26.59 | 0.20 |
| 35 | 25.85 | 26.50 | 27.50 | 7.66 | -0.43 | 3.26 | 15.50 | 21.50 | 31.50 | 35.50 | 25.83 | 0.20 |
| 36 | 25.08 | 25.50 | 26.50 | 7.54 | -0.41 | 3.22 | 15.50 | 20.50 | 30.50 | 34.50 | 25.06 | 0.20 |
| 37 | 24.31 | 24.50 | 25.50 | 7.42 | -0.39 | 3.19 | 14.50 | 19.50 | 29.50 | 33.50 | 24.29 | 0.19 |
| 38 | 23.52 | 24.50 | 24.50 | 7.30 | -0.36 | 3.15 | 13.50 | 19.50 | 28.50 | 32.50 | 23.51 | 0.20 |
| 39 | 22.74 | 23.50 | 24.50 | 7.19 | -0.33 | 3.12 | 13.50 | 18.50 | 27.50 | 31.50 | 22.72 | 0.19 |
| 40 | 21.94 | 22.50 | 23.50 | 7.07 | -0.31 | 3.08 | 12.50 | 17.50 | 26.50 | 30.50 | 21.93 | 0.19 |
| 41 | 21.15 | 21.50 | 22.50 | 6.95 | -0.28 | 3.04 | 11.50 | 16.50 | 25.50 | 29.50 | 21.14 | 0.18 |
| 42 | 20.35 | 20.50 | 21.50 | 6.83 | -0.24 | 3.00 | 11.50 | 16.50 | 25.50 | 28.50 | 20.35 | 0.18 |
| 43 | 19.56 | 19.50 | 20.50 | 6.71 | -0.21 | 2.97 | 10.50 | 15.50 | 24.50 | 27.50 | 19.55 | 0.18 |
| 44 | 18.76 | 19.50 | 19.50 | 6.59 | -0.17 | 2.93 | 9.50 | 14.50 | 23.50 | 26.50 | 18.75 | 0.17 |
| 45 | 17.96 | 18.50 | 18.50 | 6.47 | -0.14 | 2.90 | 9.50 | 13.50 | 22.50 | 26.50 | 17.96 | 0.17 |
| 46 | 17.17 | 17.50 | 17.50 | 6.35 | -0.10 | 2.87 | 8.50 | 13.50 | 21.50 | 25.50 | 17.16 | 0.18 |
| 47 | 16.37 | 16.50 | 16.50 | 6.23 | -0.06 | 2.84 | 8.50 | 12.50 | 20.50 | 24.50 | 16.37 | 0.17 |
| 48 | 15.58 | 15.50 | 15.50 | 6.11 | -0.02 | 2.81 | 7.50 | 11.50 | 19.50 | 23.50 | 15.58 | 0.17 |
| 49 | 14.79 | 14.50 | 14.50 | 5.98 | 0.03 | 2.79 | 6.50 | 10.50 | 18.50 | 22.50 | 14.79 | 0.17 |
| 50 | 14.01 | 14.50 | 13.50 | 5.85 | 0.07 | 2.77 | 6.50 | 9.50 | 17.50 | 21.50 | 14.01 | 0.16 |
| 51 | 13.24 | 13.50 | 13.50 | 5.72 | 0.12 | 2.76 | 5.50 | 9.50 | 17.50 | 20.50 | 13.24 | 0.16 |
| 52 | 12.48 | 12.50 | 12.50 | 5.58 | 0.17 | 2.76 | 5.50 | 8.50 | 16.50 | 19.50 | 12.48 | 0.16 |
| 53 | 11.73 | 11.50 | 11.50 | 5.45 | 0.22 | 2.77 | 4.50 | 7.50 | 15.50 | 18.50 | 11.73 | 0.16 |
| 54 | 11.00 | 10.50 | 10.50 | 5.30 | 0.28 | 2.78 | 4.50 | 7.50 | 14.50 | 18.50 | 11.00 | 0.16 |
| 55 | 10.29 | 10.50 | 9.50 | 5.15 | 0.33 | 2.80 | 3.50 | 6.50 | 13.50 | 17.50 | 10.28 | 0.16 |

Appendix 4.

# Patton-Nelson Personal Consumption Tables 2018-19

*By* Adam C. Wright*, John M. Krieg†,
Robert T. Patton‡, and David M. Nelson‡

**Abstract**

The Patton-Nelson Personal Consumption Tables, a source widely referenced by forensic economists, were last updated using 2016-17 data. The 2018-19 Bureau of Labor Statistics Consumer Expenditure Surveys were used to recalculate the incremental (by income) consumption percentage tables by gender. The 2018-19 surveys reveal slight increases in consumption percentages for moderate income levels, with relatively little change among lower and higher income brackets.

JEL Classification: J10, E21
*Keywords*: Consumption, income, expenditure, economic loss

Forthcoming at *Journal of Legal Economics*

---

* Wright (corresponding author): Associate Professor, Department of Economics, Western Washington University, Bellingham, WA, 98225-9074 (email: adam.wright@wwu.edu, phone: 360-650-3204).
† Krieg: Professor, Department of Economics, Western Washington University, Bellingham, WA, 98225-9074 (email: john.krieg@wwu.edu, phone: 360-650-7405).
‡ Patton: 1100 Chuckanut Crest Lane, Bellingham, WA, 98229 (email: bpatton916@msn.com, phone: 360-305-7132)
‡ Nelson: Professor, Department of Economics, Western Washington University, Bellingham, WA, 98225-9074 (email: david.nelson@wwu.edu, phone: 360-650-4804).

Appendix 4, con't

Table 4
*Incremental Consumption Cost Percentage for 2018-19, Females*

| Income Level ($) | Consumer Unit Size 1 Low-High | 2 | 3 | 4 | 5 + |
|---|---|---|---|---|---|
| | Female | | | | |
| 25,000 | 106.48 - 116.17 | 46.34 | 32.08 | 27.51 | 20.19 |
| 30,000 | 99.21 - 108.43 | 43.35 | 30.12 | 25.87 | 19.05 |
| 35,000 | 93.06 - 101.89 | 40.82 | 28.46 | 24.48 | 18.09 |
| 40,000 | 87.74 - 96.22 | 38.63 | 27.02 | 23.28 | 17.25 |
| 45,000 | 83.04 - 91.22 | 36.70 | 25.75 | 22.22 | 16.52 |
| 50,000 | 78.84 - 86.75 | 34.97 | 24.62 | 21.27 | 15.86 |
| 55,000 | 75.04 - 82.70 | 33.41 | 23.59 | 20.41 | 15.26 |
| 60,000 | 71.57 -79.01 | 31.98 | 22.66 | 19.63 | 14.72 |
| 65,000 | 68.38 - 75.61 | 30.67 | 21.80 | 18.90 | 14.22 |
| 70,000 | 65.42 - 72.47 | 29.45 | 21.00 | 18.24 | 13.75 |
| 75,000 | 62.67 - 69.54 | 28.32 | 20.26 | 17.62 | 13.32 |
| 80,000 | 60.10 - 66.80 | 27.26 | 19.56 | 17.03 | 12.92 |
| 85,000 | 57.68 - 64.23 | 26.27 | 18.91 | 16.49 | 12.54 |
| 90,000 | 55.40 - 61.80 | 25.33 | 18.30 | 15.97 | 12.18 |
| 95,000 | 53.24 - 59.50 | 24.44 | 17.71 | 15.49 | 11.85 |
| 100,000 | 51.20 - 57.33 | 23.60 | 17.16 | 15.02 | 11.52 |
| 110,000 | 47.40 - 53.28 | 22.04 | 16.14 | 14.17 | 10.93 |
| 120,000 | 43.93 - 49.59 | 20.61 | 15.20 | 13.38 | 10.39 |
| 130,000 | 40.74 - 46.19 | 19.30 | 14.34 | 12.66 | 9.88 |
| 140,000 | 37.78 - 43.04 | 18.08 | 13.54 | 11.99 | 9.42 |
| 150,000 | 35.03 - 40.12 | 16.95 | 12.80 | 11.37 | 8.99 |
| 160,000 | 32.45 - 37.38 | 15.89 | 12.10 | 10.79 | 8.59 |
| 170,000 | 30.04 - 34.80 | 14.89 | 11.45 | 10.25 | 8.21 |
| 180,000 | 27.76 - 32.38 | 13.96 | 10.84 | 9.73 | 7.85 |
| 190,000 | 25.60 - 30.08 | 13.07 | 10.25 | 9.24 | 7.51 |
| 200,000 | 23.56 - 27.90 | 12.23 | 9.70 | 8.78 | 7.19 |
| 210,000 | 21.61 - 25.83 | 11.43 | 9.18 | 8.34 | 6.89 |
| 220,000 | 19.76 - 23.86 | 10.66 | 8.68 | 7.92 | 6.60 |
| 230,000 | 17.98 - 21.97 | 9.93 | 8.20 | 7.52 | 6.32 |
| 240,000 | 16.29 - 20.17 | 9.24 | 7.74 | 7.14 | 6.05 |
| 250,000 | 14.66 - 18.43 | 8.57 | 7.30 | 6.77 | 5.80 |

Appendix 5.

# Selected Interest Rates

×

| Instruments | 2025 Oct 13* | 2025 Oct 14 | 2025 Oct 15 | 2025 Oct 16 | 2025 Oct 17 |
|---|---|---|---|---|---|
| Federal funds (effective) 1 2 3 | 4.10 | 4.10 | 4.10 | 4.11 | 4.11 |
| Commercial Paper 3 4 5 6 | | | | | |
| Nonfinancial | | | | | |
| 1-month | | 4.04 | 4.04 | 4.02 | 4.01 |
| 2-month | | 3.94 | n.a. | n.a. | n.a. |
| 3-month | | n.a. | n.a. | n.a. | n.a. |
| Financial | | | | | |
| 1-month | | n.a. | n.a. | n.a. | n.a. |
| 2-month | | n.a. | n.a. | 3.98 | n.a. |
| 3-month | | 3.94 | 3.97 | 3.91 | n.a. |
| Bank prime loan 2 3 7 | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 |
| Discount window primary credit 2 8 | 4.25 | 4.25 | 4.25 | 4.25 | 4.25 |
| U.S. government securities | | | | | |
| Treasury bills (secondary market) 3 4 | | | | | |
| 4-week | | 4.02 | 4.03 | 4.03 | 4.01 |
| 3-month | | 3.85 | 3.87 | 3.86 | 3.84 |
| 6-month | | 3.69 | 3.71 | 3.68 | 3.68 |
| 1-year | | 3.45 | 3.48 | 3.42 | 3.43 |
| Treasury constant maturities | | | | | |
| Nominal 9 | | | | | |
| 1-month | | 4.19 | 4.20 | 4.20 | 4.18 |
| 3-month | | 4.02 | 4.03 | 4.02 | 4.00 |
| 6-month | | 3.80 | 3.82 | 3.79 | 3.79 |
| 1-year | | 3.58 | 3.61 | 3.54 | 3.56 |
| 2-year | | 3.48 | 3.50 | 3.41 | 3.46 |
| 3-year | | 3.47 | 3.51 | 3.42 | 3.47 |
| 5-year | | 3.60 | 3.63 | 3.55 | 3.59 |
| 7-year | | 3.79 | 3.82 | 3.74 | 3.78 |
| 10-year | | 4.03 | 4.05 | 3.99 | 4.02 |
| 20-year | | 4.59 | 4.61 | 4.56 | 4.58 |
| 30-year | | 4.62 | 4.64 | 4.58 | 4.60 |
| Inflation indexed 10 | | | | | |
| 5-year | | 1.27 | 1.30 | 1.26 | 1.30 |
| 7-year | | 1.50 | 1.53 | 1.48 | 1.52 |
| 10-year | | 1.73 | 1.76 | 1.71 | 1.75 |
| 20-year | | 2.17 | 2.19 | 2.14 | 2.18 |
| 30-year | | 2.40 | 2.42 | 2.37 | 2.40 |
| Inflation-indexed long-term average 11 | | 2.32 | 2.34 | 2.29 | 2.32 |

Appendix 6.

Expectancy Data
Economic Demographers

# The Dollar Value of a Day

**Time Diary Analysis** **2023 Dollar Valuation**

Appendix 6, con't

**Table 310. Single women, Employed full-time, All ages, Youngest child ages 6 through 12**

| Time Use Category | Weekly Hours | Hourly Value | Dollar Value of a Day | Weekly Waking Hours: Secondary Child Care | With Family | At Home | Alone | Particip-ation Rate | Weekly Hrs. CI Lower | Weekly Hrs. CI Upper |
|---|---|---|---|---|---|---|---|---|---|---|
| Inside Housework | 4.87 | $18.31 | $12.74 | 2.49 | 1.87 | 4.69 | 2.84 | 44.4% | 4.43 | 5.30 |
| Food Cooking & Clean-up | 4.73 | 18.40 | 12.43 | 3.20 | 2.10 | 4.57 | 2.40 | 69.1 | 4.46 | 5.00 |
| Pets, Home & Vehicles | 1.28 | 20.06 | 3.66 | 0.67 | 0.48 | 1.04 | 0.69 | 19.1 | 1.09 | 1.46 |
| Household Management | 1.09 | 24.72 | 3.83 | 0.46 | 0.36 | 0.82 | 0.53 | 23.1 | 0.86 | 1.31 |
| Shopping | 2.70 | 18.13 | 7.00 | 1.18 | 1.44 | 0.08 | 0.90 | 46.3 | 2.43 | 2.97 |
| Obtaining Services | 0.15 | 21.87 | 0.45 | 0.04 | 0.02 | 0.04 | 0.09 | 2.8 | 0.09 | 0.20 |
| Travel for Household Activity | 2.20 | 24.75 | 7.77 | 0.88 | 1.02 | 0.02 | 0.91 | 49.5 | 1.94 | 2.46 |
| **Household Production** | **17.01** | **19.71** | **47.89** | **8.93** | **7.28** | **11.26** | **8.35** | **90.6** | **16.17** | **17.85** |
| Household Children | 5.86 | 18.05 | 15.10 | n/a | 5.25 | 4.21 | 0.30 | 62.4 | 5.48 | 6.23 |
| Household Adults | 0.11 | 17.91 | 0.27 | 0.02 | 0.08 | 0.05 | 0.00 | 3.2 | 0.05 | 0.17 |
| Non-Household Members | 0.68 | 18.09 | 1.75 | 0.29 | 0.47 | 0.16 | 0.07 | 12.0 | 0.47 | 0.88 |
| Travel for Household Members | 1.78 | 24.75 | 6.31 | 0.02 | 1.04 | 0.04 | 0.68 | 41.3 | 1.62 | 1.95 |
| Travel for Non-Household Members | 0.43 | 24.75 | 1.51 | 0.17 | 0.22 | 0.00 | 0.11 | 10.5 | 0.32 | 0.53 |
| **Caring and Helping** | **8.85** | **19.73** | **24.94** | **0.50** | **7.06** | **4.46** | **1.16** | **67.1** | **8.30** | **9.40** |
| Eating & Drinking | 6.33 | 18.25 | 16.49 | 2.95 | 3.41 | 3.34 | 1.38 | 93.7 | 6.12 | 6.53 |
| Personal Health Care | 1.03 | 17.95 | 2.64 | 0.24 | 0.28 | 0.50 | 0.60 | 8.1 | 0.51 | 1.55 |
| Grooming | 5.98 | 18.17 | 15.53 | 2.05 | n/a | n/a | n/a | 85.8 | 5.73 | 6.23 |
| Sleeping | 60.35 | 18.58 | 160.18 | n/a | n/a | n/a | n/a | 99.9 | 59.48 | 61.22 |
| Private, Personal, or N/A | 2.12 | 20.56 | 6.23 | 0.82 | 0.67 | 0.82 | 0.73 | 29.3 | 1.84 | 2.40 |
| **Personal Time** | **75.81** | **18.57** | **201.07** | **6.06** | **4.36** | **4.65** | **2.71** | **100.0** | **74.76** | **76.86** |
| Socializing | 4.53 | 20.35 | 13.16 | 2.22 | 2.86 | 1.45 | 0.52 | 37.0 | 4.10 | 4.95 |
| Passive Leisure | 17.86 | 17.40 | 44.39 | 8.71 | 7.43 | 16.04 | 8.54 | 86.7 | 17.03 | 18.69 |
| Active Leisure | 1.31 | 17.40 | 3.25 | 0.58 | 0.54 | 0.29 | 0.43 | 13.7 | 1.10 | 1.52 |
| Attendance Leisure | 0.69 | 17.40 | 1.70 | 0.42 | 0.44 | 0.01 | 0.03 | 4.2 | 0.49 | 0.88 |
| Religious Activities | 0.85 | 23.41 | 2.83 | 0.47 | 0.49 | 0.19 | 0.18 | 7.7 | 0.68 | 1.01 |
| Volunteering | 0.60 | 23.41 | 2.01 | 0.31 | 0.31 | 0.12 | 0.12 | 4.9 | 0.44 | 0.76 |
| Travel Related to Leisure | 2.38 | 24.75 | 8.43 | 1.10 | 1.28 | 0.02 | 0.74 | 48.2 | 2.01 | 2.76 |
| **Leisure** | **28.21** | **18.80** | **75.77** | **13.82** | **13.35** | **18.12** | **10.56** | **95.7** | **27.11** | **29.31** |
| Working at Job | 34.27 | 22.86 | 111.92 | 2.18 | 1.01 | 3.48 | 5.28 | 64.6 | 32.62 | 35.93 |
| Educational Activities | 1.40 | 23.41 | 4.69 | 0.18 | 0.17 | 0.72 | 0.75 | 6.0 | 0.86 | 1.95 |
| Commuting to Work or School | 2.44 | 24.75 | 8.63 | 0.13 | 0.16 | 0.02 | 2.14 | 54.7 | 2.24 | 2.64 |
| **Work and Education** | **38.12** | **23.00** | **125.25** | **2.48** | **1.34** | **4.23** | **8.17** | **67.7** | **36.47** | **39.77** |
| **Total** | **168.00** | **$19.79** | **$474.93** | **31.78** | **33.40** | **42.72** | **30.95** | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Avg. Size of U.S. Pop. in 2003-2023 | 2,310,881 | | | | | | | |
| ATUS Respondents in 2003-2023 | 4,000 | | Estimate | CI Lower | CI Upper | % of Mean Hours | Owners | Renters |
| Household Production Weekly Hours for the Benefit of the Respondent | 2.37 | Average Age | 37.44 | 36.69 | 38.19 | Household Production | 101.7% | 97.9% |
| | | 5th Percentile Age | 21.00 | 20.00 | 23.00 | Caring and Helping | 100.0% | 98.9% |
| | | 95th Percentile Age | 55.00 | 54.00 | 57.00 | Personal Time | 99.6% | 100.7% |
| | | Median wage w/ benefits | $22.86 | $21.45 | $24.40 | Leisure | 99.8% | 100.1% |
| Percentage of Total Household Production Weekly Hours Benefiting the Respondent | 13.9% | Household Size | 3.44 | 3.33 | 3.56 | Work and Education | 100.3% | 99.7% |
| | | Adult count | 1.70 | 1.61 | 1.80 | Population (1,000s) | 1,204 | 1,084 |
| | | Young children count | 1.74 | 1.69 | 1.78 | Pop. Size Valid %'s | Yes | Yes |

| Definitions | |
|---|---|
| Weekly Hours: | Mean daily minutes performed by the respondent multiplied by 7 days per week divided by 60 minutes in an hour. |
| Hourly Value: | See tables 386-412. |
| Dollar Value of a Day | Weekly hours times hourly value divided by 7. |
| Secondary Child Care: | While performing a primary activity, at wake children under age 13 were in the respondent's care. |
| With Family: | At least one primary family member (spouse, child, or parent) was in the room or accompanied the respondent. |
| At Home: | The respondent was inside or outside his or her own home. |
| Participation Rate: | Percent of population reporting at least one daily episode of the activity. |
| CI Lower and Upper | Confidence interval (95%) using ATUS replication weights ("n/a" for rounded values equal to or less than zero) |
| % of Mean Hours: | Adjustment percentage to weekly hours based on whether living quarters are owned or rented. |
| Household production weekly hours for the benefit of the respondent: | Respondent-related household production divided by the respondent's household size plus 1 plus an additional 1 if the respondent's household size is greater than 1. The percentage of the total household production weekly hours benefiting the respondent is respondent-benefit household production weekly hours divided by total weekly hours of household production. See Table 413 for description. |
| Note: | 'Who' and 'Where' coding only during waking hours and not coded for sleeping, grooming, some personal and work activities. Percentage of mean hours valid for populations greater than 290,000. |

Appendix 6, con't

**Table 311. Single women, Employed full-time, All ages, Youngest child ages 13 through 17**

| Time Use Category | Weekly Hours | Hourly Value | Dollar Value of a Day | Weekly Waking Hours: Secondary Child Care | Weekly Waking Hours: With Family | Weekly Waking Hours: At Home | Weekly Waking Hours: Alone | Particip-ation Rate | Weekly Hrs. CI Lower | Weekly Hrs. CI Upper |
|---|---|---|---|---|---|---|---|---|---|---|
| Inside Housework | 5.62 | $18.31 | $14.71 | 0.00 | 1.37 | 5.45 | 4.04 | 44.8% | 4.78 | 6.47 |
| Food Cooking & Clean-up | 4.32 | 18.40 | 11.34 | 0.00 | 1.41 | 4.19 | 2.67 | 62.5 | 3.92 | 4.71 |
| Pets, Home & Vehicles | 1.80 | 20.06 | 5.17 | 0.00 | 0.46 | 1.55 | 1.18 | 22.8 | 1.17 | 2.44 |
| Household Management | 1.08 | 24.72 | 3.83 | 0.00 | 0.29 | 0.84 | 0.69 | 23.7 | 0.90 | 1.27 |
| Shopping | 2.94 | 18.13 | 7.61 | 0.00 | 1.30 | 0.09 | 1.22 | 46.8 | 2.63 | 3.25 |
| Obtaining Services | 0.17 | 21.87 | 0.54 | 0.00 | 0.04 | 0.03 | 0.11 | 3.3 | 0.07 | 0.28 |
| Travel for Household Activity | 2.28 | 24.75 | 8.05 | 0.00 | 0.78 | 0.03 | 1.21 | 50.4 | 1.97 | 2.58 |
| **Household Production** | **18.21** | **19.70** | **51.25** | **0.00** | **5.65** | **12.18** | **11.11** | **87.5** | **16.68** | **19.75** |
| Household Children | 2.12 | 18.05 | 5.46 | n/a | 1.75 | 1.33 | 0.16 | 36.5 | 1.85 | 2.39 |
| Household Adults | 0.07 | 17.91 | 0.18 | 0.00 | 0.05 | 0.04 | 0.01 | 3.2 | 0.04 | 0.11 |
| Non-Household Members | 0.85 | 18.09 | 2.21 | 0.00 | 0.51 | 0.26 | 0.07 | 13.8 | 0.63 | 1.08 |
| Travel for Household Members | 0.92 | 24.75 | 3.24 | 0.00 | 0.51 | 0.01 | 0.37 | 23.5 | 0.74 | 1.10 |
| Travel for Non-Household Members | 0.48 | 24.75 | 1.69 | 0.00 | 0.22 | 0.00 | 0.17 | 11.2 | 0.38 | 0.58 |
| **Caring and Helping** | **4.44** | **20.16** | **12.78** | **0.00** | **3.03** | **1.65** | **0.78** | **46.1** | **4.00** | **4.87** |
| Eating & Drinking | 6.57 | 18.25 | 17.14 | 0.00 | 3.05 | 3.46 | 1.77 | 93.7 | 6.21 | 6.94 |
| Personal Health Care | 0.77 | 17.95 | 1.97 | 0.00 | 0.10 | 0.32 | 0.56 | 9.2 | 0.50 | 1.03 |
| Grooming | 6.27 | 18.17 | 16.29 | 0.00 | n/a | n/a | n/a | 87.9 | 6.02 | 6.53 |
| Sleeping | 60.74 | 18.58 | 161.21 | n/a | n/a | n/a | n/a | 99.9 | 59.28 | 62.19 |
| Private, Personal, or N/A | 1.71 | 20.56 | 5.01 | 0.00 | 0.38 | 0.62 | 0.80 | 24.1 | 1.36 | 2.05 |
| **Personal Time** | **76.06** | **18.56** | **201.60** | **0.00** | **3.53** | **4.40** | **3.13** | **100.0** | **74.75** | **77.36** |
| Socializing | 4.76 | 20.35 | 13.85 | 0.01 | 2.12 | 1.98 | 0.69 | 40.0 | 4.07 | 5.45 |
| Passive Leisure | 18.60 | 17.40 | 46.23 | 0.00 | 5.92 | 16.76 | 10.31 | 86.5 | 17.16 | 20.04 |
| Active Leisure | 1.46 | 17.40 | 3.62 | 0.00 | 0.41 | 0.33 | 0.52 | 15.8 | 1.17 | 1.74 |
| Attendance Leisure | 0.86 | 17.40 | 2.14 | 0.00 | 0.40 | 0.02 | 0.08 | 5.1 | 0.57 | 1.15 |
| Religious Activities | 0.94 | 23.41 | 3.16 | 0.00 | 0.39 | 0.28 | 0.32 | 8.9 | 0.72 | 1.16 |
| Volunteering | 0.88 | 23.41 | 2.94 | 0.00 | 0.15 | 0.13 | 0.16 | 5.3 | 0.61 | 1.15 |
| Travel Related to Leisure | 2.41 | 24.75 | 8.52 | 0.00 | 0.90 | 0.01 | 1.02 | 48.1 | 2.05 | 2.77 |
| **Leisure** | **29.92** | **18.83** | **80.46** | **0.01** | **10.29** | **19.51** | **13.11** | **95.0** | **28.57** | **31.26** |
| Working at Job | 34.11 | 23.30 | 113.54 | 0.01 | 0.34 | 3.07 | 4.62 | 62.2 | 32.00 | 36.23 |
| Educational Activities | 2.53 | 23.41 | 8.45 | 0.00 | 0.13 | 1.03 | 0.93 | 7.5 | 1.47 | 3.58 |
| Commuting to Work or School | 2.73 | 24.75 | 9.67 | 0.00 | 0.10 | 0.03 | 2.44 | 56.3 | 2.43 | 3.04 |
| **Work and Education** | **39.38** | **23.40** | **131.65** | **0.01** | **0.58** | **4.13** | **7.99** | **67.3** | **36.96** | **41.79** |
| **Total** | **168.00** | **$19.91** | **$477.75** | **0.02** | **23.08** | **41.86** | **36.12** | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Avg. Size of U.S. Pop. in 2003-2023 | 1,711,847 | | | | | | | | |
| ATUS Respondents in 2003-2023 | 2,236 | | Estimate | CI Lower | CI Upper | % of Mean Hours | Owners | Renters |
| | | Average Age | 39.72 | 38.82 | 40.63 | Household Production | 93.8% | 109.6% |
| Household Production Weekly Hours for the Benefit of the Respondent | 2.44 | 5th Percentile Age | 19.00 | 19.00 | 20.00 | Caring and Helping | 95.1% | 109.4% |
| | | 95th Percentile Age | 56.00 | 56.00 | 57.00 | Personal Time | 98.9% | 102.2% |
| | | Median wage w/ benefits | $23.30 | $22.32 | $24.52 | Leisure | 104.0% | 93.2% |
| Percentage of Total Household Production Weekly Hours Benefiting the Respondent | 13.4% | Household Size | 3.24 | 3.15 | 3.34 | Work and Education | 102.6% | 95.5% |
| | | Adult count | 1.98 | 1.90 | 2.07 | Population (1,000s) | 1,080 | 615 |
| | | Young children count | 1.26 | 1.23 | 1.29 | Pop. Size Valid %'s | Yes | Yes |

**Definitions**

| | |
|---|---|
| Weekly Hours: | Mean daily minutes performed by the respondent multiplied by 7 days per week divided by 60 minutes in an hour. |
| Hourly Value: | See tables 386-412. |
| Dollar Value of a Day | Weekly hours times hourly value divided by 7. |
| Secondary Child Care: | While performing a primary activity, at wake children under age 13 were in the respondent's care. |
| With Family: | At least one primary family member (spouse, child, or parent) was in the room or accompanied the respondent. |
| At Home: | The respondent was inside or outside his or her own home. |
| Participation Rate: | Percent of population reporting at least one daily episode of the activity. |
| CI Lower and Upper | Confidence interval (95%) using ATUS replication weights ("n/a" for rounded values equal to or less than zero) |
| % of Mean Hours: | Adjustment percentage to weekly hours based on whether living quarters are owned or rented. |
| Household production weekly hours for the benefit of the respondent: | Respondent-related household production divided by the respondent's household size plus 1 plus an additional 1 if the respondent's household size is greater than 1. The percentage of the total household production weekly hours benefiting the respondent is respondent-benefit household production weekly hours divided by total weekly hours of household production. See Table 413 for description. |
| Note: | 'Who' and 'Where' coding only during waking hours and not coded for sleeping, grooming, some personal and work activities. Percentage of mean hours valid for populations greater than 290,000. |

Appendix 6, con't

**Table 315. Single women, Employed full-time, Ages 55 & over, No minor children in home**

| Time Use Category | Weekly Hours | Hourly Value | Dollar Value of a Day | Weekly Waking Hours: Secondary Child Care | With Family | At Home | Alone | Particip-ation Rate | Weekly Hrs. CI Lower | Weekly Hrs. CI Upper |
|---|---|---|---|---|---|---|---|---|---|---|
| Inside Housework | 5.08 | $18.31 | $13.29 | 0.00 | 0.35 | 4.90 | 4.60 | 44.9% | 4.77 | 5.39 |
| Food Cooking & Clean-up | 3.65 | 18.40 | 9.60 | 0.00 | 0.49 | 3.47 | 2.96 | 64.7 | 3.46 | 3.84 |
| Pets, Home & Vehicles | 2.85 | 20.06 | 8.18 | 0.00 | 0.19 | 2.42 | 2.53 | 37.2 | 2.59 | 3.12 |
| Household Management | 1.47 | 24.72 | 5.19 | 0.00 | 0.13 | 1.19 | 1.22 | 30.4 | 1.31 | 1.63 |
| Shopping | 2.74 | 18.13 | 7.11 | 0.00 | 0.46 | 0.10 | 1.90 | 43.1 | 2.55 | 2.94 |
| Obtaining Services | 0.17 | 21.87 | 0.52 | 0.00 | 0.01 | 0.07 | 0.10 | 3.6 | 0.12 | 0.21 |
| Travel for Household Activity | 2.15 | 24.75 | 7.59 | 0.00 | 0.31 | 0.03 | 1.62 | 48.0 | 2.02 | 2.28 |
| **Household Production** | **18.11** | **19.89** | **51.48** | **0.00** | **1.95** | **12.19** | **14.94** | **90.6** | **17.54** | **18.69** |
| Household Children | 0.00 | 18.05 | 0.00 | n/a | 0.00 | 0.00 | 0.00 | 0.0 | n/a | n/a |
| Household Adults | 0.25 | 17.91 | 0.65 | 0.00 | 0.20 | 0.16 | 0.01 | 3.4 | 0.11 | 0.39 |
| Non-Household Members | 1.15 | 18.09 | 2.98 | 0.00 | 0.86 | 0.37 | 0.15 | 13.4 | 1.00 | 1.31 |
| Travel for Household Members | 0.04 | 24.75 | 0.16 | 0.00 | 0.03 | 0.00 | 0.01 | 1.4 | 0.02 | 0.07 |
| Travel for Non-Household Members | 0.45 | 24.75 | 1.61 | 0.00 | 0.15 | 0.01 | 0.22 | 10.5 | 0.39 | 0.52 |
| **Caring and Helping** | **1.91** | **19.81** | **5.40** | **0.00** | **1.23** | **0.54** | **0.39** | **16.5** | **1.67** | **2.14** |
| Eating & Drinking | 6.94 | 18.25 | 18.09 | 0.00 | 1.32 | 3.85 | 3.64 | 94.7 | 6.68 | 7.20 |
| Personal Health Care | 1.13 | 17.95 | 2.90 | 0.00 | 0.11 | 0.52 | 0.78 | 12.3 | 0.88 | 1.37 |
| Grooming | 6.16 | 18.17 | 16.00 | 0.00 | n/a | n/a | n/a | 87.1 | 6.01 | 6.32 |
| Sleeping | 57.74 | 18.58 | 153.26 | n/a | n/a | n/a | n/a | 99.9 | 57.21 | 58.27 |
| Private, Personal, or N/A | 1.92 | 20.56 | 5.64 | 0.00 | 0.18 | 0.72 | 1.03 | 25.9 | 1.75 | 2.09 |
| **Personal Time** | **73.89** | **18.56** | **195.89** | **0.00** | **1.61** | **5.09** | **5.46** | **100.0** | **73.27** | **74.52** |
| Socializing | 4.48 | 20.35 | 13.03 | 0.00 | 2.05 | 1.93 | 0.93 | 41.4 | 4.01 | 4.96 |
| Passive Leisure | 23.60 | 17.40 | 58.66 | 0.00 | 2.01 | 21.91 | 19.76 | 91.2 | 22.64 | 24.57 |
| Active Leisure | 1.17 | 17.40 | 2.90 | 0.00 | 0.15 | 0.28 | 0.66 | 14.2 | 1.04 | 1.29 |
| Attendance Leisure | 0.68 | 17.40 | 1.69 | 0.00 | 0.16 | 0.06 | 0.21 | 3.8 | 0.53 | 0.83 |
| Religious Activities | 1.21 | 23.41 | 4.05 | 0.00 | 0.27 | 0.34 | 0.59 | 11.8 | 1.04 | 1.38 |
| Volunteering | 0.75 | 23.41 | 2.50 | 0.00 | 0.05 | 0.25 | 0.31 | 5.6 | 0.55 | 0.95 |
| Travel Related to Leisure | 2.30 | 24.75 | 8.14 | 0.00 | 0.47 | 0.03 | 1.39 | 44.0 | 2.02 | 2.59 |
| **Leisure** | **34.19** | **18.62** | **90.97** | **0.00** | **5.16** | **24.81** | **23.85** | **97.2** | **33.40** | **34.98** |
| Working at Job | 37.11 | 27.86 | 147.70 | 0.00 | 0.37 | 5.58 | 9.01 | 67.2 | 36.02 | 38.21 |
| Educational Activities | 0.20 | 23.41 | 0.66 | 0.00 | 0.00 | 0.12 | 0.14 | 0.9 | 0.10 | 0.30 |
| Commuting to Work or School | 2.58 | 24.75 | 9.12 | 0.00 | 0.05 | 0.04 | 2.38 | 52.8 | 2.41 | 2.75 |
| **Work and Education** | **39.89** | **27.63** | **157.49** | **0.00** | **0.42** | **5.74** | **11.52** | **67.8** | **38.74** | **41.05** |
| **Total** | **168.00** | **$20.88** | **$501.22** | **0.00** | **10.37** | **48.36** | **56.17** | | | |

| | | | Estimate | CI Lower | CI Upper | % of Mean Hours | Owners | Renters |
|---|---|---|---|---|---|---|---|---|
| Avg. Size of U.S. Pop. in 2003-2023 | 3,740,952 | | | | | | | |
| ATUS Respondents in 2003-2023 | 5,923 | | | | | | | |
| Household Production Weekly Hours for the Benefit of the Respondent | 4.41 | Average Age | 61.20 | 61.03 | 61.37 | Household Production | 103.6% | 87.4% |
| | | 5th Percentile Age | 55.00 | 55.00 | 56.00 | Caring and Helping | 98.0% | 106.1% |
| | | 95th Percentile Age | 72.00 | 72.00 | 74.00 | Personal Time | 99.9% | 100.2% |
| | | Median wage w/ benefits | $27.86 | $26.71 | $29.01 | Leisure | 98.6% | 104.7% |
| Percentage of Total Household Production Weekly Hours Benefiting the Respondent | 24.3% | Household Size | 1.50 | 1.46 | 1.54 | Work and Education | 99.8% | 101.0% |
| | | Adult count | 1.50 | 1.46 | 1.54 | Population (1,000s) | 2,819 | 883 |
| | | Young children count | 0.00 | 0.00 | 0.00 | Pop. Size Valid %'s | Yes | Yes |

**Definitions**

| | |
|---|---|
| Weekly Hours: | Mean daily minutes performed by the respondent multiplied by 7 days per week divided by 60 minutes in an hour. |
| Hourly Value: | See tables 386-412. |
| Dollar Value of a Day | Weekly hours times hourly value divided by 7. |
| Secondary Child Care: | While performing a primary activity, at wake children under age 13 were in the respondent's care. |
| With Family: | At least one primary family member (spouse, child, or parent) was in the room or accompanied the respondent. |
| At Home: | The respondent was inside or outside his or her own home. |
| Participation Rate: | Percent of population reporting at least one daily episode of the activity. |
| CI Lower and Upper | Confidence interval (95%) using ATUS replication weights ("n/a" for rounded values equal to or less than zero) |
| % of Mean Hours: | Adjustment percentage to weekly hours based on whether living quarters are owned or rented. |
| Household production weekly hours for the benefit of the respondent: | Respondent-related household production divided by the respondent's household size plus 1 plus an additional 1 if the respondent's household size is greater than 1. The percentage of the total household production weekly hours benefiting the respondent is respondent-benefit household production weekly hours divided by total weekly hours of household production. See Table 413 for description. |
| Note: | 'Who' and 'Where' coding only during waking hours and not coded for sleeping, grooming, some personal and work activities. Percentage of mean hours valid for populations greater than 290,000. |

Appendix 6, cont.

**Table 360. Single women, Retired, Ages 62 through 74, No minor children in home**

| Time Use Category | Weekly Hours | Hourly Value | Dollar Value of a Day | Weekly Waking Hours: Secondary Child Care | Weekly Waking Hours: With Family | Weekly Waking Hours: At Home | Weekly Waking Hours: Alone | Particip-ation Rate | Weekly Hrs. CI Lower | Weekly Hrs. CI Upper |
|---|---|---|---|---|---|---|---|---|---|---|
| Inside Housework | 7.46 | $18.31 | $19.52 | 0.00 | 0.43 | 7.26 | 6.85 | 58.2% | 7.08 | 7.84 |
| Food Cooking & Clean-up | 5.34 | 18.40 | 14.03 | 0.00 | 0.67 | 5.11 | 4.40 | 74.2 | 5.08 | 5.60 |
| Pets, Home & Vehicles | 4.00 | 20.06 | 11.46 | 0.00 | 0.22 | 3.59 | 3.61 | 39.2 | 3.71 | 4.29 |
| Household Management | 2.22 | 24.72 | 7.82 | 0.00 | 0.19 | 1.95 | 1.91 | 35.1 | 1.97 | 2.46 |
| Shopping | 3.39 | 18.13 | 8.78 | 0.00 | 0.65 | 0.16 | 2.18 | 43.7 | 3.10 | 3.68 |
| Obtaining Services | 0.25 | 21.87 | 0.77 | 0.00 | 0.01 | 0.16 | 0.11 | 5.1 | 0.19 | 0.30 |
| Travel for Household Activity | 2.23 | 24.75 | 7.88 | 0.00 | 0.42 | 0.04 | 1.54 | 47.4 | 2.06 | 2.40 |
| **Household Production** | **24.88** | **19.77** | **70.26** | **0.00** | **2.60** | **18.27** | **20.60** | **93.8** | **24.31** | **25.45** |
| Household Children | 0.00 | 18.05 | 0.00 | n/a | 0.00 | 0.00 | 0.00 | 0.0 | n/a | n/a |
| Household Adults | 0.29 | 17.91 | 0.73 | 0.00 | 0.19 | 0.22 | 0.03 | 2.9 | 0.18 | 0.39 |
| Non-Household Members | 2.14 | 18.09 | 5.54 | 0.00 | 1.55 | 0.87 | 0.25 | 18.8 | 1.92 | 2.37 |
| Travel for Household Members | 0.06 | 24.75 | 0.21 | 0.00 | 0.04 | 0.00 | 0.01 | 1.0 | 0.03 | 0.09 |
| Travel for Non-Household Members | 0.65 | 24.75 | 2.29 | 0.00 | 0.22 | 0.00 | 0.31 | 14.0 | 0.55 | 0.75 |
| **Caring and Helping** | **3.14** | **19.58** | **8.77** | **0.00** | **2.00** | **1.09** | **0.61** | **21.4** | **2.87** | **3.41** |
| Eating & Drinking | 7.70 | 18.25 | 20.08 | 0.00 | 1.53 | 5.75 | 4.72 | 96.7 | 7.46 | 7.95 |
| Personal Health Care | 2.17 | 17.95 | 5.58 | 0.00 | 0.18 | 1.27 | 1.58 | 24.4 | 1.93 | 2.42 |
| Grooming | 4.99 | 18.17 | 12.96 | 0.00 | n/a | n/a | n/a | 77.2 | 4.80 | 5.19 |
| Sleeping | 62.49 | 18.58 | 165.85 | n/a | n/a | n/a | n/a | 99.9 | 61.98 | 62.99 |
| Private, Personal, or N/A | 2.66 | 20.56 | 7.81 | 0.00 | 0.23 | 1.01 | 1.31 | 31.7 | 2.45 | 2.87 |
| **Personal Time** | **80.01** | **18.57** | **212.27** | **0.00** | **1.94** | **8.03** | **7.61** | **100.0** | **79.30** | **80.73** |
| Socializing | 7.01 | 20.35 | 20.37 | 0.00 | 3.22 | 3.58 | 1.52 | 52.5 | 6.54 | 7.48 |
| Passive Leisure | 43.67 | 17.40 | 108.55 | 0.00 | 3.13 | 41.95 | 38.17 | 96.9 | 41.95 | 45.40 |
| Active Leisure | 1.65 | 17.40 | 4.10 | 0.00 | 0.14 | 0.49 | 0.93 | 17.6 | 1.48 | 1.82 |
| Attendance Leisure | 0.69 | 17.40 | 1.70 | 0.00 | 0.13 | 0.06 | 0.18 | 3.9 | 0.51 | 0.86 |
| Religious Activities | 1.95 | 23.41 | 6.51 | 0.00 | 0.27 | 0.78 | 1.13 | 16.1 | 1.76 | 2.13 |
| Volunteering | 1.66 | 23.41 | 5.56 | 0.00 | 0.08 | 0.74 | 0.89 | 9.2 | 1.45 | 1.88 |
| Travel Related to Leisure | 2.55 | 24.75 | 9.03 | 0.00 | 0.54 | 0.04 | 1.42 | 44.7 | 2.16 | 2.95 |
| **Leisure** | **59.18** | **18.43** | **155.82** | **0.00** | **7.51** | **47.64** | **44.25** | **99.2** | **58.25** | **60.10** |
| Working at Job | 0.66 | 16.08 | 1.51 | 0.00 | 0.02 | 0.16 | 0.24 | 2.2 | 0.48 | 0.84 |
| Educational Activities | 0.05 | 23.41 | 0.17 | 0.00 | 0.00 | 0.04 | 0.05 | 0.3 | 0.01 | 0.09 |
| Commuting to Work or School | 0.08 | 24.75 | 0.29 | 0.00 | 0.00 | 0.00 | 0.07 | 2.2 | 0.06 | 0.11 |
| **Work and Education** | **0.79** | **17.45** | **1.97** | **0.00** | **0.02** | **0.21** | **0.36** | **3.4** | **0.59** | **1.00** |
| **Total** | **168.00** | **$18.71** | **$449.10** | **0.00** | **14.06** | **75.24** | **73.42** | | | |

| | | | Estimate | CI Lower | CI Upper | % of Mean Hours | Owners | Renters |
|---|---|---|---|---|---|---|---|---|
| Avg. Size of U.S. Pop. in 2003-2023 | 4,156,714 | | | | | | | |
| ATUS Respondents in 2003-2023 | 7,274 | | | | | | | |
| Household Production Weekly Hours for the Benefit of the Respondent | 6.55 | Average Age | 68.92 | 68.84 | 69.01 | Household Production | 105.5% | 80.8% |
| | | 5th Percentile Age | 63.00 | 63.00 | 64.00 | Caring and Helping | 108.1% | 69.7% |
| | | 95th Percentile Age | 74.00 | 74.00 | 74.00 | Personal Time | 99.4% | 102.0% |
| | | Median wage w/ benefits | $16.08 | $15.01 | $20.00 | Leisure | 98.0% | 107.1% |
| Percentage of Total Household Production Weekly Hours Benefiting the Respondent | 26.3% | Household Size | 1.35 | 1.31 | 1.38 | Work and Education | 105.4% | 86.4% |
| | | Adult count | 1.35 | 1.31 | 1.38 | Population (1,000s) | 3,154 | 949 |
| | | Young children count | 0.00 | 0.00 | 0.00 | Pop. Size Valid %'s | Yes | Yes |

**Definitions**

| | |
|---|---|
| Weekly Hours: | Mean daily minutes performed by the respondent multiplied by 7 days per week divided by 60 minutes in an hour. |
| Hourly Value: | See tables 386-412. |
| Dollar Value of a Day | Weekly hours times hourly value divided by 7. |
| Secondary Child Care: | While performing a primary activity, at wake children under age 13 were in the respondent's care. |
| With Family: | At least one primary family member (spouse, child, or parent) was in the room or accompanied the respondent. |
| At Home: | The respondent was inside or outside his or her own home. |
| Participation Rate: | Percent of population reporting at least one daily episode of the activity. |
| CI Lower and Upper | Confidence interval (95%) using ATUS replication weights ("n/a" for rounded values equal to or less than zero) |
| % of Mean Hours: | Adjustment percentage to weekly hours based on whether living quarters are owned or rented. |
| Household production weekly hours for the benefit of the respondent: | Respondent-related household production divided by the respondent's household size plus 1 plus an additional 1 if the respondent's household size is greater than 1. The percentage of the total household production weekly hours benefiting the respondent is respondent-benefit household production weekly hours divided by total weekly hours of household production. See Table 413 for description. |
| Note: | 'Who' and 'Where' coding only during waking hours and not coded for sleeping, grooming, some personal and work activities. Percentage of mean hours valid for populations greater than 290,000. |

Appendix 6, con't

**Table 361. Single women, Retired, Ages 75 & over, No minor children in home**

| Time Use Category | Weekly Hours | Hourly Value | Dollar Value of a Day | Weekly Waking Hours: Secondary Child Care | With Family | At Home | Alone | Particip-ation Rate | Weekly Hrs. CI Lower | Weekly Hrs. CI Upper |
|---|---|---|---|---|---|---|---|---|---|---|
| Inside Housework | 6.91 | $18.31 | $18.07 | 0.00 | 0.29 | 6.80 | 6.46 | 58.2% | 6.59 | 7.22 |
| Food Cooking & Clean-up | 5.53 | 18.40 | 14.53 | 0.00 | 0.52 | 5.42 | 4.85 | 72.0 | 5.31 | 5.75 |
| Pets, Home & Vehicles | 3.03 | 20.06 | 8.68 | 0.00 | 0.20 | 2.82 | 2.73 | 31.9 | 2.83 | 3.22 |
| Household Management | 2.47 | 24.72 | 8.71 | 0.00 | 0.13 | 2.25 | 2.19 | 35.7 | 2.31 | 2.62 |
| Shopping | 2.39 | 18.13 | 6.20 | 0.00 | 0.57 | 0.09 | 1.47 | 31.7 | 2.24 | 2.55 |
| Obtaining Services | 0.21 | 21.87 | 0.65 | 0.00 | 0.03 | 0.14 | 0.09 | 4.0 | 0.17 | 0.25 |
| Travel for Household Activity | 1.52 | 24.75 | 5.39 | 0.00 | 0.34 | 0.04 | 0.98 | 35.1 | 1.44 | 1.61 |
| **Household Production** | **22.06** | **19.75** | **62.22** | **0.00** | **2.07** | **17.56** | **18.77** | **90.3** | **21.56** | **22.55** |
| Household Children | 0.00 | 18.05 | 0.00 | n/a | 0.00 | 0.00 | 0.00 | 0.0 | n/a | n/a |
| Household Adults | 0.16 | 17.91 | 0.40 | 0.00 | 0.08 | 0.08 | 0.02 | 1.5 | 0.06 | 0.26 |
| Non-Household Members | 0.95 | 18.09 | 2.47 | 0.00 | 0.58 | 0.38 | 0.20 | 10.5 | 0.84 | 1.07 |
| Travel for Household Members | 0.03 | 24.75 | 0.11 | 0.00 | 0.02 | 0.00 | 0.00 | 0.7 | 0.01 | 0.05 |
| Travel for Non-Household Members | 0.29 | 24.75 | 1.03 | 0.00 | 0.09 | 0.00 | 0.13 | 7.5 | 0.25 | 0.33 |
| **Caring and Helping** | **1.44** | **19.57** | **4.02** | **0.00** | **0.77** | **0.47** | **0.35** | **12.0** | **1.26** | **1.61** |
| Eating & Drinking | 8.76 | 18.25 | 22.83 | 0.00 | 1.72 | 7.11 | 5.52 | 98.2 | 8.59 | 8.92 |
| Personal Health Care | 2.47 | 17.95 | 6.34 | 0.00 | 0.33 | 1.46 | 1.63 | 29.2 | 2.20 | 2.75 |
| Grooming | 5.34 | 18.17 | 13.87 | 0.00 | n/a | n/a | n/a | 78.1 | 5.19 | 5.49 |
| Sleeping | 64.40 | 18.58 | 170.92 | n/a | n/a | n/a | n/a | 99.9 | 63.92 | 64.87 |
| Private, Personal, or N/A | 2.79 | 20.56 | 8.19 | 0.00 | 0.22 | 0.93 | 1.06 | 32.4 | 2.64 | 2.94 |
| **Personal Time** | **83.76** | **18.57** | **222.15** | **0.00** | **2.27** | **9.50** | **8.21** | **100.0** | **83.23** | **84.29** |
| Socializing | 6.03 | 20.35 | 17.52 | 0.00 | 2.64 | 3.79 | 1.52 | 50.1 | 5.77 | 6.28 |
| Passive Leisure | 47.43 | 17.40 | 117.88 | 0.00 | 3.71 | 46.07 | 41.23 | 97.8 | 46.56 | 48.30 |
| Active Leisure | 1.06 | 17.40 | 2.63 | 0.00 | 0.09 | 0.36 | 0.65 | 15.7 | 0.96 | 1.16 |
| Attendance Leisure | 0.49 | 17.40 | 1.23 | 0.00 | 0.15 | 0.05 | 0.10 | 3.1 | 0.41 | 0.58 |
| Religious Activities | 2.09 | 23.41 | 6.99 | 0.00 | 0.30 | 0.96 | 1.22 | 20.4 | 1.92 | 2.26 |
| Volunteering | 1.36 | 23.41 | 4.54 | 0.00 | 0.07 | 0.52 | 0.63 | 8.1 | 1.16 | 1.55 |
| Travel Related to Leisure | 2.03 | 24.75 | 7.19 | 0.00 | 0.60 | 0.05 | 0.93 | 39.4 | 1.82 | 2.24 |
| **Leisure** | **60.49** | **18.28** | **157.98** | **0.00** | **7.56** | **51.79** | **46.28** | **99.2** | **59.90** | **61.08** |
| Working at Job | 0.23 | 16.37 | 0.54 | 0.00 | 0.00 | 0.10 | 0.07 | 0.8 | 0.12 | 0.34 |
| Educational Activities | 0.00 | 23.41 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.1 | n/a | 0.01 |
| Commuting to Work or School | 0.02 | 24.75 | 0.09 | 0.00 | 0.00 | 0.00 | 0.02 | 0.8 | 0.01 | 0.04 |
| **Work and Education** | **0.26** | **17.29** | **0.64** | **0.00** | **0.00** | **0.10** | **0.09** | **1.3** | **0.14** | **0.38** |
| **Total** | **168.00** | **$18.63** | **$447.02** | **0.00** | **12.67** | **79.42** | **73.70** | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Avg. Size of U.S. Pop. in 2003-2023 | 6,325,729 | | | | | | | |
| ATUS Respondents in 2003-2023 | 9,799 | | Estimate | CI Lower | CI Upper | % of Mean Hours | Owners | Renters |
| | | Average Age | 80.31 | 80.21 | 80.41 | Household Production | 106.9% | 75.9% |
| Household Production Weekly Hours for the Benefit of the Respondent | 5.99 | 5th Percentile Age | 75.00 | 75.00 | 76.00 | Caring and Helping | 105.4% | 79.1% |
| | | 95th Percentile Age | 85.00 | 85.00 | 85.00 | Personal Time | 99.4% | 102.2% |
| | | Median wage w/ benefits | $16.37 | $12.87 | $23.55 | Leisure | 98.1% | 106.4% |
| Percentage of Total Household Production Weekly Hours Benefiting the Respondent | 27.1% | Household Size | 1.32 | 1.29 | 1.35 | Work and Education | 104.7% | 82.0% |
| | | Adult count | 1.32 | 1.29 | 1.35 | Population (1,000s) | 4,854 | 1,357 |
| | | Young children count | 0.00 | 0.00 | 0.00 | Pop. Size Valid %'s | Yes | Yes |

**Definitions**

| | |
|---|---|
| Weekly Hours: | Mean daily minutes performed by the respondent multiplied by 7 days per week divided by 60 minutes in an hour. |
| Hourly Value: | See tables 386-412. |
| Dollar Value of a Day | Weekly hours times hourly value divided by 7. |
| Secondary Child Care: | While performing a primary activity, at wake children under age 13 were in the respondent's care. |
| With Family: | At least one primary family member (spouse, child, or parent) was in the room or accompanied the respondent. |
| At Home: | The respondent was inside or outside his or her own home. |
| Participation Rate: | Percent of population reporting at least one daily episode of the activity. |
| CI Lower and Upper | Confidence interval (95%) using ATUS replication weights ("n/a" for rounded values equal to or less than zero) |
| % of Mean Hours: | Adjustment percentage to weekly hours based on whether living quarters are owned or rented. |
| Household production weekly hours for the benefit of the respondent: | Respondent-related household production divided by the respondent's household size plus 1 plus an additional 1 if the respondent's household size is greater than 1. The percentage of the total household production weekly hours benefiting the respondent is respondent-benefit household production weekly hours divided by total weekly hours of household production. See Table 413 for description. |
| Note: | 'Who' and 'Where' coding only during waking hours and not coded for sleeping, grooming, some personal and work activities. Percentage of mean hours valid for populations greater than 290,000. |

Appendix 6, con't



**Table 414. National to Area Wage Adjustment Percentages, May 2023**

| | |
|---|---|
| **Michigan** | **97.28** |
| Ann Arbor, MI | 97.36 |
| Battle Creek, MI | 96.74 |
| Bay City, MI | 91.03 |
| Detroit-Warren-Dearborn, MI | 100.35 |
| Flint, MI | 92.92 |
| Grand Rapids-Wyoming, MI | 96.46 |
| Jackson, MI | 94.77 |
| Kalamazoo-Portage, MI | 94.73 |
| Lansing-East Lansing, MI | 97.33 |
| Midland, MI | 91.69 |
| Monroe, MI | 96.39 |
| Muskegon, MI | 92.60 |
| Niles-Benton Harbor, MI | 95.30 |
| Saginaw, MI | 92.36 |
| South Bend-Mishawaka, IN-MI | 89.87 |
| Upper Peninsula of Michigan nonmetropolitan area | 93.24 |
| Northeast Lower Peninsula of Michigan nonmetropolitan area | 93.55 |
| Northwest Lower Peninsula of Michigan nonmetropolitan area | 97.00 |
| Balance of Lower Peninsula of Michigan nonmetropolitan area | 94.21 |
| **Minnesota** | **103.09** |
| Duluth, MN-WI | 96.53 |
| Fargo, ND-MN | 99.77 |
| Grand Forks, ND-MN | 98.61 |
| La Crosse-Onalaska, WI-MN | 93.89 |
| Mankato-North Mankato, MN | 99.19 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 105.70 |
| Rochester, MN | 101.04 |
| St. Cloud, MN | 99.32 |
| Northwest Minnesota nonmetropolitan area | 97.84 |
| Northeast Minnesota nonmetropolitan area | 97.19 |
| Southwest Minnesota nonmetropolitan area | 97.20 |
| Southeast Minnesota nonmetropolitan area | 98.29 |
| **Mississippi** | **77.41** |
| Gulfport-Biloxi-Pascagoula, MS | 80.24 |
| Hattiesburg, MS | 73.33 |
| Jackson, MS | 77.84 |
| Memphis, TN-MS-AR | 87.71 |
| Northeast Mississippi nonmetropolitan area | 76.94 |
| Northwest Mississippi nonmetropolitan area | 73.34 |
| Southeast Mississippi nonmetropolitan area | 74.39 |
| Southwest Mississippi nonmetropolitan area | 74.93 |
| **Missouri** | **94.59** |
| Cape Girardeau, MO-IL | 89.18 |
| Columbia, MO | 92.12 |
| Fayetteville-Springdale-Rogers, AR-MO | 90.35 |
| Jefferson City, MO | 89.86 |
| Joplin, MO | 90.44 |
| Kansas City, MO-KS | 96.48 |
| St. Joseph, MO-KS | 93.69 |
| St. Louis, MO-IL | 97.84 |
| Springfield, MO | 90.69 |
| Central Missouri nonmetropolitan area | 89.04 |
| North Missouri nonmetropolitan area | 89.57 |
| Southeast Missouri nonmetropolitan area | 88.55 |
| Southwest Missouri nonmetropolitan area | 89.16 |
| **Montana** | **92.02** |
| Billings, MT | 92.90 |
| Great Falls, MT | 86.71 |
| Missoula, MT | 91.01 |
| Southwest Montana nonmetropolitan area | 93.18 |
| West Montana nonmetropolitan area | 92.27 |
| East-Central Montana nonmetropolitan area | 90.99 |
| **Nebraska** | **92.08** |
| Grand Island, NE | 92.10 |
| Lincoln, NE | 89.71 |
| Omaha-Council Bluffs, NE-IA | 94.67 |
| Sioux City, IA-NE-SD | 92.55 |
| Northwest Nebraska nonmetropolitan area | 87.59 |
| Northeast Nebraska nonmetropolitan area | 89.87 |
| South Nebraska nonmetropolitan area | 88.46 |
| **Nevada** | **94.47** |
| Carson City, NV | 102.44 |
| Las Vegas-Henderson-Paradise, NV | 94.39 |
| Reno, NV | 96.35 |
| Nevada nonmetropolitan area | 88.90 |
| **New Hampshire** | **102.19** |
| Boston-Cambridge-Nashua, MA-NH | 117.90 |
| Dover-Durham, NH-ME | 98.74 |
| Manchester, NH | 99.95 |
| Portsmouth, NH-ME | 104.78 |
| Northern New Hampshire nonmetropolitan area | 97.65 |
| Central New Hampshire nonmetropolitan area | 97.52 |
| West Central-Southwest New Hampshire nonmetropolitan area | 99.90 |

Appendix 7.

National Vital Statistics Reports

NVSS National Vital Statistics System

Volume 74, Number 2 April 8, 2025

# United States Life Tables, 2022

by Elizabeth Arias, Ph.D., Jiaquan Xu, M.D., and Kenneth Kochanek, M.A., Division of Vital Statistics

## Abstract

*Objectives*—This report presents complete period life tables for the United States by Hispanic origin and race and sex, based on age-specific death rates in 2022.

*Methods*—Data used to prepare the 2022 life tables are 2022 final mortality statistics; July 1, 2022, population estimates based on the Blended Base population estimates produced by the U.S. Census Bureau; and 2022 Medicare data for people ages 66–99. The methodology used to estimate the life tables for the Hispanic population remains unchanged from that developed for the publication of life tables by Hispanic origin for data year 2006. The same methodology is used to estimate the life tables for the American Indian and Alaska Native non-Hispanic and Asian non-Hispanic populations. The methodology used to estimate the 2022 life tables for all other groups was first implemented with data year 2008.

*Results*—In 2022, the overall expectation of life at birth was 77.5 years, increasing 1.1 years from 76.4 in 2021. Between 2021 and 2022, life expectancy at birth increased by 1.3 year for males (from 73.5 to 74.8) and by 0.9 year for females (79.3 to 80.2). Between 2021 and 2022, life expectancy increased 2.2 years for the Hispanic (77.8 to 80.0) and the American Indian and Alaska Native non-Hispanic (65.6 to 67.8) populations. Life expectancy increased by 1.6 years for the Black non-Hispanic population (71.2 to 72.8), by 0.9 year for the Asian non-Hispanic population (83.5 to 84.4), and by 0.8 year for the White non-Hispanic population (76.7 to 77.5).

**Keywords:** life expectancy • survival • death rates • Hispanic origin • race • National Vital Statistics System

## Introduction

Life tables are of two types: the cohort (or generation) life table and the period (or current) life table. The cohort life table presents the mortality experience of a particular birth cohort—all people born in the year 1900, for example—from the moment of birth through consecutive ages in successive calendar years. Based on age-specific death rates observed through consecutive calendar years, the cohort life table reflects the mortality experience of an actual cohort from birth until no lives remain in the group. To prepare just a single complete cohort life table requires data over many years. It is usually not feasible to construct cohort life tables entirely based on observed data for real cohorts due to data unavailability or incompleteness (1). For example, a life table representation of the mortality experience of a cohort of people born in 1970 would require the use of data projection techniques to estimate deaths into the future (2,3).

The period life table presents what would happen to a hypothetical cohort if it experienced throughout its entire life the mortality conditions of a particular period in time. For example, a period life table for 2022 assumes a hypothetical cohort that is subject throughout its lifetime to the age-specific death rates prevailing for the actual population in 2022. Consequently, the period life table may be characterized as rendering a snapshot of current mortality experience and shows the long-range implications of a set of age-specific death rates that prevailed in a given year. In this report, the term life table refers only to the period life table and not to the cohort life table.

Life tables can be classified in two ways according to the length of the age interval in which data are presented. A complete life table contains data for every single year of age. An abridged life table typically contains data by 5- or 10-year age intervals. A complete life table can easily be combined into 5- or 10-year age groups (Technical Notes for instructions). Other than the decennial life tables, U.S. life tables based on data before 1997 are abridged life tables constructed by reference to a standard table (4).

Complete period life tables by Hispanic origin and race based on the 1997 Office of Management and Budget revised standards for the reporting of race and ethnicity are presented in this report (5). Race categories differ from the bridged-race categories shown in previous reports for years 2000–2017. Comparisons between data years 2000–2017 and 2018–2022 should be interpreted considering these differences. Life expectancy estimates for bridged-race categories are included in this report for years 2006–2020 to document the effect of the

Appendix 7, con't



## Table 3. Life table for females: United States, 2022

*Spreadsheet version available from:* https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/74-02/Table03.xlsx.

| Age (years) | Probability of dying between ages $x$ and $x + 1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x + 1$ $d_x$ | Person-years lived between ages $x$ and $x + 1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.005121 | 100,000 | 512 | 99,552 | 8,020,082 | 80.2 |
| 1–2 | 0.000397 | 99,488 | 39 | 99,468 | 7,920,530 | 79.6 |
| 2–3 | 0.000243 | 99,448 | 24 | 99,436 | 7,821,062 | 78.6 |
| 3–4 | 0.000205 | 99,424 | 20 | 99,414 | 7,721,625 | 77.7 |
| 4–5 | 0.000147 | 99,404 | 15 | 99,397 | 7,622,211 | 76.7 |
| 5–6 | 0.000138 | 99,389 | 14 | 99,382 | 7,522,815 | 75.7 |
| 6–7 | 0.000123 | 99,376 | 12 | 99,369 | 7,423,432 | 74.7 |
| 7–8 | 0.000113 | 99,363 | 11 | 99,358 | 7,324,063 | 73.7 |
| 8–9 | 0.000107 | 99,352 | 11 | 99,347 | 7,224,705 | 72.7 |
| 9–10 | 0.000105 | 99,341 | 10 | 99,336 | 7,125,358 | 71.7 |
| 10–11 | 0.000108 | 99,331 | 11 | 99,326 | 7,026,022 | 70.7 |
| 11–12 | 0.000118 | 99,320 | 12 | 99,314 | 6,926,696 | 69.7 |
| 12–13 | 0.000138 | 99,309 | 14 | 99,302 | 6,827,382 | 68.7 |
| 13–14 | 0.000168 | 99,295 | 17 | 99,287 | 6,728,080 | 67.8 |
| 14–15 | 0.000207 | 99,278 | 21 | 99,268 | 6,628,794 | 66.8 |
| 15–16 | 0.000251 | 99,258 | 25 | 99,245 | 6,529,526 | 65.8 |
| 16–17 | 0.000296 | 99,233 | 29 | 99,218 | 6,430,280 | 64.8 |
| 17–18 | 0.000340 | 99,203 | 34 | 99,187 | 6,331,062 | 63.8 |
| 18–19 | 0.000380 | 99,170 | 38 | 99,151 | 6,231,876 | 62.8 |
| 19–20 | 0.000417 | 99,132 | 41 | 99,111 | 6,132,725 | 61.9 |
| 20–21 | 0.000456 | 99,091 | 45 | 99,068 | 6,033,613 | 60.9 |
| 21–22 | 0.000497 | 99,046 | 49 | 99,021 | 5,934,545 | 59.9 |
| 22–23 | 0.000540 | 98,996 | 53 | 98,970 | 5,835,524 | 58.9 |
| 23–24 | 0.000586 | 98,943 | 58 | 98,914 | 5,736,555 | 58.0 |
| 24–25 | 0.000636 | 98,885 | 63 | 98,853 | 5,637,641 | 57.0 |
| 25–26 | 0.000690 | 98,822 | 68 | 98,788 | 5,538,787 | 56.0 |
| 26–27 | 0.000748 | 98,754 | 74 | 98,717 | 5,439,999 | 55.1 |
| 27–28 | 0.000810 | 98,680 | 80 | 98,640 | 5,341,283 | 54.1 |
| 28–29 | 0.000875 | 98,600 | 86 | 98,557 | 5,242,643 | 53.2 |
| 29–30 | 0.000940 | 98,514 | 93 | 98,467 | 5,144,086 | 52.2 |
| 30–31 | 0.001005 | 98,421 | 99 | 98,372 | 5,045,618 | 51.3 |
| 31–32 | 0.001070 | 98,322 | 105 | 98,270 | 4,947,247 | 50.3 |
| 32–33 | 0.001135 | 98,217 | 111 | 98,161 | 4,848,977 | 49.4 |
| 33–34 | 0.001200 | 98,106 | 118 | 98,047 | 4,750,816 | 48.4 |
| 34–35 | 0.001269 | 97,988 | 124 | 97,926 | 4,652,769 | 47.5 |
| 35–36 | 0.001343 | 97,863 | 131 | 97,798 | 4,554,843 | 46.5 |
| 36–37 | 0.001422 | 97,732 | 139 | 97,663 | 4,457,046 | 45.6 |
| 37–38 | 0.001508 | 97,593 | 147 | 97,520 | 4,359,383 | 44.7 |
| 38–39 | 0.001600 | 97,446 | 156 | 97,368 | 4,261,864 | 43.7 |
| 39–40 | 0.001696 | 97,290 | 165 | 97,208 | 4,164,495 | 42.8 |
| 40–41 | 0.001804 | 97,125 | 175 | 97,037 | 4,067,288 | 41.9 |
| 41–42 | 0.001918 | 96,950 | 186 | 96,857 | 3,970,251 | 41.0 |
| 42–43 | 0.002030 | 96,764 | 196 | 96,666 | 3,873,394 | 40.0 |
| 43–44 | 0.002140 | 96,567 | 207 | 96,464 | 3,776,728 | 39.1 |
| 44–45 | 0.002256 | 96,361 | 217 | 96,252 | 3,680,264 | 38.2 |
| 45–46 | 0.002393 | 96,143 | 230 | 96,028 | 3,584,012 | 37.3 |
| 46–47 | 0.002557 | 95,913 | 245 | 95,791 | 3,487,984 | 36.4 |
| 47–48 | 0.002743 | 95,668 | 262 | 95,537 | 3,392,193 | 35.5 |
| 48–49 | 0.002946 | 95,406 | 281 | 95,265 | 3,296,656 | 34.6 |
| 49–50 | 0.003160 | 95,125 | 301 | 94,974 | 3,201,391 | 33.7 |
| 50–51 | 0.003386 | 94,824 | 321 | 94,663 | 3,106,417 | 32.8 |
| 51–52 | 0.003637 | 94,503 | 344 | 94,331 | 3,011,754 | 31.9 |
| 52–53 | 0.003927 | 94,159 | 370 | 93,974 | 2,917,423 | 31.0 |
| 53–54 | 0.004272 | 93,789 | 401 | 93,589 | 2,823,449 | 30.1 |
| 54–55 | 0.004670 | 93,389 | 436 | 93,171 | 2,729,860 | 29.2 |
| 55–56 | 0.005092 | 92,952 | 473 | 92,716 | 2,636,689 | 28.4 |
| 56–57 | 0.005539 | 92,479 | 512 | 92,223 | 2,543,973 | 27.5 |
| 57–58 | 0.006041 | 91,967 | 556 | 91,689 | 2,451,750 | 26.7 |
| 58–59 | 0.006598 | 91,411 | 603 | 91,110 | 2,360,061 | 25.8 |
| 59–60 | 0.007190 | 90,808 | 653 | 90,482 | 2,268,952 | 25.0 |

See footnotes at end of table.