**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**PATRICIA BALL, Individually and as Administratrix of the Estate of FORMEKA BALL, DECEASED, and on behalf of all wrongful death beneficiaries of FORMEKA BALL, DECEASED** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 3:24-CV-632-DPJ-ASH**

**JACKSON HB MEDICAL SERVICES, LLC; and JOHN DOES 2-10** **DEFENDANTS**

## PLAINTIFF'S EXHIBIT LIST

| | NUMBER (DESCRIPTION) | | SPONSOR | ID. | EVID. |
|---|---|---|---|---|---|
| | P-1 | Death Certificate (Bates No. 001) | | | |
| 10-5-2026 | P-2 | Toxicology Report (Bates No. 001-002) | | | X |
| 10-5-2026 | P-3 | Dean Memorial Funeral Home Expenses (Bates No. 001-002) | | | X |
| 10-5-2026 | P-4 | Photographs of Formeka Ball and Ball Tax Accounting Services (Bates No. 001-007) | | | X |
| 10-5-2026 | P-5 | Florence Family Medical Clinic Records (Bates No. 001-016) | | | X |
| 10-5-2026 | P-6 | Merit Health River Oaks Medical Records (Bates No. 001-073) | | | X |
| 10-5-2026 | 6.1 | Facesheet (Bates No. 002-005) | | | X |
| 10-5-2026 | 6.2 | Discharge (Bates No. 014-024) | | | X |
| 10-5-2026 | 6.3 | EKG Report (Bates No. 043) | | | X |
| 10-5-2026 | 6.4 | Lab Reports (Bates No. 045-048) | | | X |
| 10-5-2026 | 6.5 | Physician's Order (Bates No. 045-062) | | | X |
| 10-5-2026 | 6.6 | Cardiovascular (Bates No. 066) | | | X |
| 10-5-2026 | 6.7 | Vital Signs (Bates No. 073) | | | X |
| 10-5-2026 | P-7 | Text Messages (Bates No. 001-005) | | | X |
| 10-5-2026 | P-8 | Pafford EMS Records (Bates No. 001-003) | | | X |
| 10-5-2026 | P-9 | MHRO Rules and Regulations MHRO (Bates No. 275-300) | | | X |
| | P-9.1 | Page 287 | | | |

| NUMBER | (DESCRIPTION) | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| 10-5-2026 P-10 | Rankin County Incident Report (Bates No. 001-005) | — | | X |
| 10-5-2026 P-11 | 911 call | Latasha Ball-Owens | | X |
| P-12 | Davis Therapeutic Services, LLC (Bates No. DTS000001-000132) | | | |
| 10-5-2026 P-13 | 2019 State Tax Returns (Bates No. 001-005) | — | | X |
| 10-5-2026 P-14 | 2021 State Tax Returns (Bates No. 001-006) | — | | X |
| 10-5-2026 P-15 | 2022 State Tax Returns (Bates No. 001-006) | — | | X |
| P-16 | CV of Dr. Todd A. Parker | | | |
| P-17 | CV of Bill Brister, PhD | | | |
| P-18 | Report of Bill Brister, Ph.D., including all appendices | | | |
| 10-7-2026 P-18.1 | Appendix/Table 1 - Computation of Present Value of Lost Earnings | — | | X |
| 10-7-2026 P-18.2 | Appendix/Table 2 - Computation of Present Value of Lost Household Services | — | | X |
| P-18.3 | Appendix 7 - United States Life Tables, 2022, National Vital Statistics Reports / CDC | | | |
| P-19 | Obituary of Formeka Ball | | | |
| P-20 | AHA/ACC Clinical Practice Guideline referenced in Dr. Todd Parker's expert report | | | |
| P-21 | Use of high-sensitivity cardiac troponin in the emergency department: A Policy resource and education paper (PREP) from the American College of Emergency Physicians referenced in Dr. Todd Parker's expert report | | | |
| P-22 | "Clinical Policy: Critical Issues in the Evaluation and Management of Emergency Department Patients With Suspected Non-ST-Elevation Acute Coronary Syndromes" referenced in Dr. Todd Parker's expert report | | | |
| P-23 | "High-Sensitivity Cardiac Troponin and the 2021 AHA/ACC/ASE/CHEST/SAEM/SCCT/SCMR Guidelines for the Evaluation and Diagnosis of Acute Chest Pain" referenced in Dr. Todd Parker's expert report | | | |

| NUMBER (DESCRIPTION) | | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| P-24 | Physician Assistant Protocol For Patrick Lewis, PA-C | | | |