IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PATRICIA BALL, Individually and as Administratrix of THE ESTATE OF FORMEKA BALL, Deceased, and on Behalf of All Wrongful Death Beneficiaries of FORMEKA BALL, Deceased — PLAINTIFF

VS. — CAUSE NO. 3:24-cv-632-DPJ-ASH

JACKSON HB MEDICAL SERVICES, LLC; and JOHN DOES 2-10 — DEFENDANTS

**EXHIBIT LIST OF DEFENDANT, JACKSON HB MEDICAL SERVICES, LLC**

| Number / Description | Sponsor | ID. | EVID. |
|---|---|---|---|
| D-1 / Merit Health River Oaks Chart [MHRO 001-073] (with Social Security number and date of birth redacted) | | | |
| 10-6-2026 D-2 / Florence Family Medical Clinic Records [Florence Family Clinic 001-016] | ——— | | X |
| D-3 / Order Granting Petition to Open Estate (Heirship Decree) [ECF 81-1] | | | |
| D-4 / Adoption Decree [ECF 81-2] | | | |
| D-5 / CV of Patrick Lewis, P.A. [MHRO 233-34] | | | |
| D-6 / CV of Victoria Ross, D.O. [MHRO 230-32] | | | |
| D-7 / CV of Todd Arkava, M.D. [Exhibit B to Jackson HB Med. Srvs. Designation] | | | |
| D-8 / CV of Chris Waterer, M.D. [Exhibit D to Jackson HB Med. Srvs. Designation] | | | |
| 10-6-2026 D-9 / Rankin County Incident Report [Rankin County 001-005] | Patrick Lewis | | X |
| D-10/ Pafford EMS Records [Pafford 001-003] | | | |

Defendant reserves the right to offer any exhibit listed in the pretrial order by Plaintiff.