UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PATRICIA BALL, Individually and as Executrix of the Estate of Formeka Ball, Deceased, and on behalf of all Wrongful Death Beneficiaries of Formeka Ball, Deceased PLAINTIFF

V. CIVIL ACTION NO. 3:24-cv-632-DPJ-ASH

JACKSON HB MEDICAL SERVICES, LLC DEFENDANT

COURT'S EXHIBIT LIST

| | NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|---|
| 10-5-2026 | C-1 | Defendant's Objections to Wharton's Deposition Transcript; Defendant's Exhibits; and Rulings Chart including Plaintiff's Responses | — | X | |
| 10-7-2026 | C-2 | Deposition Transcript of Dr. Ronald Wharton | — | X | |
| 10-8-2026 | C-3 | Court's Jury Instructions | — | X | |