UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Oct 08 2026
ARTHUR JOHNSTON, CLERK
By: _______________, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PATRICIA BALL, Individually and as Administratrix of the Estate of FORMEKA BALL, DECEASED, and on behalf of all wrongful death beneficiaries of FORMEKA BALL, DECEASED — PLAINTIFF

VS. — CIVIL ACTION NO. 3:24-CV-632-DPJ-ASH

JACKSON HB MEDICAL SERVICES, LLC; and JOHN DOES 2-10 — DEFENDANTS

# VERDICT FORM

Based on all instructions you have received, please unanimously answer these questions.

QUESTION NO. 1

Do you find by a preponderance of the evidence that Jackson HB Medical Services, LLC, acting through its employees Patrick Lewis, P.A. and/or Dr. Victoria Ross, breached the applicable standard of care in the evaluation, treatment, and/or discharge of Formeka Ball?

_____ YES  __✓__ NO

*If your answer is NO, sign and date this verdict form and return it to the Court. If your answer is YES, proceed to Question No. 2.*

QUESTION NO. 2

Do you find by a preponderance of the evidence that such negligence proximately caused or contributed to cause Formeka Ball's death?

_____ YES  _____ NO

*If your answer is NO, sign and date this verdict form and return it to the Court. If your answer is YES, proceed to Question No. 3.*

QUESTION NO. 3

State the total amount of damages, if any, sustained by the Estate of Formeka Ball and her wrongful-death beneficiary Rylee Moore, proven by a preponderance of the evidence:

Economic Damages:

Funeral and burial expenses: $________________________

Net present value of lost earnings and/or earning capacity: $________________________

Lost household services to Rylee Moore: $________________________

Non-economic Damages:

Physical pain and suffering of Formeka Ball: $________________________

Rylee Moore's loss of society, companionship, love, affection, comfort, and relationship sustained as a result of Formeka Ball's death.: $________________________

TOTAL DAMAGES: $________________________

DATE: October 8, 2026

[redacted]

FOREPERSON [redacted]

[redacted]